Exhibit 1

## Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LAURA FRANCES HAYS, on behalf
of herself and all others
similarly situated,

    Plaintiffs,

vs.    Case No. 4:17-CV-00353-BCW

NISSAN NORTH AMERICA INC.,
NISSAN MOTOR COMPANY, LTD.

    Defendants.

CONFIDENTIAL TRANSCRIPT

Videotaped Deposition of:

STEVEN MILLER

Taken on behalf of the Plaintiffs
September 26, 2018

April C. Howard, LCR

## Page 2

I N D E X

TESTIMONY OF STEVEN MILLER
Examination
By Mr. Calabro    10
Examination
By Mr. Law    361

Examination
By Mr. Calabro    362

E X H I B I T S

Page

Exhibit No. 1    14
  Notice of Deposition
Exhibit No. 2    28
  Documents Bates Numbered NNA3583 through
  3621
Exhibit No. 3    39
  Documents Bates Numbered NNA 1613 through
  1617
Exhibit No. 4    44
  E-mail dated 7/13/2011 with attachment

Exhibit No. 5    83
  Email chain starting with date of May 21,
  2013

Exhibit No. 6    100
  Document Bates Numbered NNA281
Exhibit No. 7    100
  Document Bates Numbered 3025

## Page 3

Page

Exhibit No. 8    110
  Documents Bates numbered 3576 through 82
Exhibit No. 9    126
  Documents Bates number NNA4929 through 31

Exhibit No. 10    133
  Documents with Bates number NNA3622
  through 35

Exhibit No. 11    160
  Documents Bates Numbered 4214 through 21
Exhibit No. 12    162
  Documents Bates Numbered 4423 through 24

Exhibit No. 13    168
  Document Bates numbered NNA4843 through
  852

Exhibit No. 14    171
  Documents Bates Number NNA4809 through 11
Exhibit No. 15    174
  Documents Bates Numbered NNA2509 through
  18
Exhibit No. 16    176
  Document Bates Numbered 4075

Exhibit No. 17    180
  Documents Bates Number NNA4096 through
  4192

Exhibit No. 18    184
  Documents Bates Numbered NNA4238 through
  52

Exhibit No. 19    186
  Document Bates Numbered NNA2588 through
  90

Exhibit No. 20    191
  Documents Bates Numbered 2482

## Page 4

Page

Exhibit No. 21    193
  Document Bates Numbered NNA2988
Exhibit No. 22    200
  Documents Bates Numbered 2633

Exhibit No. 23    202
  Documents Bates Numbered NNA2241 through
  45

Exhibit No. 24    206
  Documents Bates Numbered NNA2674 through
  80

Exhibit No. 25    208
  Document Bates Numbered 2700
Exhibit No. 26    211
  Documents Bates Numbered NNA5112 through
  120
Exhibit No. 27    214
  Documents Bates Numbered NNA2495

Exhibit No. 28    217
  Documents Bates Numbered NNA2705 through
  09

Exhibit No. 29    221
  Document Bates Numbered NNA6131
Exhibit No. 30    235
  Document Bates Number NNA3342 through 51

Exhibit No. 31    238
  Documents Bates numbered NNA5036 through
  37

Exhibit No. 32    269
  Documents Bates Numbered 4425 through 54
Exhibit No. 33    275
  Documents Bates Numbered NNA3245 through
  53

## Page 5

1  Exhibit No. 34          277
2     Document Bates Numbered NNA5204 through
      5206
3  Exhibit No. 35          278
      Documents Bates Numbered NNA4586 through
4     98
5  Exhibit No. 36          282
      Documents Bates Numbered NNA3803 through
6     15
7  Exhibit No. 37          284
      Document Bates Numbered NNA2725 and 26
8
9  Exhibit No. 38          289
      Document with Bates Numbered NNA3429
      through 38
10
   Exhibit No. 39          292
11    Document Bates Numbered NNA5065 through
      80
12
13 Exhibit No. 40          292
      Documents Bates Numbered NNA1701 through
      13
14
15 Exhibit No. 41          292
      Documents Bates Numbered NNA1699 through
16    70
17 Exhibit No. 42          301
      Documents Bates Numbered NNA2567 through
      69
18
19 Exhibit No. 43          304
      Documents Bates Numbered NNA2261
20 Exhibit No. 44          306
      Documents Bates Numbered NNA2211 through
21    19
22 Exhibit No. 45          308
      Documents Bates Numbered NNA1986 Through
23    2205
24 Exhibit No. 46          309
      Documents Bates Numbered 1618 through
25    1656

## Page 6

1
2
3                    Page
4  Exhibit No. 47          309
      Document Bates Numbered NNA1680 through
      1696
5
6  Exhibit No. 48          320
      Document Bates Numbered NNA3026
7  Exhibit No. 49          323
      Documents Bates Numbered NNA01595 through
8     1602
9  Exhibit No. 50          323
      Documents Bates Numbered 1603 and 1610
10
11 Exhibit No. 51          324
      Document Bates Numbered NNA4581 through
      85
12
13 Exhibit No. 52          329
      Document Bates Numbered NNA5008 through
      512
14
15 Exhibit No. 53          333
      Document Bates Numbered NNA2748 through
      50
16
17 Exhibit No. 54          337
      Document Bates Numbered NNA2751
18 Exhibit No. 55          337
      Documents Bates Numbered NNA4090 through
19    93
20 Exhibit No. 56          337
      Document Bates Numbered NNA2519 through
21    24
22 Exhibit No. 57          339
      Documents Bates Numbered NNA2533 through
23    66
24 Exhibit No. 58          339
      Documents Bates Numbered NNA2573 through
25    2574

## Page 7

1
2                    Page
3  Exhibit No. 59          339
      Documents Bates Numbered NNA2576 through
4     80
5  Exhibit No. 60          340
      Document Bates Numbered 2581 through 87
6
7  Exhibit No. 61          340
      Documents Bates Numbered NNA5048 through
      52
8
9  Exhibit No. 62          340
      Documents Bates Numbered NNA5053 through
      54
10
11 Exhibit No. 63          343
      Documents Bates Numbered NNA4564 through
      65
12
13 Exhibit No. 64          347
      Document Bates Numbered NNA105
14 Exhibit No. 65          348
      Graph
15
16
17
18
19
20
21
22
23
24
25

## Page 8

1
2   A P P E A R A N C E S
3
   For the Plaintiffs:
4
5     MR. J. TOBI CALABRO
      Attorney at Law
6     Williams, Dirks, Damerson LLC
      460 Nichols Road
7     Suite 200
      Kansas City, MO 64112
8     Calabro@stuevesiegel.com
      (816)714-7140
9
   For the Defendants:
10
11    MS. MICHELLE SOUSLEY
      Attorney at Law
12    255 Grand Blvd
      Kansas City, MO 64108
13    Msousley@shb.com
14    MR. H. GRANT LAW
      Attorney at Law
15    Shook, Hardy & Bacon, LLP
      One Montgomery Street
      Suite 2700
16    San Francisco, CA 94104
      Hlaw@shb.com
17    (415)544-1900
18    MR. ERIC W. SMITH
      Attorney at Law
19    Senior Counsel
      Nissan North America, Inc.
20    One Nissan Way
      Franklin, TN 37067
21    Ew.smith@nissan-usa.com
22
23 Videographer:
24    JENNIFER JOHNSON
25

2 (Pages 5 to 8)

## Page 9

1  THE VIDEOGRAPHER:  We are now on the
2  record.  Today's date is September 26, 2018, and the
3  time is 8:59 a.m.  This is a video recorded
4  deposition of 30(b)(6) in the matter of Hayes versus
5  Nissan North America, Incorporated.
6  This deposition is being held today at
7  1600 Division, Nashville Tennessee.  The reporter's
8  name is April Howard.  My name is Jennifer Johnson.
9  I am a certified legal videographer.
10  Would the attorneys present please
11  introduce themselves.
12  MR. CALABRO:  Toji Calabro for
13  Plaintiff.
14  MR. LAW:  Grant Law for Defendant Nissan
15  North America.
16  MS. SOUSLEY:  Michelle Sousley for
17  Defendant Nissan North America.
18  MR. SMITH:  Eric Smith, Nissan North
19  America.
20  THE VIDEOGRAPHER:  Would the court
21  reporters -- would the court reporter please swear
22  in the witness.
23  (WHEREUPON, the witness was sworn in by
24  the court reporter.)
25  ///

## Page 10

1  * * *
2  STEVEN MILLER,
3  was called as a witness, and after having been duly
4  sworn, testified as follows:
5
6  EXAMINATION
7  QUESTIONS BY MR. CALABRO:
8  Q.  Please state your name for the record.
9  A.  Stephen Michael Miller.
10  Q.  Mr. Miller, what do you do for a living?
11  A.  I am an eng-- engineering manager in a
12  group for Nissan North America known as field
13  quality assurance.
14  Q.  And, sir, you're here to testify as Nissan's
15  Rule 30(b)(6) designee; is that right, sir?
16  A.  That's correct.
17  Q.  All right.  Have you ever been deposed
18  before?
19  A.  I have.
20  Q.  How many times?
21  A.  Two times --
22  Q.  Okay.
23  A.  -- previously.
24  Q.  What were the natures of those cases?
25  A.  The first case was on an Altima L32 model for

## Page 11

1  a sticky dash.  The second was a -- for the F15 Juke
2  transmission.
3  Q.  Both related to your work at Nissan?
4  A.  That's correct.
5  Q.  Any other depositions that you've been
6  involved in?
7  A.  None that I've gone to deposition on, no.
8  Q.  What was the name of the case involving the
9  L32 sticky dash?
10  A.  I -- I don't recall.
11  Q.  Do you remember when that case or that
12  deposition took place?
13  A.  Approximately three years ago.
14  Q.  Okay.  And what about the F15 case?
15  A.  That was in -- within this year.
16  Q.  Do you remember the -- remember the name of
17  that case?
18  A.  I don't recall.
19  Q.  Were you serving as Nissan's Rule 30(b)(6) --
20  A.  Yes.
21  Q.  -- designee in both cases?
22  A.  Yes.
23  MR. LAW:  You've got to wait for him to
24  finish his question.
25  THE WITNESS:  All right.

## Page 12

1  BY MR. CALABRO:
2  Q.  I'll do it again.
3  Were you serving as Nissan's Rule 30(b)(6)
4  designee in both cases?
5  A.  Yes.
6  Q.  Okay.  I'm sure you're a little bit familiar
7  with this, but I'll lay down some ground rules just
8  to make sure we're all on the same page.  You
9  understand that you're under oath, sir?
10  A.  Yes, I do.
11  Q.  You understand that you're testifying here
12  subject to penalties of perjury just as if you were
13  testifying in court?
14  A.  Yes.
15  Q.  Okay.  You know it's important to give verbal
16  answers because we have a court reporter who's
17  writing everything down?
18  A.  Yes, I understand.
19  Q.  Okay.  And it's important to try to let me
20  finish my question before you answer and I'll try to
21  let you finish your answer before I start my next
22  question, okay, sir?
23  A.  Okay, I understand.
24  Q.  I know it's easy to get conversational
25  because that's how we all talk, but for the court

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

## Page 13

1  reporter's sake we'll try to not talk over each
2  other, okay?
3  A.   I understand, yes.
4  Q.   At times Mr. Law may object throughout the
5  deposition.  That is just for the record since
6  there's no judge who can rule on them here.  So,
7  unless he instructs you not to answer, his objection
8  is just for the record, and then you can proceed to
9  answer my question, okay?
10  A.   Okay.
11  Q.   Okay.  Sir, are you taking any medication or
12  anything else that may affect your memory or your
13  ability to give your best testimony today?
14  A.   Nothing that would affect my memory or to
15  give best testimony.
16  Q.   All right.  I'm going to start by marking as
17  Exhibit 1 --
18      MR. CALABRO:  How do you want to handle
19  the -- we can go off the record.
20      THE VIDEOGRAPHER:  We're off the record
21  at 9:03 a.m.
22      (Short break.)
23      THE VIDEOGRAPHER:  We are back on the
24  record at 9:05 a.m.
25  ///

## Page 14

1  BY MR. CALABRO:
2  Q.   Sir, we'll mark as Exhibit 1, the notice of
3  deposition in this case.
4      (WHEREUPON, the above-mentioned
5  document was marked as Exhibit Number 1.)
6  BY MR. CALABRO:
7  Q.   Have you seen this notice before, sir?
8  A.   (Witness reviews document.)
9      Yes, I have.
10  Q.   Okay.  All right.  And so you understand that
11  you're testifying on behalf of Nissan North America
12  in this deposition?
13  A.   Yes.
14  Q.   Okay.  And you understand that you're
15  designated to testify on behalf of Nissan with
16  respect to the categories referenced in Exhibit A
17  (sic) starting on page 4 of the notice, Exhibit 1.
18      MR. LAW:  And subject to the objections
19  and restrictions that were tendered in the response.
20      THE WITNESS:  Yes, I understand.
21  BY MR. CALABRO:
22  Q.   All right, sir.  So if we look at number 1,
23  you're prepared to testify about the general
24  organizational management and geographic structure
25  of Defendants' offices, divisions and facilities?

## Page 15

1      MR. LAW:  And just -- be on the record
2  that we restricted it to the organizational
3  structure as it relates to the investigation of the
4  floor boards and the design of the floor boards and
5  the repair.  So not the ov-- -- overall global, but
6  I -- I think for the purposes of this case, he's --
7  he's certainly prepared to address that.
8      THE WITNESS:  Yes.
9  BY MR. CALABRO:
10  Q.   Okay.  The identity and structure of
11  Defendants' offices, divisions, and facilities that
12  are responsible for maintaining complaints related
13  to the 2002, 2006 Nissan Altima, you're prepared to
14  testify on behalf of Nissan with respect to that
15  topic?
16  A.   Yes.
17  Q.   You're prepared to testify on behalf of
18  Nissan with respect to the identity and structure of
19  Defendants' offices, divisions, and facilities that
20  are responsible for responding to and/or resolving
21  complaints related to the rusting of the 2002, 2006
22  Nissan Altima floorboard.
23  A.   Yes.
24  Q.   And just to speed this up --
25  A.   Yeah.

## Page 16

1  Q.   -- I'm just going to go ahead and let you
2  read number 4.  Are you prepared to testify on
3  behalf of Nissan for number 4?
4  A.   Yes.
5  Q.   We hit -- you are prepared to testify on
6  behalf of Nissan for topic number 5?
7  A.   Yes.
8  Q.   You're prepared to testify on behalf of
9  Nissan for topic number 6?
10  A.   Yes.
11  Q.   Same for topic number 7?
12  A.   Yes.
13  Q.   And number 8?
14  A.   Yes.
15  Q.   Number 9?
16  A.   Yes.
17  Q.   Ten?
18      MR. LAW:  And just subject to all of the
19  restrictions and objections that have been
20  interposed in writing.
21      MR. CALABRO:  I understand --
22      MR. LAW:  Yeah.
23      MR. CALABRO:  -- that's your position.
24      MR. LAW:  Right.
25  ///

## Page 17

1   BY MR. CALABRO:
2   Q.   All right.
3   A.   Ten, correct?
4   Q.   Actually, I'm going to give you a chance --
5   A.   All right.
6   Q.   -- and let you go ahead and just read
7   through --
8   A.   Just read through the --
9   Q.   -- each one of those.
10  A.   Okay.
11  Q.   And just let me know you if you don't feel
12  that you're prepared to testify on behalf of Nissan
13  with respect to any topic or portion thereof.
14       MR. LAW:  Yes.  And I think items 27
15  through 30, we ob-- objected or basically
16  record -- retention-related areas, they're work
17  product and so we're not tendering the witness on
18  those.  At least -- to skip to the end on that.
19       MR. CALABRO:  Well, the actual
20  collection of documents to respond to our document
21  request, is not work product; and I don't think you
22  guys filed any motion, so notice is live.  So if
23  he's not prepared to testify about those issues and
24  that's your position --
25       MR. LAW:  Yeah.  He's not -- he's not

## Page 18

1   being tendered on those issues.  We -- we objected
2   to them and --
3        MR. CALABRO:  Do you have another
4   designee to tes-- -- testify about these issues?
5        MR. LAW:  As far as I know right now, we
6   are standing on a work-product objection to
7   record-retention-related topics.
8        MR. CALABRO:  Okay.  And -- and you guys
9   didn't file a motion --
10       MR. CALABRO:  Not to my knowledge.
11       MR. CALABRO:  Okay.  And so which
12  numbers in particular are you --
13       MR. LAW:  I think what we --
14       MR. CALABRO:  -- not tendering this
15  witness?
16       MR. LAW:  I think it was 27 on.
17       MR. CALABRO:  Twenty-seven through
18  thirty?
19       MR. LAW:  Yeah.  Let me just double
20  check.  Yes.  Thirty is not specifically record
21  retention, but it's factual support for -- defenses,
22  which is ar-- -- it's an improper topic for a
23  30(b)(6) deposition.
24       THE WITNESS:  So, yeah, I can say from 1
25  through 26 the answer is yes.

## Page 19

1   BY MR. CALABRO:
2   Q.   Okay.  Now, what did you do, sir, to prepare
3   for your testimony today?
4   A.   I did some investigation and met with my --
5   my counsel.
6   Q.   Which counsel did you meet with?
7   A.   Grant and his staff.
8   Q.   When did you meet with Mr. Law?
9   A.   We had meetings earlier this month, maybe a
10  couple of weeks ago -- maybe, and then twice this
11  past week for a total of about 15 hours, and I
12  probably prepped on my own about ten hours
13  otherwise.
14  Q.   Who were the other lawyers involved in the
15  preparation?
16  A.   Eric Smith and Grant were the main -- main
17  lawyers.
18  Q.   Okay.  Anybody else attend these sessions
19  outside of the people you just referenced?
20  Michelle?
21  A.   Michelle did -- sorry, yeah, Michelle did;
22  that was it.
23  Q.   Anybody from outside Nissan --
24  A.   No.
25  Q.   -- other than the lawyers that you just

## Page 20

1   referenced?
2   A.   No.
3   Q.   Okay.  Did you meet with anybody within
4   Nissan to obtain any factual information from them?
5   A.   I had some discussions with some experts
6   within Nissan, yes, about the topic.
7   Q.   And who did you speak with within Nissan?
8   A.   I spoke with Rob Blancher.  He is at NTCNA
9   Farmington Hill.
10  Q.   NTCNA?
11  A.   Yes.  I spoke with John Latimer.
12  Q.   Is it J-O-H-N?
13  A.   J-O-H-N, uh-huh.
14  Q.   L-A --
15  A.   L-A-T-I-M-E-R.
16  Q.   What's his role?
17  A.   He is also NTCNA.
18  Q.   What do these two guys do --
19  A.   They're in the body design team.
20       MR. LAW:  You've got to let him -- slow
21  down and let him finish his question.
22  BY MR. CALABRO:
23  Q.   And for the record what is NTCNA?
24  A.   It's Nissan Technical Center North America.
25  Q.   What does that do, NTCNA?

Page 21

1    A.    They have design responsibilities within the
2    North American division for -- for Nissan.
3    Q.    Do they design all of the cars that are on
4    the roads in North America?
5         MR. LAW: Objection; it's overbroad.
6         THE WITNESS: They do not design all of
7    the cars. Some design work is done by our NTC which
8    is Nissan Technical Center in Japan.
9    BY MR. CALABRO:
10   Q.    What's the division of responsibility between
11   NTC in Japan and NTCNA?
12        MR. LAW: I'm -- I'm going to object.
13   It's outside the scope of what we're tendering the
14   witness for. He can answer as best he can.
15        THE WITNESS: That's pretty broad, but
16   just depending on the model, there may be different
17   design responsibilities between NTC and NTCNA,
18   depending on development and the handout process
19   that would occur.
20   BY MR. CALABRO:
21   Q.    Are those subject to formal divisions of
22   responsibilities or is it ad hoc based on the
23   project?
24   A.    It's depending on the project, is my
25   understanding.

Page 22

1    Q.    Does NTC in Japan decide which division will
2    be in charge of the project?
3         MR. LAW: Objection; outside the scope.
4         THE WITNESS: It's my understanding NTC
5    is the main decider of what -- what division would
6    hold responsibility for design, depending on the
7    time and the project.
8    BY MR. CALABRO:
9    Q.    Okay. So we were talking about different
10   folks that you had consulted with at Nissan to
11   prepare for the deposition. One of the persons you
12   repr- -- you mentioned was Rob Blanchard. Another
13   person you mentioned was John Latimer.
14        Do you know what their roles within NTCNA
15   are specifically, what their titles are?
16   A.    Their current roles, I'm not sure. But I do
17   know they both had some involvement with the Altima
18   floor pan issue --
19   Q.    Okay.
20   A.    -- upon investigation.
21   Q.    When -- when there was a -- when this
22   corrosion issue became aware -- became something
23   that Nissan was aware of, these were guys -- were
24   working on that project?
25   A.    That's correct.

Page 23

1    Q.    Okay. Anybody else?
2    A.    Yeah, Jim Sherbine.
3    Q.    How do you spell his last name?
4    A.    S-H-E-R-B-I-N-E, I believe.
5    Q.    E-I-N-E?
6    A.    B-I-N-E.
7    Q.    Okay. And what's his role?
8    A.    He is a stamping engineer at the Smyrna
9    manufacturing plant.
10   Q.    Okay. Anybody else?
11   A.    Basil Timonschuk.
12   Q.    Basil?
13   A.    B-A- --
14   Q.    Okay.
15   A.    Yeah. He is a -- he's a FQA now, but he was
16   a previous stamping engineering manager at the
17   plant.
18   Q.    Basil is spelled like the herb, B-A-S- --
19   A.    B-A-S-I-L.
20   Q.    Okay. Last name?
21   A.    T-I-M-O-N-S-C-H-U-K.
22        MR. CALABRO: I hope she got that.
23   BY MR. CALABRO:
24   Q.    And you said he's with FQ- -- FQA. What's
25   FQA?

Page 24

1    A.    Field Quality Assurance.
2    Q.    Is that a division within NTCNA?
3    A.    It is not. It is a division within NNA.
4    Q.    And NNA is Nissan North America?
5    A.    That's correct.
6    Q.    What's the relationship between Nissan North
7    America and Nissan Motor Company?
8    A.    So --
9         MR. LAW: Well, I object. It's
10   overbroad; outside of the scope, but to the extent
11   it relates to the -- interaction of the off- --
12   those offices for this investigation, certainly, you
13   can answer that.
14        THE WITNESS: Yeah. So Nissan Motor
15   Limited -- Nissan Motor Company is kind of the
16   compared company above -- the global company related
17   to NNA, which is the parent company within North
18   America.
19   BY MR. CALABRO:
20   Q.    So Nissan Motor Company is a parent company,
21   then Nissan North America is a subsidiary of Nissan
22   Motor?
23   A.    That's my understanding, yes.
24   Q.    All right. And then where does Nissan
25   Technical Center North America fit in?

## Page 25

1    A.    That is a -- so, within -- within Nissan
2    Motor Limited, there is a design group, Nissan
3    Technical Center.  Nissan Technical Center North
4    America is a subsidiary of that -- that team.
5    Q.    So we have Nissan Motor Limited and Nissan
6    Motor Company, right?
7    A.    That's correct.
8    Q.    Those are different entities?
9    A.    I'm not quite sure how they -- the business
10   relationship between those two.
11   Q.    Okay.
12   A.    I'm not sure I can speak to that.
13   Q.    Who's your employer?  What entity employs
14   you?
15   A.    Nissan North America.
16   Q.    Okay.  And FQA is part of Nissan North
17   America, you said?
18   A.    That's correct.
19   Q.    All right.  What does FQA do -- do?
20   A.    Field Quality Assurance is a -- a group that
21   manages the long- -- that manages the campaign
22   decision process and campaign implementation
23   process.
24   Q.    And by "campaign", what do you mean?
25   A.    Recalls and service campaign initiatives.

## Page 26

1    Q.    And does it -- it -- it -- a group within
2    Nissan dedicated to working on recalls and service
3    campaigns?
4    A.    That's correct.
5    Q.    And that group is FQA, Field Quality
6    Assurance?
7    A.    That's correct.
8    Q.    Okay.  And Mr. Timmons -- wi- -- what Tim- --
9    A.    Timonschuk.  Timonschuk, uh-huh.
10   Q.    What's his role within FQA?
11   A.    His role within FQA currently is, he is in
12   charge of supplier chargebacks.
13   Q.    What does that mean?
14   A.    So if a campaign has a supplier-related
15   concern, he would be responsible in working with our
16   purchasing department to seek funds back to
17   reimburse Nissan for the campaign expenses.
18   Q.    Okay.  Was there a supplier-related issue
19   with respect to the rust issue we are dealing with
20   in this case?
21   A.    There was not.
22   Q.    Okay.  Why did you contact Mr. Timonschuk
23   then?
24   A.    Basil was a previous employee during the --
25   the period of time when the Altima, the L31 Altima

## Page 27

1    was pur- -- was produced at the Smyrna plant.
2    Q.    Okay.
3    A.    So he had previous knowledge of that process.
4    Q.    Very good.
5         All right.  So we've now invested      Mr.
6    Blanchard, Latimer, Sherbine, Timonschuk, anyone
7    else?
8    A.    That's all.
9    Q.    You review any documents to prepare for the
10   deposition today?
11   A.    I did.
12   Q.    What kind of documents?
13        MR. LAW:  I'll just object that -- that
14   that's attorney-client privilege to the extent that
15   he relied on any documents to give the answers.
16   You're certainly entitled to know which ones those
17   are, but the collection and selection of documents
18   that he reviewed is privileged.
19        MR. CALABRO:  Okay, fair enough.
20   BY MR. CALABRO:
21   Q.    Were any of the documents that you reviewed
22   -- were -- did any of them refresh your recollection
23   about any of the testimony that you're prep- --
24   you're prepared to give today?
25        MR. LAW:  Ob- -- object.  It calls for

## Page 28

1    speculation.  You haven't asked many questions yet.
2    I think it -- you need to do that on a
3    question-by-question basis.
4         MR. CALABRO:  Fair enough.  I don't
5    agree with the objection, but to -- to move on,
6    we'll -- we'll take it as is.
7    BY MR. CALABRO:
8    Q.    Sir, I'd like to mark as Exhibit 2, a
9    document with Bates Number NNA3583 through 3621.
10        (WHEREUPON, the above-mentioned
11   document was marked as Exhibit Number 2.)
12   BY MR. CALABRO:
13   Q.    Now, throughout today, there will be exhibits
14   that have Excel spreadsheets attached to them or
15   sometimes they'll just say they were produced in
16   native form.  I have many of those here on the
17   computer.  Some -- if they were small enough, we
18   were able to print them out.  If not, I have them on
19   the computer and we can show you the iPad --
20   A.    Okay.
21   Q.    -- if you have any questions.  Some of them
22   we'll be looking at, but if you have any specific
23   questions, we're happy to look at those as they come
24   up.
25        MR. LAW:  Counsel, I think this is

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 29

1  probably the appropriate time for me to sort of put
2  the parties on notice that because we are now
3  getting into documents that were produced subject to
4  the protective order, that under the terms of the
5  protective order, on behalf of Nissan, I'm going to
6  exercise our right to designate the entire
7  transcript as highly confidential subject to the
8  30-day review process as required at the termination
9  of that.
10       So that means -- you guys know what that
11  means, but the easy part is for now, you don't have
12  to do two separate booklets of anything, but the
13  whole thing is treated as, and should be marked as
14  highly confidential.
15  BY MR. CALABRO:
16  Q.   Let me know when you've had a chance to
17  review that, sir.
18  A.   (Witness reviews document.)
19       I've had a chance to review it.
20  Q.   All right.  So you recognize this as the
21  May 8th, 2015, e-mail from you to Dale Weiss and
22  Selim Hammoud?
23  A.   Yes.
24  Q.   Okay.  Any reason to doubt that you sent this
25  e-mail as it's provided here with the attachments?

## Page 30

1       MR. LAW:  Object; calls for speculation.
2  It's argumentative, but go ahead.
3       THE WITNESS:  I don't have any reason to
4  doubt, no.
5  BY MR. CALABRO:
6  Q.   All right.  Who's Dale Weiss?
7  A.   Dale Weiss is a senior manager in field
8  quality assurance.
9  Q.   What's his responsibility?
10  A.   His current responsibility is he manages the
11  group that investigates and recommends decisions on
12  recalls and service campaigns in the North American
13  market.
14  Q.   Is that the same role that he had in 2005 --
15  '15?
16  A.   It is.
17  Q.   All right.  And what -- and is it Selim?  Is
18  that how you pronounce it, Selim?
19  A.   Selim, yes.
20  Q.   And Hammoud?
21  A.   Correct.
22  Q.   All right.  What is Ms.- -- is -- is that a
23  male or female?
24  A.   It's a male.
25  Q.   Okay.  What does he do?

## Page 31

1  A.   He is director of product safety and
2  environmental.
3  Q.   Same role he had in 2015?
4  A.   That's correct, yes.
5  Q.   And there's also James Hunter listed in the
6  CC, do you see that?
7  A.   I do.
8  Q.   Who is that?
9  A.   James Hunter, at this time, was mainly in
10  field quality assurance campaign implementation.
11  Q.   So if they decided to do campaigns or a
12  recall, he's one of the guys who implements the
13  campaign?
14  A.   At this time he was, yes.
15  Q.   And have you had a chance to look through the
16  attachments?
17  A.   Yes.  I've -- I did a brief review of the
18  attachments.
19  Q.   All right.  If you look first at the cover
20  e-mail on -- with the Bates number 3583, there's an
21  e-mail in the chain from you to both Mr. Weiss and
22  Mr. Hammoud dated May 7th, 2015.  So you say, Dale,
23  Selim, For my items below, see detail below.  And
24  the first bullet point is, Latest TM Summary Sheet
25  material is attached.

## Page 32

1       Now, that's an earlier e-mail.  Is any of
2  the information, or any of the attachments attached
3  to this e-mail, Exhibit 2, the TM summary sheet?
4  A.   Hang on just a second.  I can say that the
5  material below is not the -- not the TM summary
6  sheet.
7  Q.   Okay.  It purports to be an FQA presentation
8  if you look at the attachment line.  Do you see
9  that?
10  A.   Yes.
11  Q.   And is any of the information here, the FQA
12  presentation?
13  A.   The subsequent pages appear to be a
14  presentation that FQA would have assisted in
15  preparing, yes.
16  Q.   All of these attachments or -- or just part
17  of the attachments?
18  A.   I'm going to say part, because there's a
19  couple of slides that I did not recognize.
20       MR. LAW:  Slow down a little bit.
21       THE WITNESS:  Yeah.
22       MR. LAW:  You're making me nervous.
23       THE WITNESS:  No problem.  No problem.
24  No problem.
25       3611, I don't recognize.

## Page 33

1    BY MR. CALABRO:
2    Q.    Okay.
3    A.    The other pages I do -- I have some
4    recognition of.
5    Q.    All right.  And I'm going to direct your
6    attention to 3577.
7    A.    3577.
8        MR. LAW:  3583?
9    BY MR. CALABRO:
10   Q.    Okay.  That's all right.  So you -- I guess I
11   have my -- I apologize about that.  I got those --
12       MR. LAW:  3587.  That one?
13       MR. CALABRO:  Yeah.
14   BY MR. CALABRO:
15   Q.    Okay.  Okay.  So that -- that -- now, this is
16   an e-mail -- cover e-mail from May 2015, but the FQA
17   presentation is dated September 19th, 2013.  If you
18   look at the very first page, it's an e-mail dated --
19   the cover page is dated -- the cover e-mail is dated
20   May 15th, right?
21   A.    Yes, that's correct.
22   Q.    2000 -- May 5, 2- -- May 8, 2015.  But the
23   presentation, the attachment, is actually dated
24   September 19, 2013?
25   A.    That's correct.

## Page 34

1    Q.    All right.  So is this act- -- the actual
2    presentation that was presented to the FQA?
3    A.    Well, that's dated 2013.
4    Q.    Is that what I said?  I'm sorry.  Did I
5    miss -- let's start again just in case I'm confusing
6    everything.
7        The cover e-mail is dated May 8, 2015,
8    correct?
9    A.    That's correct.
10   Q.    The attachment is dated September 19, 2013 --
11   A.    That's correct.
12   Q.    -- correct?
13       All right.  And since you are forwarding
14   this presentation in May of 2015, is this
15   attachment likely the final presentation as of
16   September 19, 2013 that was presented to FQA?
17       MR. LAW:  I'll object.  It calls for
18   speculation -- potentially does.
19       THE WITNESS:  I can't recall if this is
20   the final presentation presented in '13.
21   BY MR. CALABRO:
22   Q.    There is an -- because it says drafts in the
23   attachment line on the cover e-mail, but you're
24   sending it almost, you know, a year-and-a-half
25   later.  Is there any reason that you would be

## Page 35

1    sending a draft presentation a year-and-a-half
2    later?
3        MR. LAW:  Calls for speculation.
4        THE WITNESS:  I can't recall if this was
5    a draft or final material --
6    BY MR. CALABRO:
7    Q.    Okay.
8    A.    -- at the time when I sent it.
9    Q.    When you're putting together drafts of these
10   presentations, your people at Nissan are endeavoring
11   to be accurate even in the drafts; is that right,
12   sir?
13   A.    Yeah.
14       MR. LAW:  That's overbroad.
15   BY MR. CALABRO:
16   Q.    And it's important to be accurate with the
17   information contained in the draft because people
18   are making business decisions based on what's in
19   these presentations; is that right, sir?
20       MR. LAW:  Overbroad; vague.
21       THE WITNESS:  I think in general, we
22   attempt to be accurate when we create any materials
23   related to any concerns at Nissan.
24   BY MR. CALABRO:
25   Q.    Including these FQA presentations?

## Page 36

1    A.    Including these FQA presentations.
2    Q.    I'd like to just go through some of this if
3    you don't mind.  If you turn to the page with Bates
4    number 3587, this is providing the background of the
5    issue with respect to the other corrosion issues; is
6    that correct, sir?
7    A.    That's correct.
8    Q.    All right.  And it says, NNA FQA has been
9    studying potential campaign of L31 and A34 floor pan
10   corrosion issue.  Do you see that, sir?
11   A.    I do.
12   Q.    L31 refers to certain Altimas; is that right,
13   sir?
14   A.    Yeah.  That's the model for the Altima in
15   question.
16   Q.    A34 is the model code for the Maximas that
17   have the same issue; is that correct, sir?
18   A.    That's correct.
19   Q.    All right.  And you no- -- somebody notes in
20   this presentation, this presentation notes that
21   under number 1, High customer dissatisfaction issues
22   in Canada and US salt area.  High Cost Repair of
23   $1,400, potential high incident rate of 90 percent.
24   Do you see that, sir?
25   A.    I do.

## Page 37

1  Q.   When it says incident rate, what does that
2  mean?
3  A.   Incident rate typically means the rate for
4  the concern in the market.
5  Q.   Of when it actually manifest?
6  A.   Of when it's actually manifest on the
7  vehicle, yes, correct.
8  Q.   So this is saying that there's potential of
9  actual rust in 90 percent of these L31 and A34 cars?
10      MR. LAW:  Object --
11  BY MR. CALABRO:
12  Q.   To be manifest- --
13      MR. LAW:  The document.
14      THE WITNESS:  Yes.  This -- this states
15  that there's a potential incident rate of 90 percent
16  in Canada and US salt areas for this issue.
17  BY MR. CALABRO:
18  Q.   All right.  And if you look at the next page
19  sir, talking about the summary.  Do you see that?
20  A.   I do.
21  Q.   It says, number of vehicles is approximately
22  1.5 million?
23  A.   Yes.
24  Q.   Any reason to dispute that?
25  A.   No reason to dispute that, no.

## Page 38

1  Q.   All right.  The next block there says,
2  Production date, SOP.  Does that stand for start of
3  production?
4  A.   It does.
5  Q.   And it -- so that means that the -- and an
6  EOP is the end of production; is that right?
7  A.   That's correct.
8  Q.   And it says '02 model year to '08 model year,
9  correct?
10  A.   That's correct.
11  Q.   So it's saying that the entire production for
12  these two vehicles, L31 and A34, from '02 to '08 are
13  affected?
14  A.   It's saying that the production from '02
15  model year to '08, are suspected for the concerning
16  question, yes.
17  Q.   Okay.  If you'll look down it says incident:
18  Water and salt can enter between floor panels
19  through a hole in the floor assembly.  As the -- as
20  the result, corrosion on the floor pan under -- both
21  under driver and passenger cabin.  Do you see that?
22  A.   I do.
23  Q.   All right.  And that's what we're talking
24  about, about a 90-percent incident rate in the
25  Canada and U.S. salt states?

## Page 39

1  A.   That's correct.  That's what the previous
2  statement would have been referring to, yes.
3  Q.   All right.  And the cause underneath that is
4  improper application of the butyl patch on the inner
5  side of the floor assembly caused an insufficient
6  seal condition; is that right, sir?
7  A.   That's correct.
8  Q.   The next box, Countermeasure:  No
9  countermeasure was applied due to end of production.
10  Is that what it says?
11  A.   That's what it says, yes.
12  Q.   Any reason to dispute that?
13  A.   No reason to dispute that.
14  Q.   So what that's saying is Nissan didn't catch
15  this until after they started making different
16  Altimas and Maximas?
17  A.   Yes.  Nissan did not catch this in turn until
18  the end production for the L31 and A34 vehicles.
19      MR. CALABRO:  I want to pause here for a
20  minute and mark as Exhibit 3, documents with Bates
21  Numbers NNA1613 through '17.
22      (WHEREUPON, the above-mentioned
23  document was marked as Exhibit Number 3.)
24      MR. LAW:  While we're doing that, just a
25  quick clarification.  The 1.5 million that was being

## Page 40

1  discussed was the whole global production including
2  non salt states, correct?
3      THE WITNESS:  Yes.  That was in the --
4  to clarify, that was an approximate number, so...
5  BY MR. CALABRO:
6  Q.   All right.  Do you recognize this document,
7  sir?
8  A.   (Witness reviews document.)
9      I do.
10  Q.   What is this document?
11  A.   This was a safety assessment that was done on
12  the floor pan issue in question.
13  Q.   Who performed the safety assessment?
14  A.   That would be the design engineer of NTCNA.
15  Q.   And is this a document that Nissan relied on
16  in the usual course of its business?
17  A.   It is.
18  Q.   All right.  If you'll look at this first page
19  with Bates Number 1613, it says, investigation
20  revo- -- results.  Field In- -- Investigation: A
21  summary of the field in- -- investigation is below.
22      Let's just stop there.  What's a field
23  investigation?
24  A.   A field investigation in this -- in this case
25  was an attempt to gather data from the field to

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 41

1 understand the incident rate for the concern.
2 Q. All right. And if I'm reading this
3 correctly, it's identifying in U.S. salt states,
4 that in only 2 or 7 percent of the cars, from U.S.
5 sta- -- salt states that they reviewed, was there no
6 rust present. Is that not right, sir?
7 A. This reads that 7 percent of vehicles
8 surveyed in Michigan, Ohio, and Illinois, only 7
9 percent had no rust present.
10 Q. And Michigan, Ohio, and Illinois were
11 representative of U.S. salt states, correct?
12 A. They are included in the salt state
13 designation, correct.
14 Q. Is it your position that they're not
15 representative of salt states in the United
16 States --
17 MR. LAW: Object; the question is vague.
18 BY MR. CALABRO:
19 Q. Yeah. The reason I'm asking it that way is
20 because you -- you're not answering my question.
21 My question is, were Michigan, Ohio, and
22 Illinois chosen because they're representative of
23 U.S. salt states?
24 A. Michigan, Ohio, and Illinois were chosen
25 because they were representative of U.S. salt

## Page 42

1 states, and they had a significant number of
2 population to gather data for the issue.
3 Q. Okay. And only 7 percent of those cars did
4 not have rust, correct?
5 A. Seven percent of the 29 vehicles reviewed,
6 correct.
7 Q. And, in fact, 93 percent of them did have
8 rust?
9 A. That is correct.
10 Q. All right. And if you look at the Canada
11 populations, it was 83 percent and 88 percent that
12 had rust, correct?
13 A. Yeah. 83 percent for southwest Ontario;
14 88 percent for Quebec, central Ontario.
15 Q. So based on this sample, when we say that the
16 incident rate is potentially 90 percent, that's
17 because the Canadian portion is pulling down the
18 U.S. salt percentage?
19 A. Mathematically you're correct, yes.
20 Q. Now, you will see photos below that chart.
21 Do you see those, sir?
22 A. I do.
23 Q. And these are photos that were taken as part
24 of the fields investigation?
25 A. That's correct.

## Page 43

1 Q. All right. And that bottom right sho- --
2 photo, is showing an actual hole in the bottom of
3 the floor?
4 A. The bottom right does show a -- a perforation
5 in the bottom portion of the floor pan, yes.
6 Q. All right. Let's turn the page. We're
7 looking at the page with Bates Number 1614, and here
8 the report identifies, Root cause. Do you see that,
9 sir?
10 A. I do, yes.
11 Q. And it says, Water and salt can enter between
12 floor panels through a hole in the floor assembly.
13 This occurred due to insufficient sealing. A butyl
14 patch on the FR floor was not pressed down
15 sufficiently during the manufacturing process.
16 Let's just stop right there. What's FR
17 floor?
18 A. FR in this case represents front floor.
19 Q. Okay. And butyl patch, what is a butyl
20 patch?
21 A. A butyl patch is what you see in the pictures
22 below here, is a patch that is used for sealing in
23 the paint and body process.
24 Q. Okay. This -- and then just continuing up
25 with the statement there. This may allow water and

## Page 44

1 salt to become captured between the two floor
2 panels, section and pictures as shown below. Do you
3 see that, sir?
4 A. I do, yes.
5 Q. All right. Now, before we go any further, do
6 you have any reason to dispute anything that was
7 stated here?
8 A. No --
9 Q. Okay.
10 A. -- I do not.
11 Q. And is it still Nissan's view that this was
12 the root cause of the problem?
13 A. It's Nissan's position this is the root cause
14 of this particular issue, yes.
15 (WHEREUPON, the below-mentioned
16 document was marked as Exhibit Number 4.)
17 BY MR. CALABRO:
18 Q. We're going to look at this document here,
19 Exhibit 3 in conjunction with what I'm marking as
20 Exhibit 4. And Exhibit 4 is a document Bates Number
21 NNA 4073 through -- all right. It's just 4073 and
22 then there's an attachment 4074 that we have
23 actually printed.
24 All right, sir. Take a minute to review
25 that document and let me know when you're ready.

## Page 45

1    A.    (Witness reviews document.)
2          Okay.
3    Q.    Ready?
4    A.    I'm ready, uh-huh.
5    Q.    All right, sir.  Do you recognize this as an
6    e-mail from -- an e-mail chain involving you and
7    Mr. Caruthers?
8    A.    That's correct.
9    Q.    All right.  Any reason to dispute that you
10   sent -- received the e-mail chain as you see it in
11   this exhibit?
12   A.    No reason to dispute, no.
13   Q.    All right.  If you look at the originating
14   chain that you wrote to Mr. Caruthers on July 13th
15   of 2011, looking for information regarding this rust
16   issue, sir?
17   A.    That's correct.
18   Q.    You reached out to him because you say, I
19   understand you may have some knowledge of this
20   issue.
21   A.    That's correct.
22   Q.    Why did you think Mr. Caruthers might have
23   information related to this issue?
24   A.    Mr. Caruthers at that time was an engineer
25   staff at the Smyrna manufacturing plant.

## Page 46

1    Q.    Okay.  And what was his particular
2    responsibility?
3    A.    He was in the paint area.
4    Q.    And why did you think somebody in the paint
5    area would have information related to this?
6    A.    This butyl patch is installed in the paint
7    area.
8    Q.    Okay.
9    A.    Or would have been installed, sorry.
10   Q.    And then in July of 2011 as referenced in
11   this Exhibit 4, he writes, I'll be happy to discuss,
12   but it is a known problem that was countermeasured
13   by design on L32.  Do you see that?
14   A.    I see that statement, yes.
15   Q.    Any reason to dispute that?
16   A.    Bill is not -- so I -- I will preface this.
17   Bill is not a design engineer, so I don't understand
18   how he concluded countermeasures by the  design of
19   L32.
20   Q.    Is -- are there different facts?  Is that not
21   true?
22   A.    The -- the L32 design is different, but I
23   don't -- I'm not aware that a specific
24   countermeasure was made on the L32 design for this
25   issue.

## Page 47

1    Q.    You don't know one way or the other?
2    A.    I don't know one way or the other.
3    Q.    Okay.  L32 was the next version of the Altima
4    after the L31?
5    A.    That's correct.
6    Q.    What years were the L32 in production?
7    A.    The L32 was a model year '07 to 2012.
8    Q.    Okay.  L, does that designate Altima?
9    A.    It's a -- a -- a -- a sedan level --
10   Q.    Okay.
11   A.    -- but essentially, yes.
12   Q.    Okay.  Well, because then the Maxima is A?
13   A.    Is A, right.
14   Q.    Okay.  He goes on, Manufacturing, did not --
15   oh, sorry.  The second sentence actually is, this
16   file shows the design, two-floor thicknesses.
17         And so he's referring, I guess, to the
18   attachment, correct, where we see two different
19   floor patterns in 4074?
20   A.    I'm sorry.  Can you restate?
21   Q.    Sure.
22   A.    I'll apologize.  I'm a little lost.
23   Q.    Yeah.  Go back to the original e-mail at the
24   top.  His second sentence says, This file shows the
25   design of two floor thicknesses.  Do you see that?

## Page 48

1    A.    Yes --
2    Q.    Okay.
3    A.    -- I do.
4    Q.    So if we look at that de- -- that picture
5    that he's got at the top, there's a top floor layer
6    and a bottom floor layer.  Do you see that?
7    A.    I see that, yes.
8    Q.    All right.  Why are there these two layers?
9    A.    At the time of the design for L31, this was
10   the design requirement to ensure the floor was
11   properly designed.
12   Q.    I understand.  But what does that mean?  I'm
13   asking for more specifics.  Why are there two floor
14   layers here?
15   A.    So the -- the bottom layer was the base floor
16   pan.
17   Q.    Okay.
18   A.    And the top layer was a re-enforcement
19   structure.
20   Q.    And is that how Nissan refers to these two
21   different layers?  One was the base floor pan, and
22   the other one was the reinforcement structure?
23   A.    Yeah.  I believe the bottom is called the
24   front floor, and the top would be reinforcement
25   floor.

12 (Pages 45 to 48)

Page 49

1   Q.   Now, why is there holes in these layers?  If
2   you look at this design on 4074 at the top -- first
3   of all, you agree this is representative of what
4   this area looks like, correct?
5   A.   Yes, I agree.
6   Q.   This -- this picture is representative of
7   what that area looks like?
8   A.   Yes, for this particular model.
9   Q.   All right.  And you'll see that there's like
10  a hole here in the middle for both the bottom floor
11  layer and the top floor layer that you rep-- that
12  you see here.  Why -- what are those holes there?
13  A.   This particular hole was a -- my
14  understanding is a tooling hole, so it's used for
15  location and movement of the floor pan during
16  assembly at the manufacturing facility.
17  Q.   So in other words, those holes are there to
18  make it easier to assemble the car?
19  A.   To assemble the car and make sure the floor
20  is in position when other parts are aligned with the
21  floor.
22  Q.   It doesn't have any sort of structural or
23  safety role in when the car is actually being used,
24  correct?
25        MR. LAW:  I object.  The question is

Page 50

1   compound.
2        THE WITNESS:  This hole is not related
3   to any structural design.  It's used purely for
4   tooling and location purposes on the floor pan
5   during assembly.
6   BY MR. CALABRO:
7   Q.   If you go back to the e-mail at the 4073,
8   Mr. Caruthers states, Manufacturing did not
9   diligently press down the butyl patch on the floor
10  to seal the edge of both panels.  Do you see that,
11  sir?
12  A.   I do.
13  Q.   Okay.  Any reason to dispute what he says
14  there, sir?
15  A.   No.
16  Q.   Okay.  That's Nissan's position today?
17  A.   That's our position as for the cause of this
18  issue, yes.
19  Q.   And it says, The water wicked between the two
20  floor thicknesses and corrosion resulted.
21  A.   I see that statement, yes.
22  Q.   No reason to dispute that?
23  A.   No reason to dispute that.
24  Q.   Now, if you look down at 4074 at the bottom
25  half of that page, you will see there's -- there's a

Page 51

1   section entitled, Properly Insulation of Butyl
2   Patch.
3   A.   Yes, I see that.
4   Q.   And they've got pictures with red Xs and
5   green circles, and in the top left corner it says,
6   Typical NG condition, not pressed down.  Do you see
7   that?
8   A.   I do.
9   Q.   What does NG mean?
10  A.   NG typically means no good.
11  Q.   Okay.  And then on the right, you see,
12  Corrected condition, pressed down.
13  A.   Yes, I see that.
14  Q.   Do you know where these pictures came from?
15  A.   These pictures were provided by the
16  manufacturing team during our investigation back in
17  2011.
18  Q.   You'll see at the bottom it says, Paint QC
19  October 1, 2008.
20  A.   I see that, yes.
21  Q.   And I'll represent to you that the meta- --
22  metadata from this document, 4074, says that this
23  was created in October of 2008.  Do you know why
24  this was created in October of 2008?
25  A.   I do not know.

Page 52

1   Q.   Does paint QC 10/1/2008, mean anything to you
2   at all?
3   A.   Paint QC means paint quality control, but
4   other than that, I don't know -- I don't know why
5   this was put there.
6   Q.   How was this patch applied?  Was it applied
7   by some person or was it applied by a machine?  What
8   was the typical process for applying this patch?
9   A.   It's my understanding this patch was applied
10  by a person in the assembly plant.
11  Q.   Okay.  All right.  So let's go back to
12  Exhibit 3.  And we see that same document we were
13  just looking at sort of embedded here in Exhibit 3
14  on page 1614, right?
15  A.   That's correct, yes.
16  Q.   Now, sir, this document that we are looking
17  at, this picture of the floor plan that's entitled,
18  Root cause of floor rust, proper installation of
19  butyl patch, that's representative of the -- of the
20  Altimas, L31?
21  A.   This root cause details the floor rust
22  concerns on Altima, L31, yes.
23  Q.   Also representative of the Maxima, A34?
24  A.   It's my understanding, yes, correct.
25  Q.   All right.  If you look at the next page.

13 (Pages 49 to 52)

## Page 53

1  Now, this is talking about the safety investigation
2  right, sir?
3  A.    That's correct, yes.
4  Q.    All right.  And it says one, Structural
5  integrity, and we're on page 1615.  Through CAD
6  study, it is determined that the affected areas of
7  corrosion found in the field investigation, are not
8  in the load path during a frontal or side crash
9  incident as shown.  A section with material
10  properties is shown below.  Do you see that?
11  A.    I do, yes.
12  Q.    All right.  And are you familiar with this
13  diagram, sir?
14  A.    I'm familiar with this document, yes.
15  Q.    Okay.  What do the different colors mean, the
16  pink, and the green, and the reds, and all of these
17  things?
18  A.    It's my understanding these are different
19  areas, parts of the floor pan.  So the floor pan is
20  an assembly.  So, for example, the pink would be the
21  base pan and the -- the orange on it, for example,
22  would be maybe some side -- side -- side parts of
23  the pan.
24  Q.    All right.  And it's showing these blue
25  arrows?

## Page 54

1  A.    Yes, I see that.
2  Q.    And is that supposed to represent the --
3  where the loads or the stress of the load is felt
4  through the different parts?
5  A.    I think in general, yes, that's correct.
6  Q.    All right.  Now, if you look below that top
7  picture, there's sort of a hand-drawn picture.
8  A.    I see that, yes.
9  Q.    All right.  Do the colors of -- for example,
10  the pink in the top picture, correspond to the pink
11  in the bottom picture?
12  A.    Not directly, no.
13  Q.    Okay.  Let's just go through this real quick.
14  On the left side there's a -- sort of a bracket that
15  says corrosion area.
16  A.    I see that, yes.
17  Q.    All right.  So the pink layer there would be
18  what we call the reinforcement structure; is that
19  right?
20  A.    That's the reinforcement front floor, yes.
21  Q.    Okay.  And then the bottom part is called the
22  front floor as it's labeled there.
23  A.    That's correct.
24  Q.    These numbers SP, are those part numbers or
25  is that something else?

## Page 55

1  A.    Those are material information.
2  Q.    So SP121, what does that, for example,
3  represent?
4  A.    That's a type of metal.
5  Q.    Is -- are those Nissan specific numbers or
6  are they industry standard numbers?
7  A.    I can't answer that.
8  Q.    Okay.  If you look to the right, there's a
9  green and blue structure.
10  A.    Yes.
11  Q.    Do you know what that represents?
12  A.    That represents the -- the seal outer as a
13  mention on the or-- that orange piece that's on
14  the top.
15  Q.    Okay.
16  A.    That's a cross section of that.
17  Q.    Okay.  Under that drawing -- and, again, sir,
18  I'm sorry.  Let's take a step back.
19        If you go back and look at these drawings,
20  these are representative of both L31 and A34?
21  A.    Yes, that's correct.
22  Q.    All right.  If you look at number 2, floor
23  and panel integrity, the vehicles in the field which
24  were returned to dealers were reviewed in the most
25  severe condition.  The area where the perforation

## Page 56

1  occurred was not large or weak enough for the
2  customer to penetrate.  It goes on to say, This is
3  because there is a double metal thickness rein- --
4  reinforced front floor and front floor insulator,
5  carpet padding, and carpet.
6        Any of that -- so is that right so far, sir?
7  A.    Yes, you're correct.
8  Q.    All right.  Now, there is corrosion under
9  both the reinforcement of the floor and the front
10  floor in the cars that Nissan reviewed; is that
11  right, sir?
12  A.    In some instances, we saw corrosion on both
13  parts, yes.
14  Q.    And it's true also that the corrosion always
15  emanated from the holes in the floor that we are
16  talking about?
17        MR. LAW:  I'm going to object.  That
18  question is overbroad and it's vague and it lacks
19  foundation.
20        THE WITNESS:  The majority of the cases
21  we saw during our investigation, the propagation of
22  the rust started from the hole area, yes.
23  BY MR. CALABRO:
24  Q.    Can you give me a quantity?  90 percent of
25  the cases?  100 percent of the cases?

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

## Page 57

1    A.    I can't speculate on that as I sit here.
2    Q.    Can you comfortably say it's more than
3    75 percent?
4    A.    That's a very general question.  I -- I'm
5    not -- I don't -- no, I can't.
6    Q.    Okay.  Well, when you said, "in most cases",
7    what did you have in mind?
8    A.    The majority of the cases we saw, so above
9    50 percent.
10   Q.    But you can't quantify any better than above
11   50 percent?
12   A.    Not without looking at one-by-one pictures.
13   Q.    Where else would the rust emanate from if not
14   those -- from the hole in the cases that Nissan
15   reviewed?
16   A.    From this specific issue, the rust would be
17   expected to emanate from the hole area.
18   Q.    Can you name any other area from which it
19   emanated with respect to this issue?
20   A.    I cannot.
21   Q.    Okay.  And -- I'm -- I'm sorry if I'm asking
22   the same questions, and maybe I just misunderstood.
23        With respect to this issue, in all the cars
24   that Nissan investigated, did it find rust
25   emanating from any other location than the holes

## Page 58

1    that we had seen in these floor assembly -- these
2    floor pans?
3    A.    For this specific issue I can say, no.
4    Q.    Okay.  That's what I wanted clarification on.
5    That's where I thought we might be --
6    A.    Okay.
7    Q.    -- miscommunicating.
8        All right.  So going back to this
9    document -- we're on page 1616, In time, as the
10   corrosion gets worse, the carpet will become wet.
11   This is typically when the customer brought in
12   their vehicle to a dealer.  Do you see that?
13   A.    I do.
14   Q.    All right.  Now, is there any other facts
15   that -- well, before we get to that.  Let's just
16   look at this drawing here real quick.  You'll see at
17   the bottom half of this drawing, there are -- seems
18   to be black outlines of what looks like shoes.  Do
19   you see that?
20   A.    I do.
21   Q.    Are those supposed to represent where
22   people's feet would be?
23   A.    Yes.  This was representative of the kind of
24   average area where a foot might sit in relation to
25   the floor pan.

## Page 59

1    Q.    Then you'll see overlapping these feet, red
2    circles that say, concern area.
3    A.    I see that, yes.
4    Q.    Right?
5        Those represent where rust happens?
6    A.    Those represent the areas where we saw the
7    rust in the market, yes, correct.
8    Q.    And so literally where people's feet are is
9    where holes will develop?
10   A.    The areas shown as the concern areas where
11   there would be potential rust in the floor pan,
12   correct.
13   Q.    And sometimes that rust is so bad that it
14   creates a hole there?
15   A.    There may be a hole on the -- between the
16   front and the reinforcement piece, correct, yes.
17   Q.    I mean, there could be a -- a -- a hole such
18   that the carpet will become wet, right, sir?
19   A.    In rare instances, yes.
20   Q.    Okay.  Now, how is a hole in the floor where
21   people's feet are not a safety issue?
22   A.    So the structure of this, that is here in the
23   floor as mentioned in the previous statement on
24   1615, was determined that there was no concern
25   related to front or side crashes.  And the -- it was

## Page 60

1    a judgment of Nissan that the customer had potential
2    awareness of the issue as mentioned with the carpet
3    becoming wet before any concern with a complete hole
4    of the floor and the carpet.
5    Q.    So in other words, if it got really bad, the
6    customer would know because the carpet would become
7    wet, and at that point it was up to the customer to
8    make sure he was safe?
9        MR. LAW:  Well, I'll object.  That's
10   argumentative and that certainly mistates his
11   testimony.
12        THE WITNESS:  Nissan's position is, this
13   was a highly detectable concern at that point, and
14   we had no field reports of customers having their
15   feet through the floor of the vehicle.
16   BY MR. CALABRO:
17   Q.    But the reason Nissan made that determination
18   is because it was then up to the customer to make
19   sure that they were safe?
20        MR. LAW:  Objection; misstates his
21   testimony.
22        THE WITNESS:  Yeah.  Again, Nissan's
23   position is, this was not a safety concern as
24   mentioned previously.  No concern through crash
25   worthiness for frontal or side crash.  We also felt

## Page 61

1  that the -- the concern is highly detectable by the
2  customer to identify and then bring in for a repair.
3  BY MR. CALABRO:
4  **Q.  Okay.  And just -- so that's what I wanted to**
5  **understand.  The reason it's not a safety concern is**
6  **because Nissan expected the customer to come in and**
7  **fix this problem when it realized that there is --**
8  **the carpet was wet?**
9        MR. LAW:  Same objection.  It misstates
10  his testimony.
11        THE WITNESS:  Yeah.  Nissan's position
12  that it was not a safety issue was based on the
13  crash analysis done by our design department in
14  addition to the -- the concern that it's highly
15  detectable for the customer.
16  BY MR. CALABRO:
17  **Q.  Did the crash -- did the crash test ever**
18  **involve cases in which the hole was so large that**
19  **the carpet was wet?**
20  A.  The study was done through computer-aided
21  drawings, so not a crash test, but it considered the
22  worst case condition for this issue.
23  **Q.  What was considered the worst case condition?**
24  A.  This -- you can see this concern area that's
25  highlighted.

## Page 62

1  **Q.  Uh-huh.**
2  A.  So this is considered -- area is a -- a
3  perforated floor pan condition.
4  **Q.  And is that for both layers?**
5  A.  That's for both areas.
6  **Q.  All right.  So no crash tests were done on**
7  **any vehicle?  It was all based on what the computer**
8  **model showed?**
9  A.  For this specific incident condition,
10  correct.  It was done through computer-aided
11  drawings.
12  **Q.  Do you know whether Nissan produced any of**
13  **that information in this case?**
14        MR. LAW:  I'll object; calls for
15  speculation and potentially calls for
16  attorney-client privilege.
17        THE WITNESS:  I do not know.
18  BY MR. CALABRO:
19  **Q.  Do you know whether that information is still**
20  **currently available at Nissan, these -- these**
21  **computer-aided designs -- computer simulations on**
22  **the safety?**
23  A.  I do not know for this issue, no.
24  **Q.  Do you know how long Nissan normally**
25  **maintains records of these kinds of safety studies?**

## Page 63

1        MR. LAW:  Objection; the question is
2  vague; calls for speculation.
3        THE WITNESS:  I do not know.
4  BY MR. CALABRO:
5  **Q.  And I just want to make sure that I -- we**
6  **completely understand the testimony.  It is no --**
7  **Nissan's position is, it is not a safety standard,**
8  **because based on computer simulations it did, it did**
9  **not think that there was any structural problems**
10  **with rusted floor pans?**
11  A.  Nissan's position is for this issue in the
12  worst case, there was no concern related to frontal
13  or side crash in this area.  This area essentially
14  was not a structural part even in worst case
15  conditions for this issue.
16  **Q.  Okay.  But you don't know how to define**
17  **"worst case"?**
18        MR. LAW:  Object.  I think -- I think he
19  answered that.
20        THE WITNESS:  Yeah.  Worst case was
21  defined by our field investigation.  We essentially
22  considered the worst case that we found in the
23  market --
24  BY MR. CALABRO:
25  **Q.  Okay.**

## Page 64

1  A.  -- and applied it to this.
2  **Q.  And then -- and the- -- and that one you said**
3  **did have a hole in both the top and the floor -- top**
4  **and the bottom layers?**
5  A.  There was perforation in both the top and the
6  bottom layers, yes.
7  **Q.  Okay.  And then also it's Nissan's view that**
8  **once the carpet gets wet, it's then up to the**
9  **customer to take action to ensure safety?**
10        MR. LAW:  Object.  That misstates his
11  testimony.
12        THE WITNESS:  Yeah.  Nissan's view is
13  the -- the issue was -- in worst case, was very
14  detectable for the customer, so the customer could
15  identify this and bring it in for repair if
16  necessary.
17  BY MR. CALABRO:
18  **Q.  Okay.  But that was on the customer to**
19  **identify and bring in?**
20  A.  The customer would need to identify and
21  bring -- bring the car in for the issue, yes.
22  **Q.  All right.  Now --**
23        MR. LAW:  We're -- we're hitting an hour
24  right now so, if it's a good time or at least in the
25  next couple of minutes --

16 (Pages 61 to 64)

Page 65

1   MR. CALABRO:  Let me just check.
2        MR. LAW:  -- if we could take a short
3   break.
4        MR. CALABRO:  Yes, let me just check
5   real quick.  This might be a good spot.
6        Yeah, I think now is a good time.
7        MR. LAW:  Okay, great.
8        THE VIDEOGRAPHER:  We're off the record
9   at 10:00 a.m.
10       (Short break.)
11       THE VIDEOGRAPHER:  We're back on the
12  record at 10:16 a.m.
13  BY MR. CALABRO:
14  Q.   All right.  So we're still on Exhibit 2.  I'm
15  going to direct your attention to the page ending in
16  3589.  All right.  Now, this is providing a matrix
17  of various options Nissan was con- -- considering
18  with respect to this issue.  Do you see that, sir?
19  A.   I do.
20  Q.   All right.  Under option 1, it says S1
21  campaign.  Do you see that?
22  A.   I do.
23  Q.   What does S1 mean?
24  A.   S1 is an internal Nissan designation for a
25  type of service campaign.

Page 66

1   Q.   And what type is S1?
2   A.   S1 it means, none, safety issue, service
3   campaign.  S1 would dictate who is responsible for
4   making the final decision and who would pay.
5   Q.   Who would pay under S1?
6   A.   S1 would be a -- if it was a design issue, it
7   would be NML Japan.
8   Q.   It would be what?
9   A.   NML Japan, Nissan Motor Limited Japan.
10  Q.   Oh, NML?
11  A.   NML, I apologize.
12  Q.   I didn't know if that was a Japanese name.
13  A.   NM- -- sorry.
14  Q.   Okay.  What is S2?
15  A.   S2 is a -- another type of service campaign
16  for customer satisfaction.  These are typically paid
17  by the region rather than the design group.
18  Q.   What about S3?
19  A.   S3s are designated as warranty extensions.
20  Q.   Now, under S1 and S2, you said that -- well,
21  under S1 you said that NML would pay if it's a
22  design issue.  Is the issue that we're talking about
23  in this case a design issue or is it something else?
24  A.   It is not.  It is a manufacturing concern.
25  Q.   All right.  So when it's a manufacturing

Page 67

1   concern, who pays under S1?
2   A.   Under S1 for manufacturing concerns, the --
3   the -- the region would pay, the plant.
4   Q.   Was there more than one plant at issue in
5   this case?
6   A.   The L31 Altima from '02 to '06 was produced
7   in Smyrna and in Canton for a period of time.
8   Q.   How do you spell Canton?
9   A.   C-A-N-T-O-N.
10  Q.   What percentage of the relevant Altimas were
11  produced in Canton?
12  A.   I don't have that information.
13       MR. LAW:  And I -- I think that's
14  outside of the scope, just to preserve the
15  objection.
16  BY MR. CALABRO:
17  Q.   Did you say it was a -- limited set that
18  was produced in Canton?
19  A.   So I can tell you that the Canton Altimas,
20  L31, began production for model year '05.
21  Q.   Okay.  '05 and '06?
22  A.   So basically in '05 and '06, they were split
23  between the two plants.  I just don't know --
24  Q.   And they --
25  A.   I don't know the --

Page 68

1   Q.   -- were split --
2   A.   I don't know --
3   Q.   -- between the --
4   A.   The -- don't know the exact breakdown --
5   Q.   Okay.
6   A.   -- of the volumes.
7   Q.   In '05 and '06 it was at both plants; is that
8   right?
9   A.   That's correct.
10  Q.   All right.  Did Nissan detect any difference
11  between the rate of incidents between the Altimas,
12  L31s, produced in Smyrna versus the Altimas produced
13  in Canton?
14  A.   There was no discernable difference that we
15  saw.
16  Q.   Now, what about the Maxima, the A34.  Were
17  they produced in the same plants?
18       MR. LAW:  Object.  It's outside of the
19  scope.
20       THE WITNESS:  My understanding is Maxima
21  was only produced in Smyrna for this model.
22  BY MR. CALABRO:
23  Q.   And same question.  Did -- did Nissan
24  identify any difference in incident rates between
25  A34 Maxima and L31 Altima?

17 (Pages 65 to 68)

## Page 69

1    MR. LAW:  Same objection.
2    THE WITNESS:  No discernable differences
3  that we saw.
4  BY MR. CALABRO:
5    Q.    Under S2 campaigns, if it's a manufacturing
6  issue, is it also the plant that pays?
7    A.    It would be the region -- yeah, the regional
8  plant, yeah, that's correct.
9    Q.    Where is Canton?
10    A.    Mississippi.
11    Q.    Okay.  Is it -- is Canton and Smyrna in the
12  same region?
13    A.    They're both north -- Ni- -- considered --
14  when I say, region, Nissan North America, so North
15  American region, yes.
16    Q.    Okay.  So when a region has to pay for a
17  campaign like this, where does the money come from?
18    MR. LAW:  Objection; outside of the
19  scope.
20    THE WITNESS:  The -- so the money --
21  there's a bucket essentially, global bucket, that it
22  comes from, but -- and it's divvied by region for
23  campaign expense.  So it would come from the
24  campaign expense bucket, essentially in Nissan North
25  America.

## Page 70

1  BY MR. CALABRO:
2    Q.    That's the buc- -- what's the bucket
3  annually?
4    MR. LAW:  Same objection.
5  BY MR. CALABRO:
6    Q.    For this region, Nissan North America.
7    MR. LAW:  Same objection.
8    THE WITNESS:  There's no formal set
9  number for recalls and service campaigns set at the
10  beginning of a year.
11  BY MR. CALABRO:
12    Q.    Well, what difference does it make then
13  whether, you know, Nissan pays -- Nissan NML pays
14  versus the plant?
15    MR. LAW:  Same objection.
16    THE WITNESS:  Yeah.  It's -- it's a
17  financial accounting rule, so -- for who's
18  responsible.
19  BY MR. CALABRO:
20    Q.    Is anybody's compensation affected based on
21  who pays for this campaign?
22    MR. LAW:  Same objection.  La- --
23  outside of the scope, lacks fou- -- foundation and
24  calls for speculation by the witness.
25    THE WITNESS:  Yeah, I don't -- I

## Page 71

1  can't -- I can't speak to that.
2  BY MR. CALABRO:
3    Q.    Do you know whether there are people in the
4  region, for example, people -- the executives in
5  charge of Nissan North America, whose compensation
6  would depend on the financial performance of the
7  region?
8    MR. LAW:  Same objections.
9    THE WITNESS:  I can't speculate to that.
10  BY MR. CALABRO:
11    Q.    You don't have any idea one way or the other?
12    MR. LAW:  Same objections.
13    THE WITNESS:  No.
14  BY MR. CALABRO:
15    Q.    Okay.  What about at the plant.  Do you know
16  whether there's anybody at the plant level whose
17  compensation is affected based on whether they have
18  to pay a lot for any of these services and recall
19  campaigns?
20    MR. LAW:  Same objections.  It's outside
21  the scope; lacks foundation; calls for speculation.
22    THE WITNESS:  I'm going -- I can't speak
23  to that.
24  BY MR. CALABRO:
25    Q.    Is your compensation affected by whether any

## Page 72

1  of these campaigns have to be waged (phonetic) or
2  the cost or size of these campaigns?
3    MR. LAW:  Same objection.
4    THE WITNESS:  No.
5  BY MR. CALABRO:
6    Q.    Anybody in your group -- is their
7  compensation --
8    MR. LAW:  Same objection.
9    THE WITNESS:  Not to my knowledge.
10  BY MR. CALABRO:
11    Q.    If we go back to this chart here on 3589,
12  option 3, is TSB.
13    A.    That's -- that's correct.
14    Q.    What is that?
15    A.    That's a Technical Service Bulletin.
16    Q.    What's that Technical Service Bulletin?
17    A.    A Technical Service Bulletin is a -- a
18  document that will explain a repair method to the
19  field for the dealers to use.
20    Q.    Who pays for that?
21    A.    It's kind of a broad question, sorry.  It's
22  not who pays for that.  Who pays for a TSB?
23    Q.    Yeah.  I mean, is there any budget for this
24  issue for a TSB?
25    MR. LAW:  I will object to that.  It's

18 (Pages 69 to 72)

## Page 73

1  kind of overbroad.
2      THE WITNESS:  TSB is just a repair
3  instruction.  Who pays it -- the company or the
4  customer or good will, et cetera, would be based
5  upon the vehicle itself and the condition of the
6  vehicle.
7  BY MR. CALABRO:
8      Q.    Okay.  So the reason I asked is when we
9  talked about S1, S2, S3, it -- depending on the
10  campaign, different people pay, right?  Different
11  groups are responsible for paying, right?
12      A.    Yes, correct.
13      Q.    So is there a similar financial
14  responsibility associated with the TSB?
15      A.    Like, as I mentioned, the TSB is going to
16  follow the warranty structure, the good will
17  structure on that spe- -- specific vehicle.
18      Q.    When you say "good will", what do you mean by
19  that?
20      A.    So there is a -- there's a financial budget
21  that's -- that's allocated for potential good will
22  that the company can allow for repairs to be handled
23  for the company outside of warranty.
24      Q.    What criteria has to be met for good will to
25  pay for a repair outside of warranty?

## Page 74

1      A.    There's multiple criteria.  It's dependent by
2  vehicle.  Some of the criteria include:  Age;
3  mileage; customer -- you know, first or second
4  customer of the owner of the vehicle; whether the
5  customer has been -- I'll say a loyal customer to --
6  to a dealer, comes in for normal service.  There's
7  several factors.
8      Q.    Is it a -- is there a formal guideline or
9  criteria that's laid out as to when goodwill will
10  pay for something or is it all discretionary?
11      A.    There's some general guidance that is given,
12  yes.
13      Q.    And who is budget -- strike the question.
14      If something is charged to good will, is
15  that at the plant level?  Is that at the regional
16  level?  Is it at the corporate level?
17      A.    Good will is managed through the NNA budget,
18  so kind of the corporate level.
19      Q.    Okay.  So regional?
20      A.    Regional, yes.
21      Q.    Okay.  If you look at the chart again, we're
22  looking at customer satisfaction.  If you go across
23  that row, there's Os and Xs at the top?
24      A.    I see that.
25      Q.    Do those signify anything?

## Page 75

1      A.    Typically the O means kind of an okay
2  condition or positive and the X would be kind of a
3  negative or NG condition.
4      Q.    Okay.  And then if you look at the next row,
5  cost, there's O and then a squiggly line, triangle?
6      A.    Uh-huh.
7      Q.    What does that mean?
8      A.    Triangle typically designates kind of in
9  between okay and NG condition.
10      Q.    Okay.  And then if you look at the next cell,
11  that triangle squiggly X means it's between okay and
12  bad, right?
13      A.    Between maybe mid level condition and no- --
14  no good.
15      Q.    Okay.  Were these the actual options that FQA
16  was considering as of September of 2013?
17      A.    These were the proposals from FQA in
18  September of 2013.
19      Q.    Okay.  So FQA is making the proposal.  Who is
20  doing the deciding?
21      A.    So this would have been presented to
22  executive levels for decision.
23      Q.    When you say "executive levels", are you
24  saying level of NNA or executive levels at NML?
25      A.    This specific document would have been shared

## Page 76

1  initially at NNA but it also would have been shared
2  with our NML counterparts and their executive team
3  as well.
4      Q.    What was ultimately decided?  What option
5  or -- strike the question.
6      Were any of these options ultimately decided
7  on by Nissan?
8      A.    An option 3 of the TSB was decided on in
9  2015.
10      Q.    What about prior to 2015, because this is in
11  2013?  This presentation was in 2013.  No decision
12  was made in 2013?
13      A.    No decision was made in 2013.
14      Q.    Look at the next page.  What are we looking
15  at here?  This is a page with Bates Number 3590.
16      A.    This is a PowerPoint slide outlining cost
17  estimates for various areas.
18      Q.    Under which option?
19      A.    This would have been for the option 1, I
20  believe, for the service, S1 service campaign.
21      Q.    Okay.  And if you look at the estimated cost
22  and bold that -- that row --
23      A.    Okay.
24      Q.    If you look at, for example, the second box
25  where it says 3.6 million --

19 (Pages 73 to 76)

## Page 77

1    A.    Uh-huh.
2    Q.    -- it's 40 percent IR with 50 percent
3    conclusion ratio.  Does that IR stand for Internal
4    Return?
5    A.    It does not.  It stands for Incident Rate.
6    Q.    Oh, got it.  Okay, 40-percent incident rate.
7    Now, how do you come up with a 40-percent incident
8    rate in U.S. salt?
9    A.    So this was a 40-percent incident rate in
10   U.S. salt and Canada for no rust condition.
11   Q.    Right.  But we saw that was the number
12   for U.S. salt.
13   A.    At that time.  So I don't know if there's
14   additional slides that show that incident rate.
15   There's -- inside this same PowerPoint, 3,600,
16   there's a field survey summary.
17   Q.    Okay.
18   A.    And you can see there's a -- 47 percent
19   affected, so I can't speak -- if that's exactly what
20   was done here, but I believe this 40 percent would
21   have come as an estimate based on the -- the --
22   these --
23   Q.    Okay.
24   A.    -- survey results on 3,600.
25   Q.    You don't know for sure, but that's your best

## Page 78

1    estimate?
2    A.    I don't know for sure, but that's my best
3    estimation.
4    Q.    Okay.  If you'll turn to page 3592, and those
5    are the same pictures that we saw earlier in, I
6    think it was Exhibit 4; is that right?
7    A.    Three.
8    Q.    Three, sorry, yes, 3.
9    A.    Uh-huh.
10   Q.    And that one is indicating that carpet is
11   coming through the hole, right?
12   A.    In the bottom right picture, there appears to
13   be a portion of the carpet exposed.
14   Q.    And then on the bottom left it also says
15   carpet?
16   A.    That's correct.
17   Q.    If you'll look at the next page, 3593.
18   A.    Okay.
19   Q.    It says, Market status, do you see that?
20   A.    I do.
21   Q.    And in the middle it says, dealer part sales
22   and there's a chart there or table, do you see that?
23   A.    I do.
24   Q.    What's that represent?
25   A.    This would have been a -- a total of the

## Page 79

1    parts purchased by the dealer for the front floor
2    assembly.
3    Q.    Is this related to the rust issue?
4    A.    So at this time, the common repair method in
5    the market was to purchase a front floor assembly
6    and cut out the required piece to then -- through
7    body repair, weld that part, to repair the vehicle.
8    Q.    And -- and so is this indicating how many
9    people have purchased the part to make that repair
10   in -- in this time period?
11   A.    This indicates how many floor -- front floor
12   oximetries over -- from a five-year period were
13   purchased by dealers for potential repairs, but not
14   necessarily related to this issue.
15   Q.    Okay.  Does Nissan have any numbers that
16   rec- -- that estimates which percentage of these
17   were used for the repair of this issue?
18   A.    Not to my knowledge.
19   Q.    Then it says technical report, do you see
20   that?
21   A.    I do.
22   Q.    What's a technical report?
23   A.    A technical report is a -- a report from our
24   field staff, known as TSM, Technical Service
25   Managers.  They will file reports on concerns when a

## Page 80

1    customer comes to the dealer, specifically, for
2    issues that maybe aren't covered under warranty.
3    Q.    Now, there were only four technical reports
4    listed here, two in the United States and two in
5    Canada.
6    A.    At this time, that's correct.
7    Q.    Is that surprising when there were -- a much
8    higher incident rate than just four at the time of
9    this issue?
10        MR. LAW:  Ob- -- object.  The question
11   is vague and calls for speculation.
12        THE WITNESS:  It doesn't stand out as --
13   as unusual to me.
14   BY MR. CALABRO:
15   Q.    I mean, are technical reports done every
16   single time a plaintiff -- a person has an issue or
17   are they done only in certain instances?
18   A.    They're not done every single time.
19   Q.    What's the criteria for a technical report?
20   A.    There's -- there's different cases.  They can
21   be requested by our field quality investigation
22   staff to the field if they are wanting more
23   information on the concern.
24        In this case after the four were -- were
25   made public, maybe there was no further question by

## Page 81

1  our FQI team to -- to produce anymore.
2  Q.  Okay.  Underneath that it says VOQ/CA --
3  slash, CA, slash TL summary.  Do you see that?
4  A.  I do.
5  Q.  What is VOQ?
6  A.  It's Vehicle Owner Questionnaire.
7  Q.  What does that mean?
8  A.  A FOQ is a -- either a -- a formal complaint
9  by a customer to the NHTSA, National Highway Traffic
10 Safety Administration.
11 Q.  And when a complaint such as that is made,
12 then the organization in- -- informs Nissan of those
13 complaints?
14 A.  They are housed on a database that Nissan
15 does have access to, yes.
16 Q.  Okay.  And then it says CA files.  What's CA?
17 A.  Consumer affairs.
18 Q.  What is consumer affairs?
19 A.  Consumer affairs is our department within NNA
20 that handles customer questions and concerns.
21 Q.  And then tech line.  What's a tech line call?
22 A.  A tech line call is typically from a dealer
23 to our field staff at the field quality center to
24 handle concerns that maybe a dealer is not -- does
25 not know how to handle, doesn't have a normal

## Page 82

1  repair, just to get assistance from a technical
2  personnel.
3  Q.  All right.  And so what this is representing
4  here is the number of VOQs, consumer affairs, and
5  tech line calls Nissan has had with respect to this
6  rust issue as of September of 2013?
7  A.  Yes.  This would have been a summary of those
8  at that time, correct.
9  Q.  Now, I want to turn to page 3595.
10 MR. CALABRO:  And let me mark as
11 Exhibit 5 document Bates Number NNA2620 through 23.
12 (WHEREUPON, the above-mentioned
13 document was marked as Exhibit Number 5.)
14 BY MR. CALABRO:
15 Q.  All right.
16 A.  Okay.
17 Q.  Have you had a chance to review that, sir?
18 A.  Yes.
19 Q.  Do you recognize Exhibit 5 as an e-mail chain
20 involving you and Ari Schiftan?
21 A.  I do, yes.
22 Q.  And who is Mr. Schiftan?
23 A.  Ari was a body design engineer that was
24 working on this concern.
25 Q.  This was an e-mail chain regarding your

## Page 83

1  investigation into this issue?
2  A.  That's correct.
3  Q.  All right.  And you're -- you're referencing
4  in here that you're trying to completely understand
5  the root cause of the issue?
6  A.  Correct.
7  Q.  All right.  In the bottom e-mail on page
8  2621, there's an e-mail dated May 16th there.
9  A.  Yes.
10 Q.  And he says, Steve, have you spoken to Jamie
11 about this history.  That's Jamie, I think, Hunter.
12 A.  Yes, James Hunter, correct.
13 Q.  About this history.  Initially he was able to
14 show me a deck as well as his explanation for how or
15 why this issue was happening.  Do you see that?
16 A.  I see that, yes.
17 Q.  Do you remember or have any knowledge of what
18 that is, what his explanation was?
19 A.  I don't.  I don't recall this specifically.
20 Q.  In the next e-mail up, there's a reference to
21 a -- looks like a PowerPoint slide.
22 A.  I see that.
23 Q.  Do you -- have you seen that recently or know
24 what that is?
25 A.  I don't specifically know, no.

## Page 84

1  Q.  And on -- in the next page up, Page 2620, he
2  writes that, on the bottom, I found a couple install
3  drawings that could -- should help you to determine
4  where these were supposed to be placed.  Do you see
5  that?
6  A.  I do see that.
7  Q.  And then you respond that you don't have
8  SpaceVision access.  Do you see that?
9  A.  I do.
10 Q.  What's that?
11 A.  SpaceVision is a computer-aided program that
12 basically we can look at the design drawings in 3D,
13 three-dimensional space.
14 Q.  And do you know if documents in SpaceVision
15 are saved for all of the vehicles that Nissan has?
16 A.  I don't know the specific retention period
17 for those documents.
18 Q.  Do you know whether there are still documents
19 on SpaceVision related to L31 and A34?
20 A.  I don't know.
21 Q.  You write to him in that same e-mail, For the
22 install drawing, can you tell if there is any
23 specific mention about proper application of this
24 patch on the drawing?  Do you see that?
25 A.  I do see that.

## Page 85

1   Q.    And he responds, he says, Apologies, here are
2   the notes.
3   A.    I see the response.
4   Q.    Okay.  Now, if you look at the attachment,
5   is -- is this what you understood him to be
6   referring to as the notes?
7   A.    Yes, correct.
8   Q.    And these are notes to what?
9   A.    These are notes for the installation drawing
10  of the floor plugs and instillators on the floor
11  pan.
12  Q.    And is this from SpaceVision?
13  A.    It is -- is a document included in the
14  SpaceVision documents, yes.
15  Q.    Okay.  Now, if you'll look at the diagram
16  there, it looks like it's part of the attachment,
17  2623, on the tab labeled spec note block 31.
18  A.    Yes.
19  Q.    Okay.  Does that mean anything to you, spec
20  note block 31?
21  A.    These are typically just notes for
22  instruction for installation.  So you may have
23  several tabs on an Excel file that explain different
24  pieces of an installation.
25  Q.    So the guys or gals out on the line, do they

## Page 86

1   read those notes?
2   A.    They would not specifically see these.
3   Q.    Okay.
4   A.    So typically what would happen is this would
5   be translated to a spec sheet that is handled by
6   the processing engineering team at the plants, that
7   kind of simplifies this and explain to the -- the
8   technicians the order and operation of the process.
9   Q.    What was that called, the spec?  What do you
10  call that?  Process sheet?
11  A.    Process sheet.
12  Q.    Okay.  Did you review the process sheet with
13  respect to this manufacturing process in relation to
14  this, either in investigation or preparation for the
15  deposition today?
16  A.    I have seen the process sheet for -- related
17  to this area.
18  Q.    And do you know whether that's been produced
19  in this case?
20      MR. LAW:  Same objection; calls for
21  speculation.  Potentially calls for attorney-client
22  privilege.
23      THE WITNESS:  I'm not -- I'm not
24  completely sure.
25  ///

## Page 87

1   BY MR. CALABRO:
2   Q.    What is the form of a process sheet?  Is it
3   like a -- is it a chart?  Is it a -- it's a Word
4   document -- is it an Excel spreadsheet?  What does
5   it normally look like?
6   A.    It's typically a -- usually, held on Excel.
7   And then a printed version is kind of a diagram with
8   either verbal -- either written explanation of
9   graphical installation instructions for the -- for
10  the technician.
11  Q.    Let's go back to this Exhibit 2, and we're
12  looking at page 3595, and we see the same diagram
13  that we were looking at in Exhibit 5.  And there is
14  a dark line -- dark box around D.  Do you see that?
15  A.    I do.
16  Q.    What does that signify?  What is D?
17  A.    D is the section where the specific butyl
18  patch would have been applied.
19  Q.    All right.  And it says here in the slide.
20  There's no clear instruction of double-layered
21  panel.  Do you see that?
22  A.    I do.
23  Q.    All right.  So that's saying the folks on the
24  line weren't given clear instructions on how to make
25  sure that this patch is properly sealed because of

## Page 88

1   the two layers?
2       MR. LAW:  I'll object.  It misstates
3   what the document says.
4       THE WITNESS:  This is -- this is a
5   snippet from the document that we're just looking at
6   for the design notes.  So it's saying in the design
7   spec notes, there's no specific instructions for a
8   double-layered panel.
9   BY MR. CALABRO:
10  Q.    Right.  Oh, so, wait, there's no instructions
11  for a double-layered panel.
12  A.    That's what -- yeah, that's what it says.
13  Q.    Meaning that there shouldn't be a
14  double-layered panel or there's no instructions for
15  how to deal with a double-layered panel?
16  A.    There's no clear instructions for how to
17  handle the double-layered pan-- -- panel in this
18  case.
19  Q.    In the process sheet that you reviewed, was
20  there any clear instructions for them to handle the
21  fact that there's a double-layered panel?
22      MR. LAW:  Objection.  The question is
23  vague and argumentative.
24      THE WITNESS:  From -- from my memory,
25  the -- the process sheet was similar to the drawing

22 (Pages 85 to 88)

## Page 89

1  information.
2  BY MR. CALABRO:
3  Q.   Fair to say that there was no clear
4  instructions for the folks on the line of how to
5  ensure that butyl patch was applied appropriately to
6  ensure a seal with respect to this double-layered
7  panel?
8      MR. LAW:  Objection; argumentative as to
9  the term "fair to say", and "vague".
10      THE WITNESS:  The process sheet mirrors
11  the drawing information.
12  BY MR. CALABRO:
13  Q.   So there wasn't a clear instruction on how to
14  ensure there was a proper seal due to the fact that
15  there's a double-layered panel?
16      MR. LAW:  Same objection.
17      THE WITNESS:  There was no specific
18  cross section on the process sheet that showed a
19  double-layered panel.
20  BY MR. CALABRO:
21  Q.   Was there any instructions in the process
22  sheet that alerted people on the line to make sure
23  that, due to the nature of the double-layered panel,
24  they have to make sure that the patch is secured
25  properly to both layers?

## Page 90

1  A.   In the process sheet I saw, it did not
2  indicate any specific instructions related to a
3  double-layered panel.
4  Q.   Would there be any other instructions that
5  you're aware of at the plant other than the process
6  sheets to the people on the line?
7  A.   Not that I am aware of, no.
8  Q.   Turn the page to 3596.  This slide is
9  entitled history of this concern.  Do you see that?
10  A.   I do.
11  Q.   Have you had a chance to review this?
12  A.   I've seen this previously, yes.
13  Q.   And is there any inaccuracies in here that
14  you're aware of?
15  A.   No.
16  Q.   Okay.  I'm going to refer you also to the
17  next page, page ending in 3597.
18  A.   Okay.
19  Q.   Take a minute to just double check that and
20  to see if there's any inaccuracies with respect to
21  what's on that slide as well.
22  A.   Not inaccurate, but the phrase, "Brad agreed
23  to do something", is vague.  I'm -- I'm not for sure
24  what that means.
25  Q.   Okay.

## Page 91

1  A.   Otherwise it appears correct.
2  Q.   Do you know if Brad is a -- the word "Brad",
3  is that a reference to a person or a group or is
4  that a typo?
5  A.   It's a reference to a person.
6  Q.   What -- what person?
7  A.   That would have been the T- -- TCS, Total
8  Customer Satisfaction, vice president, Brad Thacker
9  at the time.
10  Q.   All right.  So this -- both the chart -- I'm
11  sorry, not the chart.  Both the picture and the
12  bullet points indicate that there was a technician
13  re- -- sorry, a technical report on this issue as
14  early as 2006; is that right?
15  A.   There was a technical report in 2006,
16  correct.
17  Q.   That was issued by NCI?
18  A.   Yeah, NCI, is Nissan Canada Incorporated.
19  Q.   Is that part of NNA?
20  A.   They are not part of NNA.
21  Q.   Okay.  NNA, Nissan North America, is not
22  Canada?
23  A.   Strike that.  That -- let me -- let me
24  clarify.
25  Q.   Okay.

## Page 92

1  A.   They are a sales organization inside of
2  the -- the full North American scope, you're
3  correct.
4  Q.   Okay.
5  A.   I apologize for that.
6  Q.   Okay, yeah.  Are technical reports issued by
7  NCI also shared with folks in the United States?
8  A.   They are.
9  Q.   Okay.
10  A.   They would come to our NNA Field Quality
11  Investigation Team.
12  Q.   It says that even though this was issued in
13  2006, no CAR was issued due to low incident number.
14  Do you see that?
15  A.   I do, yes.
16  Q.   What is CAR?
17  A.   CAR is Countermeasure Action Request.
18  Q.   And what does that mean in plain English?
19  A.   That would be a document that's issued by our
20  field quality investigations team to an entity for a
21  countermeasure.
22      So, for example, if it was a -- considered
23  to be a manufacturing concern, there would be a CAR
24  issued to the plant for review and then a -- to
25  reply with some fix.

Page 93

1    Q.    Now, the L31 at issue here was manufactured
2    through April of 2007; is that correct?
3    A.    That's my understanding, yes.
4    Q.    So if a countermeasure had been issued at
5    that time, at least some cars probably could have
6    been countermeasured before the end of production?
7          MR. LAW:  Objection; calls for
8    speculation; lacks foundation.
9          THE WITNESS:  I can only say that if a
10   CAR was issued at that time, it -- it -- it could
11   have been investigated potentially at the plant.  I
12   can't speculate to whether a countermeasure would
13   have been taken or not.
14   BY MR. CALABRO:
15   Q.    And then A34 was produced through May of
16   2008, correct?
17   A.    That's correct.
18   Q.    So countermeasures could have been taken with
19   respect to the Altima or Maxima as well?
20         MR. LAW:  Same objection.
21         THE WITNESS:  Same answer, also.  A CAR
22   could have been issued at the plant.  I can't
23   speculate whether or if a countermeasure would have
24   been applied or not.
25   ///

Page 94

1    BY MR. CALABRO:
2    Q.    Did Nissan do any investigation to determine
3    whether -- had the butyl patch been properly sealed,
4    as we saw in the diagrams, that that would have
5    prevented the corrosion from occurring?
6    A.    Our understanding is in the proper applied
7    condition, it would have prevented water and salt
8    intrusion to the floor panel.
9    Q.    What's that understanding based on?
10   A.    Based on our design team, the validation
11   process that was done prior to the start of
12   production of the L31 Altima.
13   Q.    So those were tested prior to production
14   according to Nissan's normal protocols and it passed
15   those protocols that there wouldn't have been salt
16   and salt water that would have gotten into these --
17   A.    Yes, that's my understanding.
18   Q.    As -- and that's your understanding based
19   on -- as the representative of Nissan?
20   A.    Yes.
21   Q.    Okay.  If you look down here at the middle
22   bullet point.  It looks like it starts with finish.
23   A.    Okay.
24   Q.    Finish study of safety impact on November 18,
25   2011.

Page 95

1          Is that how I would read that?
2    A.    That's correct, yes.
3    Q.    If you'll look back at Tab 3 -- or Exhibit 3,
4    those safety notes that we were reviewing were dated
5    December of 2011?
6    A.    That's correct.
7    Q.    Do you know whether there was anything
8    further done between November of 2011 and December
9    of 2011?
10   A.    No, I do not.
11   Q.    Okay.  And so the safety concerns -- no
12   safety impact that's referenced here in this slide
13   on page 3597, is just summarizing the same
14   conclusions that we saw in Exhibit 3?
15   A.    That's correct.
16   Q.    Okay.  Fur- -- a couple bullet -- bullet
17   points further down -- well, just the next bullet
18   point down, it says, Dealer advisory board raised
19   concern to NNA.
20   A.    Yes.
21   Q.    I see that's Nissan North America?
22   A.    It is.  It looks like a typo.
23   Q.    Yeah.  Do you know what that concern was that
24   the dealer advisory board raised?
25   A.    My understanding is the dealer advisory board

Page 96

1    raised some concerns that they were seeing in the
2    northern areas, incidents for the floor pan rust.
3    Q.    Okay.  Did they express the safety concern or
4    just -- they were concerned generally about this
5    issue?
6    A.    They just raised the concern as a field
7    issue, no safety concern raised.
8    Q.    Next bullet point says, Information to NHTSA
9    on, I guess, February 2012.
10   A.    Yes.
11   Q.    And NHTSA agreed this is no-safety concern?
12   A.    That's correct.
13   Q.    Is that based on the same reason we discussed
14   with respect to Exhibit 3?
15   A.    It is, yes.
16   Q.    Okay.  Do you know whether NHTSA did its own
17   independent investigation or does it just rely on
18   the results that Nissan provides?
19   A.    I'm not aware of any independent
20   investigation by NHTSA on this specific issue.
21   Q.    So the next bullet point says, NNA top
22   management meeting on March 27, 2012, correct?
23   A.    Yes.
24   Q.    So Brad Thacker agrees to do something in
25   2012?

## Page 97

1    A.    This is the statement.  I can't -- I can't
2    explain what the something means in this -- in
3    this --
4    Q.    Okay.
5    A.    -- phrasing.
6    Q.    Do you know whether there was any decision
7    made in that timeframe to take any kind of action?
8    A.    Not to my -- I'm not aware of any decision
9    that was made at that time.
10   Q.    Okay.  The very last bullet point is AFR,
11   draft idea, what's AFR?
12   A.    AFR is Appropriate Field Repair.
13   Q.    Appropriate Field Repair, what does that
14   mean?
15   A.    That's just an acronym that we use for -- the
16   AFR essentially is used to create the technical
17   service bullet instructions to the dealer --
18   Q.    Okay.
19   A.    -- on how to repair.
20   Q.    And it says, AFR draft idea was evaluated and
21   do final modification April of 2013.
22   A.    I see that, yes.
23   Q.    So what does that mean?
24   A.    This -- the -- the drafts for the field
25   repair was evaluated by both field quality and

## Page 98

1    design and agreed as reasonable as of April 2013.
2    Q.    Okay.  Now, if you'll turn the page, and this
3    is the page with 30- -- with Bates Number 3598.
4    This is the AFR study that I think you were
5    referring to earlier; is that right, sir?
6    A.    This does detail the AFR study, correct.
7    Q.    Now, there's a reference to e-room link.  Do
8    you see that?
9    A.    I do.
10   Q.    What's that?
11   A.    The e-room link -- the e-room was a previous
12   document location for FQA-related materials for
13   issues that we're investigating.
14   Q.    Is there still an e-room?
15   A.    It is changed to an alliance connect site
16   which is a different type of database.
17   Q.    What is alliance connect?
18   A.    It is a database that houses on the web --
19   it's a web-based database that houses documents.
20   Q.    Everything that was on e-room is now on
21   Alliance connect?
22          MR. LAW:  I'll object; calls for
23   speculation; outside of the scope of his
24   designation.
25          THE WITNESS:  That's correct.

## Page 99

1    BY MR. CALABRO:
2    Q.    Now, if you look at this slide on the
3    left-hand side that says, NTCNA method, previous, do
4    you see that?
5    A.    I do.
6          MR. CALABRO:  And let me mark as
7    Exhibit 6, document with Bates Number NNA2814.
8          (WHEREUPON, the above-mentioned
9    document was marked as Exhibit Number 6.)
10         MR. CALABRO:  This was actually produced
11   as an Excel spreadsheet, but we printed it out.
12   Yeah, this is 6.  And why don't we also look at what
13   I'll mark as Exhibit 7 with Bates Number 3025.
14         (WHEREUPON, the above-mentioned
15   document was marked as Exhibit Number 7.)
16   BY MR. CALABRO:
17   Q.    Let me know when you've had a chance to
18   review both of those, sir.
19   A.    Okay.
20   Q.    Okay.  Exhibit 6 is entitled Altima floor pan
21   repair procedures, do you see that?
22   A.    I do.
23   Q.    Can you identify this document?
24   A.    I've seen this document, yes.
25   Q.    And is this, in fact, the procedure for a

## Page 100

1    floor pan repair, that NTCNA developed?
2    A.    Yeah.  This -- this -- this repair procedure
3    would match on the 3598, the left-hand side, NTCNA
4    method previous procedure.
5    Q.    Okay.  And when you say "this one", you're
6    talking about the procedure we see in Exhibit 6?
7    A.    That's correct.
8    Q.    All right.  And this was developed by NTCNA?
9    A.    That's correct, is my understanding.
10   Q.    And if you then look at Exhibit 7, is this
11   the same procedure as well?
12   A.    This is essentially a summary of Exhibit 6.
13   Exhibit 7 is a -- a -- a shortened summary of
14   Exhibit 6.
15   Q.    All right.  And it rec- -- and it notes at
16   the top of Exhibit 7 that this is the repair
17   procedure recommended by NTCNA.
18   A.    That's correct.
19   Q.    All right.  Now, the NTCNA recommended repair
20   procedure as we see in Exhibit 6 is estimated to
21   cost around $1,400?
22   A.    That's -- that's correct.
23   Q.    Now, is this the cost to the customer or is
24   this just the cost of actually -- just the parts and
25   labor?

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

## Page 101

1    A.    This would have been the -- the parts and
2    labor cost --
3    Q.    Okay.
4    A.    -- required.
5    Q.    All right.  And so if we go back to
6    Exhibit 2, we're looking at that slide again on page
7    3598, that's what it's referring to as the NTCNA
8    method about $1,400 --
9    A.    That's correct.
10   Q.    -- total cost?
11         Now, the cost to the customer was much
12   larger than that; is that right?
13         MR. LAW:  I'll object; calls for
14   speculation and lacks foundations.  It's outside of
15   the scope.
16   BY MR. CALABRO:
17   Q.    I'll withdraw the question.  We'll come back
18   to it.
19         So that's labeled anyways, the previous
20   method; is that right?
21   A.    That was the cost of the previous method,
22   correct.
23   Q.    All right.  And then if we look at -- on the
24   right side, there is the FQA, slash, NTCNA method.
25   Do you see that?

## Page 102

1    A.    I see that, yes.
2    Q.    All right.  And so how does this method
3    differ from the previous method?
4    A.    This method called for a specific service kit
5    that had service plates that were applied with rivet
6    nuts and adhesive to the vehicle.
7    Q.    Okay.  But it was not cutting out the rust
8    part?
9    A.    That's right.  It would have -- it provided a
10   kit part potentially to -- that replaced the need
11   for the entire floor pan.
12   Q.    Now, the kit part did not have a hole in it
13   like the -- like the actual floor pan did coming off
14   the line; is that right?
15   A.    It did not have a hole that was similar to
16   that hole.  There were -- you're correct.  That's --
17   that's correct.  That specific hole was not included
18   in that plan.
19   Q.    This pan --
20   A.    This --
21   Q.    -- covered up --
22   A.    This --
23   Q.    -- that hole.
24   A.    This -- this service plate was a cover -- was
25   used as a cover.

## Page 103

1    Q.    Now, if you'll go to the ending in 3603,
2    Bates Number 3603, this is identifying the salt
3    states, both this page and the next page 3604; is
4    that right?
5    A.    3603 indicates the shaded areas as salt
6    states as indicated by NHTSA.
7    Q.    Missouri is a salt state?
8    A.    Yes, it's indicated by NHTSA, correct.
9    Q.    Now, it's got a star on it, and I can't tell,
10   because this is black and white.  Do you know
11   whether it's supposed to be a blue, red, or green
12   star?
13   A.    I do not know.
14   Q.    Okay.  Turn the page, on this page -- page
15   with Bates ending in 3604, there's a dark line that
16   sort of comes down the west coast, the border of
17   Canada, between Canada and the US and then down
18   around Missouri and back up north.  What does that
19   line represent?  Is that, again, the salt area
20   versus the non salt area?
21   A.    That line was our -- yeah, designation
22   between salt and non salt.
23   Q.    So this was Nissan's designation between salt
24   and non salt?
25   A.    Correct.  Only for the Canada -- because of

## Page 104

1    Canada.  There's no Canada -- Canada from a Nissan
2    perspective is considered all salt.
3    Q.    Okay.
4    A.    So we can use the NHTSA designation for the
5    20 states and then Canada.
6    Q.    Okay.  If you look on the next page 3605, it
7    says FQA homework items from March discussion.  Who
8    would have assigned this homework?
9    A.    I'm not clear who would have assigned
10   specifically this homework.
11   Q.    Is there a group or a committee that would
12   normally say you guys need to do more work on this?
13   A.    I cannot speculate exactly who -- who
14   assigned these three items.
15   Q.    I understand you might not know the name of
16   the people, but is there a group or committee or
17   somebody who would be responsible for these kinds of
18   decisions?
19   A.    These -- these items would have come out
20   potentially between discussion between field quality
21   assurance and NML.
22   Q.    MML?
23   A.    NML.
24   Q.    Okay.  And -- and what -- what those
25   discussions said is, go develop a cost-effective

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 105

1  repair method for usage on only the affected
2  population; is that right?
3  A.   That was one of the points mentioned, yes,
4  correct.
5  Q.   And determine estimated cost for potential
6  campaign on affected population.
7  A.   Correct.
8  Q.   And those are just more detailed related to
9  the actual option; is that right, sir?
10  A.   Yeah.  If you are on 3606, it indicates three
11  potential options that were studied.
12  Q.   If you look at this slide on 3607 under 1TSB,
13  there's a bullet point at the bottom that says
14  increases risk.  Do you see that?
15  A.   I see it.
16  Q.   And -- and -- and what is that referencing?
17  Increases risk of what?
18  A.   I don't know the context of that comment.
19  Q.   Okay.  Now, if you go to the pages with Bates
20  Number 3614 and 15.
21  A.   Okay.
22  Q.   So, again, we're seeing that labor and cost
23  breakdown for the NTCNA recommended procedure at
24  $1,400 per repair.  Do you see that?
25  A.   I see that, yes.

## Page 106

1  Q.   And then over on 3615, they actually project
2  out what the cost of such a campaign would be,
3  correct?
4  A.   That's correct.
5  Q.   And so they look at, you know, the population
6  of the affected area, both the -- of just the
7  United -- U.S. salt areas and Canada.  It looks at
8  the estimated percentage of rust for cars in that
9  area, estimated campaign completion rate, do you see
10  that?
11  A.   I do.
12  Q.   So that -- and correct me if I'm wrong, but
13  what that means is, we think 85 percent of the
14  people who are contacted are going to participate in
15  the campaign?
16  A.   That's correct.
17  Q.   And then they'd receive the estimated cost
18  per vehicle and then the projected cost was
19  $749 million?
20  A.   For this potential option, yes, that's
21  correct.
22  Q.   And so Nissan executives said we're not doing
23  that.
24       MR. LAW:  I'll object; calls for
25  speculation.

## Page 107

1       THE WITNESS:  There was no decision for
2  a service campaign at -- or at this time, that's
3  correct.
4  BY MR. CALABRO:
5  Q.   Well, they never agreed to do this, correct?
6  A.   Nissan has not done -- has not decided on a
7  service campaign for this issue.
8  Q.   And when -- because they haven't decided on
9  it, they have not agreed to do this, correct?
10  A.   There was no agreement to do this action,
11  correct.
12  Q.   Turn the page to basic overview.  At the
13  bottom it says, potential effects.  It says,
14  customer may notice rust or perforation on the
15  underside of the vehicle.  NTCNA has concluded in
16  its safety assessment, this concern does not pose
17  any unreasonable risk to safety.  Do you see that?
18  A.   I see that, yes.
19  Q.   So some risk to safety; is that right?
20       MR. LAW:  I'll object; calls for
21  speculation.
22       THE WITNESS:  Okay.  Nissan's position
23  was there was no unreasonable risk to safety.
24  BY MR. CALABRO:
25  Q.   I understand there was no unreasonable risk

## Page 108

1  to safety, but does that mean that there was still
2  some risk to safety?
3  A.   Nissan's position is there was no safety risk
4  for this issue.
5  Q.   Zero?
6  A.   No safety risk.
7  Q.   Okay.  And that's all based on the safety
8  discussion that we talked about earlier with
9  Exhibit 3?
10  A.   Correct.
11  Q.   Okay.  If we look at the slide with 3619,
12  this is just summarizing the various cost options;
13  is that right?
14  A.   That's correct.
15       MR. CALABRO:  All right.  Let's mark as
16  Exhibit 8 Bates Number 3576 through 82, and we
17  printed out some if not all of the attachments.
18       (WHEREUPON, the above-mentioned
19  document was marked as Exhibit Number 8.)
20  BY MR. CALABRO:
21  Q.   Let me know when you're ready, sir.
22  A.   I'm ready.
23  Q.   All right.  Do you see- -- do you recognize
24  this as an e-mail from you to Mr. Hammoud dated
25  May 5, 2015?

## Page 109

1    A.    Yes, I do.

2    Q.    Okay.  Any reason to doubt that you sent this

3    e-mail in the form attached and presented here as

4    Exhibit 8?

5    A.    No reason -- no concern.

6    Q.    There is no reason --

7    A.    No -- reason.

8    Q.    -- to dispute that, right?

9    A.    No.

10    Q.    All right.  You'll see that you write here,

11    Selim, Per your request, see attached materials.

12    One, TM Summary Sheet from last TM meeting in March

13    2014 that recommended closure.  Do you see that,

14    sir?

15    A.    I do.

16    Q.    All right.  And that is the document with

17    Bates Number 3582?

18    A.    That's correct.

19    Q.    All of those printouts?

20    A.    That's correct.

21    Q.    All right.  So this is the final TM summary

22    sheet even though it says draft on the actual first

23    page of the document?

24    A.    This is -- this represents the final TM

25    coversheet.

## Page 110

1    Q.    And then it says, the cover of the e-mail

2    that it's the final as well.

3    A.    Yes.

4    Q.    Just wanted to clarify that.

5          And then also number 2, Safety assessment

6    provided by NTCNA.

7    A.    Yes, correct.

8    Q.    And that's just a black-and-white version of

9    what we already saw as Exhibit 3, right?

10    A.    That's correct.

11    Q.    All right.  Same information?

12    A.    Same information, correct.

13    Q.    Now, this would have be- -- been presented

14    to -- is it, the technical meeting?

15    A.    This would have been a technical meeting

16    discussion, yes.

17    Q.    All right.  Again, all of the information

18    that's included in here, there was an effort to

19    ensure it was accurate and reliable?

20    A.    Yes, correct.

21    Q.    Because these decisions are made based on the

22    information provided in the documents?

23    A.    Yes.  The tech- -- the technical meeting

24    sheet is the source document for the decision at

25    that level, correct.

## Page 111

1    Q.    Okay.  We'll talk about what that level is in

2    a little bit, but I just want to make sure we've got

3    all of this.  If you look at -- I'm primarily

4    interested in the technical meeting sheet, 3582.

5    You will see there's a number 1 at the top, column 1

6    or I guess, it's more of a row.  The subject is A34

7    Maxima, L31 Altima floor pan, correct?

8    A.    That's correct.

9    Q.    All right.  And it identifies the

10    manufacturing plans that we've talked about?

11    A.    That's correct.

12    Q.    It then references KD parts.  What does that

13    mean?

14    A.    So a KD part is a part -- it's just a

15    designation internally for when a part is purchased

16    by a region from NML.  So if a part were to be

17    purchased by Smyrna plant to NML directly, it would

18    have a KD designation.

19    Q.    Do you know what KD stands for?

20    A.    I do not.

21    Q.    Okay.

22    A.    Not -- well, strike that, sorry.  I believe

23    it's knock down.

24    Q.    Okay.

25    A.    Yeah.  But that's probably a bad Japanese

## Page 112

1    translation, so...

2    Q.    Okay.  Do you speak any Japanese?

3    A.    Very -- sochi.

4    Q.    Okay.

5    A.    A couple words.

6    Q.    So anyway it identifies that there are no KD

7    plant parts, paren, floor assembly stamped with MFG

8    plant.

9    A.    Yeah.  Essentially it's saying the floor

10    assembly is produced inside of the Smyrna facility.

11    It's not purchased from a Japanese supplier.

12    Q.    Okay.  And then, again, it identifies the --

13    the incident as corrosion rust in floor pan of

14    vehicle.  Incident vehicles have shown rusted area

15    on both left-hand and right-hand sides of floor pan;

16    is that right?

17    A.    I see that, yes.  That's correct.

18    Q.    That's what that means?

19    A.    That's right.

20    Q.    All right.  And then cause of incident, butyl

21    patch on front floor was not pressed down

22    sufficiently during manufacturing process, allowing

23    water to -- between the two floor panels.  Do you

24    see that?

25    A.    I do see that, yes.

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                              Fax: 314.644.1334

Page 113

1  Q.   Were there butyl patches on other parts of
2  the floor assembly?
3  A.   There are butyl patches on other parts of the
4  floor assembly, yes, correct.
5  Q.   Where do you see corrosion related to the
6  other butyl patches?
7  A.   We didn't see any other corrosion or floor
8  rust concern related to the other patches.
9  Q.   Was there an investigation to determine why
10 that was?
11 A.   Not to my -- not to my knowledge.
12 Q.   Okay.  Do you have any theories as to why
13 there was -- is only rust coming out of the front
14 floor butyl patches and not any of the other ones?
15     MR. LAW:  You asking him personally?
16 It's outside of the scope of his designation.
17 BY MR. CALABRO:
18 Q.   Well, I'll ask it both ways.  I'll ask you as
19 a Nissan representative.
20 A.   All I can say is for the specific issue of
21 concern, it had the two-layer condition.  Some of
22 the other holes were a single layer.
23 Q.   Okay.
24 A.   But I don't know otherwise.
25 ///

Page 114

1  Q.   All right.  So now I want to skip down a
2  little bit to 6, Section 6.  Okay.  Again, it's
3  identifying production period effect, L31 2002 to
4  2006 model year, correct?
5  A.   That's correct.
6  Q.   Produced from June of 2001 through April of
7  2007?
8  A.   Correct.
9  Q.   Also A34 model years 2004 through 2008?
10 A.   Correct.
11 Q.   And in production from December or 2002
12 through May 2008?
13 A.   Correct.
14 Q.   Then it says, reason why not applicable to
15 the vehicles manufactured outside of the above
16 dates.  And the reason provided is all production
17 for L31 Altima and A34 Maxima are included, correct?
18 A.   That's -- that's correct.
19 Q.   All right.  And that's approximately
20 1.7 million vehicles?
21 A.   That's correct.
22 Q.   Now, that never represents the total number
23 of vehicles produced or sold or in -- in -- in
24 service as of the date of March 2014?
25 A.   This would have just been the total number

Page 115

1  produced --
2  Q.   Okay.
3  A.   -- as an approximate number.
4  Q.   And then it provides in 7, the total number
5  of affected vehicles.  And those are based on
6  Nissan's projection, correct?
7  A.   That's correct.
8  Q.   All right.  And then it also says, related
9  TCS.  Do you see that?
10 A.   I do.
11 Q.   I think you told me what TCS is, but I
12 forgot.  What is TCS?
13 A.   Total Customer Satisfaction.
14 Q.   What does that mean?
15 A.   That's the organization within Nissan North
16 America that is responsible for customer
17 satisfaction and field quality.
18 Q.   And are there different TCS for different
19 countries?
20 A.   There are, yes.
21 Q.   And that's what this is?
22 A.   That's correct.
23 Q.   And the only one it affects is Nissan North
24 America?
25 A.   That's correct.

Page 116

1  Q.   Nissan Mex- -- is it NMX?  I'm assuming
2  that's Nissan Mexico?
3  A.   NMX is Nissan Mexico.
4  Q.   Different organization?
5  A.   Different organization.
6  Q.   Do they also sell or have responsibility for
7  customer satisfaction with respect to either the L31
8  or the A34?
9      MR. LAW:  Objection; outside the scope.
10     THE WITNESS:  Can you repeat that?
11 BY MR. CALABRO:
12 Q.   Sure.  It says, no, next to M- -- MEX.  And
13 so my question is, in Mexico, do they sell or did
14 they sell the L31?
15 A.   I don't specifically know or remember.
16 Q.   What about the A34?
17     MR. LAW:  Same objection; outside the
18 scope.
19     THE WITNESS:  Same answer.  I don't
20 specifically remember.
21     MR. SMITH:  Counsel, whenever you come
22 to a stopping point --
23     MR. CALABRO:  I'm going to need a couple
24 more minutes, and then we can break, if you don't
25 mind.

29 (Pages 113 to 116)

## Page 117

1  BY MR. CALABRO:
2  Q.    The next section down, confirmation of other
3  models.
4  A.    Uh-huh.
5  Q.    It says, reason why not applicable to other
6  models, and it's identified as a unique floor
7  assembly structure for L31 and A34.  Do you see
8  that?
9  A.    I see that.
10  Q.    So based on this document and the other
11  documents that we saw today, both the L31 and A34
12  had a unique floor assembly structure with this
13  two-piece structure.  It affected all L31 and all
14  A34s, but no other Nissan model that you're aware
15  of?
16  A.    That's my understanding, yes, that's correct.
17  Q.    Did subsequent models -- what I mean by that
18  is, the newer versions, the L32 and whatever
19  pre- -- succeed the A34?  Did they also have
20  two-piece structures?
21  A.    My understanding is, like, for the L32, it --
22  it was a single-piece structure, not the two piece.
23  Q.    And what about prior models?  Did they have
24  two-piece structures as well?
25  A.    We're not aware of any other models that had

## Page 118

1  this specific setup for this area with a butyl
2  patch, two layers.
3  Q.    Why did Nissan go from -- and just to be sure
4  I understood your -- your answer.
5  A.    Okay.
6  Q.    Your answer is, prior, Nissan Altima models
7  did not have a two-piece structure, correct?
8  A.    To my knowledge that's correct, yes.
9  Q.    So why did Nissan go from a one-piece
10  structure to two-piece structure for these two
11  models, L31 and A34?
12  A.    For this specific floor structure, the
13  reinforcement on the top layer was a requirement to
14  meet all guidelines for the Nissan design standard
15  for this specific model.
16  Q.    Well, why was that true of this model but not
17  true of the preceding model or the succeeding model?
18        MR. LAW:  And I'm going to object.  It's
19  referring to prior generations of the Altima -- is
20  outside of the scope of his designation.
21        THE WITNESS:  Yeah.  I can't speak to
22  previous model designs specifically.  I know for
23  this model, this specific structure was required to
24  meet the Nissan design standard.
25  ///

## Page 119

1  BY MR. CALABRO:
2  Q.    So you don't have any idea whether -- why
3  these -- only these models required this two-piece
4  structure, whereas, prior generations and subsequent
5  generations did not?
6  A.    I can't speak for other models, outside of
7  the L31 and A34 case.
8  Q.    You just don't know?
9  A.    I don't know.
10  Q.    Okay.  And that's your answer as Nissan's
11  representative?
12        MR. LAW:  Well, hold on.  To the extent
13  you're asking him about the other models, I object.
14  It's outside the scope.  He -- he has testified as a
15  representative as to why two plate -- or two panels
16  were used on this vehicle.
17  BY MR. CALABRO:
18  Q.    What was it about this structure that
19  required two panels?
20  A.    My understanding is the reinforcement was
21  placed there for further support for the seat area.
22  Q.    Did you have any involvement with subsequent
23  generations of either the Nissan Altima or the
24  Nissan Maxima?
25        MR. LAW:  Object.  It's overbroad.

## Page 120

1        THE WITNESS:  In what context?
2  BY MR. CALABRO:
3  Q.    You personally?  Did you have any -- any role
4  or responsibility with respect to the floor pan of
5  the Nissan Altima or the Nissan Maxima that
6  succeeded those L31 and A34 models?
7        MR. LAW:  I object; outside the scope.
8        THE WITNESS:  Not specifically for the
9  floor pan, no.
10  BY MR. CALABRO:
11  Q.    And do you have any -- you as        Steve
12  Miller, have any knowledge, one way or the other, as
13  to why there was a different structure with respect
14  to subsequent generation cars that was not apparent
15  with these L31 and A34 cars?
16        MR. LAW:  Outside the scope.
17        THE WITNESS:  My understanding is the
18  technology of the materials and design, of course,
19  improved over time or changed over time, so the
20  subsequent models would not necessarily need this
21  specific design.
22  Q.    How long have you been with Nissan?
23  A.    Since 2002, 16 years.
24  Q.    Okay.  So did you have any involvement with
25  prior models of the Nissan Altima or Nissan Maxima

30 (Pages 117 to 120)

## Page 121

1  prior to L31 and A34?
2  A.  I did not.
3        MR. LAW:  How about now?  Break?
4        MR. CALABRO:  We're almost there.  Let's
5  just finish up this document.
6  BY MR. CALABRO:
7  Q.   At the bottom of that page, it's talking
8  about predictability and it says, None.  Do you see
9  that?
10  A.  Let me see where you are here.
11  Q.  Right here at the very bottom.
12  A.  Oh, you're --
13  Q.  It's in 9.
14  A.  So it's on the second page.
15  Q.  Oh, I didn't give you the page, sorry.
16  A.  That's all right.  Predictability, okay, I
17  see it.
18  Q.  It's printed differently from --
19  A.  Yes, I see it, yes.
20  Q.  What does that mean?
21  A.  Predictability means, could we -- could we
22  predict that the incident was going to occur or not.
23  Q.  Prior -- I mean, at what point in time is
24  that addressing this?
25  A.  Well, it would address any time.

## Page 122

1  Q.   Okay.  So even now, now that you know what
2  the cause is, you still can't predict which model --
3  which specific cars are going to be affected?  Is
4  that what that's saying?
5  A.  Ex- -- exactly.  They can't predict that.
6  Q.  And then if you look at 11, section 11, it
7  says, Proposed field action.
8  A.  Yes.
9  Q.  And it says, Closed; is that right?
10  A.  That's correct.
11  Q.  So the proposed field action is to close this
12  investigation?
13  A.  To close this issue in the -- the technical
14  meeting process.
15  Q.  Okay.  At the bottom you see a whole section
16  in blue.  Maybe it's on your next page for you, that
17  says, MCA.
18  A.  Uh-huh.
19  Q.  What is MCA?
20  A.  Essentially, it's meeting of the chairman
21  America.  So there's MC, you know, MC China, MC
22  Europe.
23  Q.  Okay.
24  A.  So it's just MC America essentially.
25  Q.  And then it says, internal use for FQA, which

## Page 123

1  we know what that is.
2  A.  Uh-huh.
3  Q.  Related G CARS PRO, what's that?
4  A.  That would mean a G CARS project.
5  Q.  What's G CARS?
6  A.  G CARS is the global countermeasure action
7  request system that houses our technical request.
8  Q.  Okay.  And then global one voice in the
9  next --
10  A.  Yes.
11  Q.  What is that?
12  A.  Global one voice is a -- a document housed by
13  our communications team -- corporate communications,
14  that would announce if we were to announce a
15  campaign.
16        MR. SMITH:  Note counsel's refusal to
17  accommodate my request.
18        MR. CALABRO:  I have like two -- two
19  questions left.
20  BY MR. CALABRO:
21  Q.  Global one voice, I'm sorry, what did you say
22  it was?
23  A.  It's a document that wa- -- is owned by our
24  corporate communications team.  This would be used
25  if we were to announce some campaign or proactive

## Page 124

1  action in the market to our global team.
2  Q.   The idea is, we want to make sure everybody
3  is on the same page?
4  A.  Right.  Make sure everybody has the same
5  information.
6  Q.  Okay.  And then it also says, MCA internal
7  use for RPA.  What's RPA?
8  A.  RPA, is Recurrence Prevention Activity.
9        MR. CALABRO:  Okay.  All right.  We can
10  take a break.
11        THE VIDEOGRAPHER:  We are off the record
12  at 11:26 a.m.
13        (Short break.)
14        THE VIDEOGRAPHER:  We are back on the
15  record at 11:42 a.m.
16        MR. CALABRO:  We'll mark as Exhibit 9,
17  document Bates Number NNA4929 through 31.
18        (WHEREUPON, the above-mentioned
19  document was marked as Exhibit Number 9.)
20  BY MR. CALABRO:
21  Q.  Let me know when you've had a chance -- let
22  me know when you've had a chance to review that,
23  sir.
24  A.  Okay.
25  Q.  All right, sir.  Do you recognize this

## Page 125

1 document?
2 A.  Yes, I do.
3 Q.  An e-mail chain involving you and various
4 folks on it.
5 A.  Yes, that's correct.
6 Q.  All right.  Any reason to doubt that you sent
7 and received e-mails in this chain as they are shown
8 in this exhibit?
9 A.  No reason to doubt.
10 Q.  All right.  This is generally an e-mail chain
11 as part of your investigation into this issue; is
12 that right, sir?
13 A.  That's correct, yes.
14 Q.  In the second e-mail from the beginning on
15 page 4931, it's an e-mail to Claude Phillips.
16 A.  Correct.
17 Q.  Do you know who that person is?
18 A.  I do.
19 Q.  Who is he?
20 A.  He is an engineer at the Smyrna plant
21 responsible for product quality.
22 Q.  If you skip over to the other page, this is
23 page ending in 4930.  There's a message from you to
24 Bill dated March 7, 2012 at 3:12 in the afternoon.
25 You say, Bill, I attempted to delete the file, but I

## Page 126

1 do not have access rights.
2     Do you see that?
3 A.  I do.
4 Q.  And that's dealing with e-room stuff?
5 A.  That would have been deleting a file from the
6 e-room, yes.
7 Q.  All right.  Now, can you tell me today what
8 date Nissan anticipated litigation involving this
9 issue?
10     MR. LAW: I'll object.  Calls -- calls
11 for speculation; lacks foundation.
12     THE WITNESS:  I don't know the specific
13 date.
14 BY MR. CALABRO:
15 Q.  Is there a date that you know Nissan --
16 strike the question.
17     Is there a date by which you know Nissan
18 anticipated litigation with respect --
19     MR. LAW:  Object.  Calls for
20 speculations; lacks foundation.  It's outside the
21 scope of the designation.  I'll instruct the witness
22 not to answer to the extent that that would invade
23 the attorney-client privilege.
24     THE WITNESS:  I'm not -- not that I'm
25 aware.

## Page 127

1 BY MR. CALABRO:
2 Q.  Okay.  The e-mail goes on to say in the
3 second paragraph, is there -- and you're asking a
4 follow-up question to the process sheet.  Is there
5 anymore detail about the patch installation listed
6 on the install drawing from NTCNA?  If so, do you
7 know the drawing number of that document?  We can
8 review that in IDOCS if it is available.
9     Do you see that?
10 A.  I do.
11 Q.  What's IDOCS?
12 A.  From my memory, IDOCS was a system where we
13 could access design-related documents to show
14 installation information, similar to what we
15 reviewed earlier.
16 Q.  Okay.  Is IDOCS still a live system?
17 A.  I'm not aware.  I don't know.
18 Q.  Okay.  And the next e-mail up from    Bill
19 Caruthers, he copies -- it says Keith Sawyer
20 there -- do you see that?
21 A.  I do.
22 Q.  Do you know who that is?
23 A.  I vaguely remember Keith.  He was a paint
24 engineer that was brought into this by Bill at some
25 point for investigation.

## Page 128

1 Q.  But in Bill's e-mail he says, Rick, please
2 help Steve if you can.
3 A.  Yeah.  I think Rick is actually
4 Richard McPeek who's up here.  So he sent the e-mail
5 but meant to -- because he says -- because he says,
6 forgot to copy you on --
7 Q.  Oh, got it --
8 A.  So he's asking to Rick -- Richard McPeek --
9 Q.  Yeah.  He is -- but anyway the e-mail, the
10 original message says, he -- please, help Steve if
11 you can.  He is referring to the butyl patch on the
12 old TK sedan.
13 A.  Yeah.  TK was a design designation for the
14 L31 Altima.
15 Q.  Okay.  Did TK reference only the L31?
16 A.  It did, yes.
17 Q.  Okay.  And then Bill says, if it helps, the
18 process sheet number is TD2210.
19     Do you see that?
20 A.  I do.
21 Q.  Is that the same process sheet we were
22 talking about earlier with regards to how people on
23 the line were instructed to install the patch?
24 A.  That would be the same sheet -- sheet, yes.
25 Q.  And then if you look at the next e-mail up on

32 (Pages 125 to 128)

## Page 129

1   the chain, this is on 4929, it says, Drawing appears
2   to be the 74800-8J000.
3       Do you see that?
4   A.   I do.
5   Q.   What does that number reference?
6   A.   I believe that number references the
7   installation drawing for the floor plan butyl patch.
8   Q.   Is that different than the process sheet?
9   A.   This drawing would have been a design
10  document.  That would have been different from the
11  process sheet.
12  Q.   So what happens is, the engineers take the
13  design sheet and then they create the process sheet.
14  A.   Yes.  So an installation drawing may have
15  several different processes, so to speak.  The
16  process engineers will take that document and create
17  related-process documents -- process sheets for
18  installation that are used by the technician on the
19  line.
20  Q.   Okay.  He goes on and -- Mr. Sawyer goes on
21  and it says, My opinion is, it really does not show
22  anything more than the process sheet.  I can tell
23  you from a personal standpoint that when I attended
24  the corrosion survey in Montreal in 2009 and Rod
25  attended in 2008, these floor patches were one of

## Page 130

1   the top items written up for rust.
2       Do you see that?
3   A.   I see that, yes.
4   Q.   Do you know what this corrosion survey he
5   references is?
6   A.   Generally, I do.  There's an annual survey
7   that's done in higher corrosion environments by the
8   design and field teams to get data on certain
9   vehicles.
10  Q.   Is that Nissan specific or is that an
11  industry con- -- survey?
12  A.   The way I know, it's Nissan specific.  There
13  may be other OEMs that attend.  I don't know.  I'm
14  not aware.
15      THE VIDEOGRAPHER:  Can we go off the
16  record real quick.  We're having technical issues.
17      We are off the record at 11:49 a.m.
18      (Short break.)
19      THE VIDEOGRAPHER:  We're back on the
20  record at 11:50 a.m.
21  BY MR. CALABRO:
22  Q.   He says, I still have the pictures.  Rod even
23  had a floor pan shipped back that sat out in the
24  engineering crib for a while.
25      Then he says, The plugs used in the next

## Page 131

1   model Altima were far superior.
2       Do you see that?
3   A.   I see it.
4   Q.   And plug is there, does that mean the butyl
5   patch?
6   A.   I'm not completely sure what plug means in
7   this context.
8   Q.   What else could it have meant?
9   A.   Could mean a grommet pos- -- but he's not
10  clear in his explanation.
11  Q.   Okay.  Do you know whether you followed up
12  with these guys after this e-mail?
13  A.   I don't recall.
14  Q.   What did we call that exhibit?
15  A.   Nine.
16  Q.   Nine.
17      Okay.  All right.  Let's switch gears a
18  little bit.
19      MR. CALABRO:  And we'll mark as Exhibit
20  10, document with Bates Number NNA3622 through 35.
21      (WHEREUPON, the above-mentioned
22  document was marked as Exhibit Number 10.)
23  BY MR. CALABRO:
24  Q.   And let me know when you -- let me know when
25  you've had a chance to review that, sir.

## Page 132

1   A.   Okay.
2   Q.   You ready?
3   A.   I'm ready.
4   Q.   All right, sir.  You recognize this as an
5   e-mail from John Smith to various individuals
6   including yourself dated February 10, 2016?
7   A.   I do.
8   Q.   Any reason to doubt that you received this
9   e-mail and attachment as provided here in
10  Exhibit 10?
11  A.   No reason to doubt --
12  Q.   All right.
13  A.   -- receiving this.
14  Q.   Do you have a recollection of what this
15  e-mail was regarding?
16  A.   I do not.
17  Q.   All right.  The subject was, Current studies
18  for your reference.
19      Do you see that?
20  A.   I see that, yeah.
21  Q.   All right.  And it says, Dale, Steve, Leo,
22  these are items I spoke of when you visited FH?
23  A.   Farmington Hills.
24  Q.   Farmington Hills?
25  A.   Yeah.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 133

1  Q.  What's in Farmington Hills?
2  A.  NTCNA.
3  Q.  What's John Smith's role at NTCNA?
4  A.  So John Smith is now retired, but he was a --
5  a support to the vital issues process at the -- that
6  FQA owns.  It was kind of a liaison for obtaining
7  the proper design folks to be in our discussions,
8  and also a -- he was an expert in statistical
9  analysis.
10  Q.  Okay.  And he said, I reviewed at NTCNA, but
11  from an impact point, are best provided to this
12  group.  And he says, one, VI.
13  I assume that means vital issues?
14  A.  Vital issues, correct.
15  Q.  Vital issues expense, PDF, design hours for
16  VI.
17  When there's a reference to vital issues,
18  what does that mean, vital issues?
19  A.  So vital issues would be a concern that we
20  would want to study for a potential safety or
21  regulatory impact that had outflown to the market.
22  Q.  Got it.
23  Is there a special group that deals with
24  vital issues?
25  A.  Yes.  The -- specifically FQA, the field

## Page 134

1  quality assurance team, there's this group called
2  vital issues that deals with the decision-making
3  process for recalls and service campaigns.
4  Q.  Okay.  So within FQA is a vital issue group?
5  A.  There's a section, correct.
6  Q.  Is it called the vital issues group?
7  A.  It's called the vital issues group, yes.
8  Q.  Under one, he's talking about the split by
9  generator of VI concerns and the group assigned.
10  These are items which most required assessments
11  during the year of the analysis.  Surprisingly, the
12  plant initiated terms (sic) are much less than I
13  would have expected PQE and PQA potentially control
14  over 80 percent.
15  Do you see that?
16  A.  I do, yes.
17  Q.  What is PQE?
18  A.  PQE is Parts Quality Engineering.
19  Q.  And PQA?
20  A.  Is Product Quality Assurance.
21  Q.  And he said the split is likely similar for
22  all OEMs; however, some have different ways of
23  handling it.
24  Do you see that?
25  A.  I do, yes.

## Page 135

1  Q.  He gives an example.  My understanding is,
2  Ford as an example, and I believe Toyota
3  manufacturing, takes the lead with an initial
4  recommendation that is reviewed by safety.
5  This makes sense, since it is likely 80
6  percent of the problem.  Design plays a small
7  but -- part except for concerns they generated. GM
8  structure and Honda, I believe, are more like
9  Nissan.
10  Does this help you remember what this e-mail
11  was about or what this issue was about?
12  A.  I think the -- the entirety of this e-mail
13  was, John was on the verge of retirement, and we
14  were trying to assess kind of man- -- manpower needs
15  for his -- his role, when he left.  So he served
16  kind of two roles.  He was, as I mentioned, kind of
17  liaison for design.  So when an issue came into our
18  process, we could get the right team involved.
19  And secondly, he was a statistical analysis
20  guy.  So he was -- he was showing kind of his
21  work -- his workload assessment to a degree before
22  he -- before he moved on.
23  Q.  And he's comparing what Nissan does with
24  respect to, I guess, identifying and assessing vital
25  issues as compared to other manufacturers such as

## Page 136

1  Ford and Toyota and GM and Honda?
2  A.  Yeah.  It seems like this is his opinion or
3  comment regarding the -- these processes.
4  Q.  He also in 2, at the bottom of the page, is
5  talking about likelihood of detection.
6  A.  Uh-huh.
7  Q.  Yeah.
8  A.  Yes.
9  Q.  And I gather that this is the likelihood of
10  detection of some sort of incident or vital issue;
11  is that right?
12  A.  In general -- speaking in general terms here.
13  Q.  Right.  And so he's talking about early
14  failures versus random failures versus durability
15  failures, right?
16  A.  Correct.
17  Q.  And there are durability modes.  He
18  references a durability mode of 1.7 to 2.5 are the
19  most common based on my experience.
20  Do you see that?
21  A.  I do.
22  Q.  So what's a durability 1 versus a durability
23  2 or a durability 3?
24  A.  I'm not sure I understand the context of his
25  comment here.

ALARIS LITIGATION SERVICES
www.alaris.us   Phone: 1.800.280.3376   Fax: 314.644.1334

## Page 137

1    Q.    Do you, in general, have an understanding of
2   durability 2 or durability 3?
3   A.    No.
4    Q.    Okay.  Well, let's look at the attachments.
5   I think you might have a better understanding of
6   some of --
7   A.    Okay.
8    Q.    -- this stuff.
9        We're looking at the PowerPoint now that's
10  entitled, Vital Issue Process and Safety
11  Assessment.
12  A.    Uh-huh.
13   Q.    Do you see that?
14       On there is John Smith and also      John
15  Cutting?  Do you remember the name       John
16  Cutting?
17  A.    Yeah.  So John Cutting took over the liaison
18  role for John Smith when he retired.
19   Q.    And this PowerPoint is dated September 3,
20  2015; is that right?
21  A.    That's correct.
22   Q.    All right.  If you turn the page, it doesn't
23  look as if these have page numbers on them, but it
24  says, VI process flow.
25  A.    Yes --

## Page 138

1    Q.    You see that?
2   A.    -- I do.
3    Q.    If you could review this and let me know if
4   this is an accurate representation of the vital
5   issue investigation process.
6   A.    (Witness reviews document.)
7        Yes, I would say this is.
8    Q.    All right.  So we talked a little bit about
9   the plants.  We already know what that is.  Does
10  plants refer to the actual plants or is this
11  referring to Nissan North America, the region?
12  A.    Actual plants.
13   Q.    Okay.  NTCNA, we've already talked about.
14  And I think you said, it is also sort of a
15  subsidiary of NNA; is that right?
16  A.    Not NTCNA.  They would be a subsidiary of
17  NTC, which is in Japan.
18   Q.    Okay.  FQI, have we talked about FQI?
19  A.    That's Field Quality Investigations.
20   Q.    So what do they -- what group is that?  Where
21  are they?  What's their structure?  Where do they --
22  A.    They're located in the same building as FQA,
23  in Smyrna, Tennessee, Field Quality Center.  They
24  are basically responsible for fielding the market
25  claims, summarizing the concerns, and following up

## Page 139

1   where appropriate.
2    Q.    Are they part of NNA?
3   A.    They're part of NNA, yes.
4    Q.    Okay.  FQA we've talked a little bit about.
5   A.    Yeah.
6    Q.    Now, are you part of FQA?
7   A.    I'm part of FQA, correct.
8    Q.    Okay.  And I don't know that we actually
9   talked that much about your specific role.  What's
10  your title?
11  A.    My current title is senior manager of FQA in
12  charge of recall implementation.
13   Q.    How long have you had that position?
14  A.    Since June of 2017.
15   Q.    What did you do before that?
16  A.    I was in the FQA final issues group, starting
17  in October of 2010.  I was an engineer at that point
18  until March of, I think 200 -- no, I'm sorry.  June
19  of 2014, when I became the manager of that group.
20   Q.    And you were the manager from June of 2014
21  until --
22  A.    Until June of '17.
23   Q.    What did you do before FQ- -- before October
24  of 2010?
25  A.    From 2008 to 2010, I was a member of FQI,

## Page 140

1   Field Quality Investigations.
2    Q.    Okay.  And what was your responsibility
3   there?
4   A.    I had model line responsibilities, so during
5   my time, I had kind of the -- the scope was to
6   understand the complete warranty picture for
7   specific models.  I was over the Sentra, the
8   Frontier, and the Xterra.
9    Q.    Okay.  Not the Altima or the Maxima?
10  A.    Not the Altima or the Maxima.
11   Q.    Where were you before 2008?
12  A.    From 2002 to 2008, I worked at the Smyrna
13  plant as a process engineer at trim and chassis.
14   Q.    And did you say trim?
15  A.    Trim and chassis.
16   Q.    And you said trim --
17  A.    Trim and chassis.
18   Q.    Okay.
19  A.    Yeah.
20   Q.    Did you work on specific models?
21  A.    In that role I had various models.
22   Q.    Did you work on the Altima, L31?
23  A.    I did work on the Altima, yes.
24   Q.    And what was your role with respect to the
25  L31?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 141

1  A.   For L31, I had some interior -- for a very
2  small amount of time, I had some interior
3  installation responsibilities -- panels, and then I
4  quickly moved over to the L32 Altima development
5  program in '04.
6  Q.   Any responsibility or role or experience with
7  the floor pans?
8  A.   No.
9  Q.   Either for L31 or the L32?
10  A.   Neither.
11  Q.   Okay.  Did you have any responsibility
12  between 2002 and 2008 for the A34 Altima -- Maxima?
13  A.   Maxima.  I would have had some trim -- trim
14  responsibilities on the interior of the vehicle for
15  installation.
16  Q.   Any responsibilities with respect to the
17  floor pan?
18  A.   No.
19  Q.   Any responsibilities in any capacities with
20  respect to floor pans for any Nissan models?
21  A.   No.
22  Q.   Any responsibility or experience with respect
23  to rust issues throughout your tenure at Nissan
24  other than obviously this A- -- L31 and A34?
25  A.   Just the -- only -- only the L31, A34

## Page 142

1  investigation from the FQA perspective.
2  Q.   Where were you before 2002?
3  A.   In school.
4  Q.   Okay.  All right.  So FQI and FQA, we've
5  talked about.  Then there's a column, product
6  safety?
7  A.   Yes.
8  Q.   All right.  Tell me what that represents.
9  A.   So product safety is a -- actually, the
10  father -- a father group of FQA overall, so it
11  houses FQA and some other groups such as technical
12  compliance as listed below.
13  Q.   Okay.  And product safety is part of NNA as
14  well?
15  A.   It is, yes.
16  Q.   Technical compliance, what is that?
17  A.   They are kind of our liaison to the agencies,
18  so NHTSA and then the emission agencies, like, the
19  EPA and ARB.
20  Q.   And then MNL is also listed under that.
21  A.   Yeah.  MNL is -- that's Japan, yeah.
22  Q.   Okay.  And so in this far column when it's --
23  when a box is in yellow, issue identified in audit,
24  that's something product safety is doing?
25  A.   That's something product safety would do,

## Page 143

1  correct.
2  Q.   And then when there's a box in orange, that's
3  something technical compliance is doing?
4  A.   Correct.
5  Q.   And then you see it's in that sort of burnt
6  orange, it's -- it's something NML is doing, because
7  it says NML coach here.
8  A.   That's correct, yes.
9  Q.   With respect to this L31, A43 rust issue, who
10  were the NML representatives with respect to this
11  issue?
12  A.   I don't remember specific folks, but I can
13  tell you the department would have been CQ0.
14  Q.   What's that?  I have seen that in the
15  documents, CQO, what is that?
16  A.   They're -- they're essentially the parent
17  group to FQA, so they're the global FQA department.
18  Q.   Do you know what CQO stands for?
19  A.   It's just a -- a moniker.  So this -- I
20  know the C stands for the quality department.  So
21  there's CC0, CB0, so CQO is FQA.
22  Q.   Okay.
23  A.   It's not like an initial -- it's not like an
24  initial, like, FQA is Field Quality Assurance.  It's
25  just a designation.

## Page 144

1  Q.   Okay.  So if we look back at the FQI column,
2  so there's an issue -- it looks -- it says the issue
3  is inden- -- there's an issue identified in the
4  field, and it then goes on to determine ranking?
5  A.   Correct.
6  Q.   What does that mean "ranking"?
7  A.   So FQI would determine if an issue is either
8  an important rank, which is basically a safety or
9  regulatory related or potential safety regulatory
10  related concern that could also rank it as kind of
11  normal rank or standard rank.
12  Q.   Are those the only two ranks?
13  A.   To my knowledge there's -- well, there's --
14  I'm sorry.  There's -- there's four that I know of.
15  There's I.  There's H -- that's high, which is
16  customer satisfaction, but something they deem of
17  high importance.  And then M and S are medium or
18  standard and I think they're almost interchangeable.
19  Q.   So I is what?
20  A.   Important, yeah.
21  Q.   H is high?
22  A.   High, yeah.
23  Q.   M is medium?
24  A.   Medium and S is standard and I think the M --
25  M and the S are essentially interchangeable.

36 (Pages 141 to 144)

Page 145

**Q. Okay. What was this issue that we're dealing with in this case ranked?**
A. I -- I don't know, because I don't know.
**Q. Okay.**
**(TALKING SIMULTANEOUSLY.)**
A. We can go back and --
**Q. I'm sure we'll --**
A. -- we can find out. Yeah. We can go --
**Q. Is that -- and so is that ranking referred to as the I rank?**
A. The I rank, yes.
**Q. Okay. And then it says, Issue IPIR, what's that?**
A. So that is a countermeasure action request for I rank issues. So we talked about CAR earlier.
**Q. Uh-huh.**
A. CAR for countermeasure action request is a -- kind of the normal or S rank request. IPIR is tracked when it's an I rank.
**Q. Did you say what IPIR stands for?**
A. It's eno- -- Let's see, Important Preliminaries Information Report.
**Q. Okay. And then somebody at FQI creates that?**
A. Somebody at FQI creates -- correct.
**Q. All right. So once we gather all of the**

Page 146

**information plans, NTCNA, FQI, then we go to the FQA review; is that right?**
A. Generally, yes.
**Q. How would -- if I'm -- if I'm misstating it, please let me know.**
A. Yes. FQA reviews -- essentially the flowchart shows issues can come in in multiple ways to FQA. It can come from the plant for an outflow of a concern. It can come through NTCNA for something they found in a design, or it can come directly from the FQI team for a field issue.
**Q. Okay. And then there's a dotted red sort of arrow circle thing identified as the TM, slash, TC process. Tell me what that is.**
A. That's the technical meeting, technical committee process. And that's Nissan's global process for determining or deciding on a safety recall or service campaign.
**Q. Now, we saw the TM summary in Exhibit 8.**
A. Correct.
**Q. What's the difference between TM and TC?**
A. TM is a recommendation level meeting, so it's -- it's at a senior manager level, where the vital issue team would present an issue and recommend an action. The senior manager would then

Page 147

make a decision on that. If there was a decision to propose proactive action such as a recall or service campaign, it would then enter the TC meeting or technical committee meeting to propose to the chairman -- the chair deciders, I should say.
**Q. Is the TC deciders, the chairman, are -- is it always the same person for all of these campaigns or --**
A. And I apologize, not the chairman. It's not the chairman. The TC meeting for NNA is the chief safety officer who is the director of product safety for NNA. He has a -- he has a counterpart in Japan at essentially the same level.
**Q. And they work together on these questions?**
A. When needed, yes.
**Q. When it says technical committee, is it actually a committee?**
A. It's -- the committee essentially is FQA or CQ0 and the chairman, or excuse me the chairs of each department.
**Q. I'm sorry. And which departments are those?**
A. So FQA are product safety.
**Q. Okay.**
A. Chief safety officer, and the -- his equivalent in Japan.

Page 148

**Q. What's the IG meeting?**
A. That's an information gathering meeting.
**Q. And then if you look at the next slide, I guess, it talks a little bit more about each of these.**
A. Correct.
**Q. Is this an accurate representation -- you don't have to go through and read it all, but if you're telling me this is an accurate description of what happens at each level, we can probably move on --**
A. (Witness reviews document.)
**Q. -- to some specific questions.**
A. This generally represents the -- a summary of the -- each step.
**Q. If you look at row -- I guess, pre TM -- pre technical meeting --**
A. Uh-huh.
**Q. -- if you look under the prepared column, it says, Clean dates. What does that mean?**
A. I interpret that to mean the scope of said issue was -- is -- is -- is clear, the range of the vehicles affected.
**Q. And the box underneath it, it says, Analysis including testing, CAE.**

ALARIS LITIGATION SERVICES
www.alaris.us Phone: 1.800.280.3376 Fax: 314.644.1334

Page 149

1    A.    Computer-aided engineering.
2    Q.    Okay.  Now, if you look at the next page, the
3    NTCNA safety assessment, if you tell me that's
4    generally correct, we don't need to spend much time
5    on this.
6    A.    (Witness reviews document.)
7          Yes, general correct process flow.
8    Q.    Who was in charge of the safety -- safety
9    assessment with respect to the rust issue we are
10   investigating in this case?
11   A.    Rob Blanchard, I believe, was the director at
12   the time.
13   Q.    Okay.  Let's look at the next page, EI
14   process, RACI.
15   A.    Yes.
16   Q.    Those RACI, is that -- is that what
17   corresponds to the RACI at the bottom?
18   A.    Yeah, it's an acronym for RACI.
19   Q.    Okay.  And when it says, consult, for
20   example, if you look at pre -- or, I guess, notify
21   Q -- FQA stage.  Notify FQA of potential VI issue.
22   There's a C there, right?
23   A.    That's right.
24   Q.    Does that mean FQA is consulted or FQA needs
25   to do the consulting?

Page 150

1    A.    No, we're consulted with.  So for example if
2    FQI were to identify a potential issue, they would
3    consult with FQA to determine if it needs to be
4    brought into the TMTZ process.
5    Q.    Why are there red Cs?
6    A.    I don't know.
7    Q.    Okay.  Same thing with I for inform.  For
8    example at the IG level, set IG level meeting.  It
9    means that all these different divisions, FQI, PQA,
10   et cetera, need to be -- need to be informed of
11   what's happening?
12   A.    They would be informed if they were related
13   to the issue, yes.
14   Q.    Okay.  Same thing on the next slide, titled,
15   Attendance requirements for TNTC style meeting.
16   This seems fairly self-explanatory.
17   A.    Uh-huh.
18   Q.    If you look at the safety assessment slide,
19   it's a couple slides down.
20   A.    Okay.
21   Q.    The first bullet point says, The request for
22   a safety assessment is generated in a pre TM by FQA
23   in conjunction with product safety in legal.  The
24   completion of a safety assessment is the
25   responsibility of design and the chairman is the

Page 151

1    NTCNA design director and his assignees.
2          Do you see that?
3    A.    I do, yes, correct.
4    Q.    Do you know who the relevant folks were,
5    specifically, the names of the people, with respect
6    to this L31, A34 rust issue?
7    A.    The two I've -- I've mentioned already are
8    the ones that I recollect, Rob Blanchard and
9    John Latimer.
10   Q.    Okay.  All right.  Is everything else on this
11   page generally correct?  I guess I should say, is
12   there anything on this page that you think is not
13   correct?
14   A.    Let me finish reading here.  (Respite.)
15          Yeah, I don't see any -- everything looks
16   okay.
17   Q.    Okay.  Just if you could look at the next
18   page.  And the next page, just read the rest of this
19   PowerPoint sli- -- presentation, to see if there's
20   anything else that needs correction.
21   A.    (Witness reviews document.)
22          Part 1 is okay.  Part 2 is generally okay,
23   also.
24   Q.    Okay.  Let's look at the other attachments
25   here, specifically, the page with Bates Number 3625

Page 152

1    entitled, The likelihood of Concern Detection and
2    MIS, period.  Do you see that?
3    A.    Yes.
4    Q.    Is MIS, months in service?
5    A.    That's correct, yes.
6    Q.    All right.  Have you had a chance to review
7    this document, sir?
8    A.    This is the first time I -- that I remember
9    seeing it, at least in -- I didn't see this in prep,
10   so... (Respite.)
11   Q.    But this is talking about how quickly
12   concerns are detected after cars are out on the
13   road, right?
14   A.    Yes.  It looks like this is a statistical
15   analysis of when a concern may appear in the market.
16   Q.    And if you look at durability 3, for example,
17   does that mean that the probability of finding a
18   concern is 0 in the first three months; 1 percent in
19   four to six months; and then 2 percent in seven to
20   ten months?
21   A.    I would have to study this further to
22   definitively answer.
23   Q.    Okay.  If you look at the next page, there's
24   also a reference to -- I think that's pronounced
25   Weibull probability density function?

## Page 153

1  A.  Weibull.

2  Q.  Weibull, oh, yeah, I guess that's right,

3  Weibull.  Do you know what that is?

4  A.  I do.

5  Q.  What is that?

6  A.  The Weibull is a statistical analysis tool

7  that we use for -- to predict incident rates for

8  concerns in the market.

9  Q.  Is that an internal calculation or process?

10  A.  I know -- I don't know -- I can't speak to

11  other OEMs, what they use, but it's a -- inside

12  Nissan, we do use Weibull analysis.

13  Q.  And would John Smith's group be in charge of

14  produc- -- conducting that analysis?

15  A.  In some cases FQA has done Weibull analysis

16  as well.

17  Q.  If you looked at the page number with 3628,

18  it says, NTCNA -- the second paragraph down under

19  background says, NTCNA, do you see that?

20  A.  Yes.

21  Q.  NTCNA directors and staff prioritize this

22  responsibility and execute these projects with

23  existing manpower, which puts significant pressure

24  on new as well as maintenance programs.

25      Do you see that?

## Page 154

1  A.  I do.

2  Q.  True statement?

3  A.  What John is saying here is, the vital

4  issues, priorities, are -- are number 1, so they

5  take -- they take time away potentially from other

6  design-related programs.

7  Q.  The problem is, there's only so many people,

8  and so if they have to deal with issues, it -- it --

9  you know, other things suffer, essentially is what

10  he's saying -- other responsibilities they have, can

11  suffer?

12      MR. LAW:  Well, I object.  The question

13  is argumentative.

14      THE WITNESS:  This is his -- his

15  comment.

16  BY MR. CALABRO:

17  Q.  Well, do you agree it --

18  A.  I -- the part I agree with that I can speak

19  to is, the safety-related issues become -- are the

20  number 1 priority for his group.

21  Q.  And where does it say that's the number 1

22  priority?

23  A.  It says, NTCNA directors and staff prioritize

24  those responsibilities and execute these projects

25  with existing manpower.  And he's referring to vital

## Page 155

1  issues handling to the first paragraph.

2  Q.  And anything that's vital in nature is

3  something that's potentially a safety or regulatory,

4  that's what you said, right?

5  A.  That's correct.

6  Q.  Okay.  And in order to do that -- in order

7  for the NTCNA directors to do that, prioritize

8  potential safety and/or regulatory issues, it takes

9  away manpower for new and existing maintenance

10  programs.

11  A.  That's John's statement -- John's assessment.

12  Q.  Any reason to dispute that?

13  A.  I can't really speak to NTCNA and their

14  manpower situation at the time this was written

15  so...

16  Q.  So you have no reason to agree or disagree?

17  A.  I'm -- I'm -- I'm neutral.

18      MR. LAW:  Yeah.  I'll object that I --

19  think that we're getting outside of the scope of his

20  designation.

21  BY MR. CALABRO:

22  Q.  But you would trust John to say something

23  accurate in a document like this, right?

24      MR. LAW:  Same objections.

25      THE WITNESS:  Yeah.  I'm -- I'm neutral

## Page 156

1  on this comment.

2  BY MR. CALABRO:

3  Q.  But, I mean, you know John Smith, right?

4  A.  I -- I do know John Smith.

5  Q.  Is it your experience that he puts things

6  that are inaccurate in documents like this?

7      MR. LAW:  Same objection.  The question

8  is argumentative.

9      THE WITNESS:  I haven't known John to

10  not be truthful.  In regards to this statement,

11  though, I'm -- I'm neutral.

12  BY MR. CALABRO:

13  Q.  Turn the page to page ending in Bates Number

14  3629.  At the top under the title it says, Where the

15  cost of resolving plant supplier concerns, paren,

16  PQE -- PQA responsible, end paren, is 80 percent or

17  four times higher than design initiated concerns.

18      Do you see that?

19  A.  I do.

20  Q.  So in other words, it's much more expensive

21  if it's a manufacturing issue than if it's a design

22  issue?

23      MR. LAW:  I object.  This -- I think

24  we've -- we've dealt with the structure and the

25  investigation structure which was reasonably within

## Page 157

1   the -- the scope of how it related to the
2   investigation of this concern.  And now we are
3   getting into just the entire process.  So I'm going
4   to object to this line of questioning being outside
5   the scope of his designation.
6          THE WITNESS:  So John's study is related
7   to the man hours needed by the vital issues group at
8   NTCNA, by issue.  His quote is here, what he's
9   saying is, 80 percent of the issues are supplier
10  related, thus needing more man hours to study.
11  BY MR. CALABRO:
12  Q.    Okay.  If you look down the page to 3630,
13  there's a para- -- it is a spreadsheet or a chart
14  here titled, Data.  And if you will -- just put your
15  finger on this page 3630, because it's got the
16  headings at the top, and then turn also to 33,
17  halfway through, is the L31, A34 floor pan issue.
18  A.    Correct.
19  Q.    So the question I have for you is, if you
20  look at what these are -- if you look at, for
21  example, the cell right next to where it says floor
22  rusted below seat, previous concern.  It's a
23  followup.  There's a number that says, 42215, and
24  that's labeled start.
25  A.    Yes.

## Page 158

1   Q.    And then 42235 end -- finish, sorry --
2   A.    Yes.
3   Q.    And then 0.7, do you have any idea what these
4   numbers are representing?
5   A.    Those appear to be dates that are in a
6   different format -- in a number format.
7   Q.    Okay.
8   A.    And the calcu- -- the 0.7 is -- looks like a
9   calculation of months.
10  Q.    How many months -- they -- they spent looking
11  at that issue?
12  A.    How many months they took -- as far as
13  man-hour months to -- to produce the required
14  documents for the safety assessment.
15  Q.    Okay.  And then the next number is 1.  It
16  says, Design access -- access required.  What does
17  that number represent?
18  A.    Well, without context, it's -- it is a --
19  it's one -- either one month or one hour assigned to
20  the design assessment need.
21  Q.    Skip over -- there's another 1.  I think
22  that's under VI cord -- coordinate -- coordination,
23  I guess.
24  A.    Violation -- violations coordination.  So
25  another factor of time needed for vital issues

## Page 159

1   coordination for this specific issue.
2   Q.    And then the next one is, I guess, monthly
3   non adjusted support; is that right?
4   A.    That's right.
5   Q.    And then adjusted by curve.  Do you see that?
6   A.    I do.
7   Q.    Any reference note -- any idea what that
8   reference is?
9   A.    I don't know.
10  Q.    Then he's got a dollar figure there, $13,237,
11  which is falling under the column design incurred
12  expense.
13         Do you see that?
14  A.    I see that, yes.
15  Q.    Do you know whether that's just a straight
16  dollar figure or if that's a multiple or
17  something --
18  A.    I don't know.  It appears that they've
19  multiplied the adjusted curve by some sort of rate
20  to try to summarize the amount of time needed per
21  issue, so...
22  Q.    All right.  So if this is $13,237.00, these
23  ones that we were looking at, is that more likely a
24  week, a month, a day?
25         MR. LAW:  Object to the extent it calls

## Page 160

1   for speculation.
2          THE WITNESS:  I -- I can't answer that.
3   I don't know.
4   BY MR. CALABRO:
5   Q.    But this -- but what this is representing or
6   purporting to represent is how much time vital
7   issues spent on this particular floor pan issue?
8   A.    Yeah.  How much time NTCNA vital issues team
9   that John was a part of spent analyzing the issue.
10  Q.    Okay.  I think we can put that one down.
11         MR. CALABRO:  We'll mark as Exhibit 11,
12  document with Bates Number NNA4214 through 21.
13         (WHEREUPON, the above-mentioned
14  document was marked as Exhibit Number 11.)
15  BY MR. CALABRO:
16  Q.    I'm not going to spend a whole lot of time on
17  this.  I just have a couple of questions, when you
18  are ready.
19  A.    (Witness reviews document.)
20         Okay.
21  Q.    Okay.  Do you see that the cover e-mail is an
22  e-mail from Basil -- oh, there he is,      Basil
23  Timonschuk.
24  A.    Uh-huh.
25  Q.    To Deanna Morrow and various folks including

Page 161

1  yourself, July 2011; is that right?
2  A.  I see it, yeah.
3  Q.  Any reason to doubt that you received the
4  e-mail and attachment in the form provided here as
5  Exhibit 11?
6  A.  No reason to doubt.
7  Q.  All right.  In the subject line it says, PSE
8  weekly status report, July 22, 2011, final TU.
9     Do you see that?
10  A.  I do.
11  Q.  PSE is what?
12  A.  Product Safety Environmental.
13  Q.  Is that a group within NNA?
14  A.  Yeah.  It's product safety -- product safety
15  group --
16  Q.  Okay.
17  A.  -- that FQA is under.
18  Q.  And TU at the end of final, do you know what
19  that means?
20  A.  I believe that Tara Underwood maybe made an
21  edit.  That's probably what that represents.
22  Q.  All right.  FAR investigation, what's FAR?
23  A.  I don't recognize that acronym.
24  Q.  All right.  Well, if you'll turn to the
25  spreadsheet that's at 4215.

Page 162

1  A.  Okay.
2  Q.  If you look at this chart, it's really just
3  showing the status of where things are in the vital
4  issue process; is that right?
5  A.  That's correct.
6  Q.  So if you look at the far left, TC, would be
7  technical committee, right?
8  A.  Right.
9  Q.  And IG, is that information gathering?
10  A.  Information gathering, correct.
11  Q.  So this one is showing that as of, you know,
12  July 2011, the L31 Nissan Altima floor pan rust
13  issue is in information gathering stage?
14  A.  That's correct.
15  Q.  Okay.  Put that aside.
16     MR. CALABRO:  We'll mark as Exhibit 12
17  documents with Bates number 4423 through 24.
18     (WHEREUPON, the above-mentioned
19  document was marked as Exhibit Number 12.)
20  BY MR. CALABRO:
21  Q.  Let me know when you are ready, sir.
22  A.  (Witness reviews document.)
23     Okay.
24  Q.  Okay.  Recognize this Exhibit 12 as the
25  e-mail from Jessica Sears to you dated February 16,

Page 163

1  2015?
2  A.  Yes.
3  Q.  Any reason to doubt you received this e-mail
4  and its attachments as provided here in Exhibit 12?
5  A.  No reason to doubt.
6  Q.  All right.  Could you (inaudible) Jessica
7  Sears for me?
8  A.  So Jessica Sears is a data analyst in FQA.
9  Q.  Does she report to you?
10  A.  She did at the time of this e-mail.  She no
11  longer reports to me.
12  Q.  Who do you report to?
13  A.  I report to Selim Hammoud, director.
14  Q.  Okay.  Subject line is Pre-VI; is that right?
15  A.  That's correct.
16  Q.  All right.  So this purports to be doc- --
17  well, if you'll tell me what these attachments are
18  to the e-mail.
19  A.  This first one is -- in the yellow here, this
20  is essentially a process flow for the Pre-VI
21  process, where FQA reviews all open I-rank and G
22  CARS request from FQI and gets status updates from
23  the team, from the FQI team, to understand the
24  current field status for each issue.
25  Q.  And does that accurately reflect the process?

Page 164

1  A.  It does at the -- at this time, yes.
2  Q.  Has it changed since?
3  A.  It has changed.  A new department was created
4  that covers this now.
5  Q.  What's the new department?
6  A.  They're called Pre-VI.  They're inside FQA.
7  It's just a separate group.
8  Q.  Okay.  Now, was this a template document that
9  we're looking at here or is this a specific --
10  dealing with a specific issue?
11  A.  This is just a generic process flow.
12  Q.  Okay.  It says the person in charge is
13  Jessica Sears; is that right?
14  A.  She respon- -- she was responsible at the
15  time for the coordination of the process, correct.
16  Q.  Okay.  And you're the responsible manager?
17  A.  I was at the time, yes.
18  Q.  Did you oversee all Pre-VI investigations?
19  A.  We oversee the review process for the I-rank
20  investigations that were ongoing with FQI.
21  Q.  For all of them?
22  A.  For all of them.
23  Q.  And does the next page, with this, I guess,
24  chart --
25  A.  Yes.

Page 165

1  Q.   -- table, also accurately reflect the
2  concerns and processes?
3  A.   It does.  This is just a pictorial from the
4  slide that we just reviewed.
5  Q.   Okay.  Now, this chart that is labeled at the
6  top left, count of subject and days open category,
7  do you see that?  I guess you don't have that.
8  A.   I do.
9       (TALKING SIMULTANEOUSLY.)
10 Q.   Forty-four --
11 A.   I do.
12 Q.   -- and 44 --
13 A.   It's behind this.
14 Q.   It's 4424, yeah.
15 A.   Yes.
16 Q.   So what does this represent?  It says, closed
17 pivot table, days open category.
18 A.   This represents the number of days that an
19 I-rank report and request for countermeasure was
20 opened in the system.
21 Q.   So let's look at 6, for example at the
22 bottom.
23 A.   Okay.
24 Q.   Right.  This is the third, sort of, bar.
25 What does the 6 represent?  Is that June of 2014?

Page 166

1  A.   So this represents the closure month.  So,
2  for example, in June of 2014, there was one I-rank
3  report that was closed in June.  There were seven --
4  that had more than 500 days open.
5  Q.   Got it.
6  A.   There were seven that had 200 and 499, et.
7  cetera.
8  Q.   So why is this information tracked?
9  A.   This information is tracked so we can follow
10 up and ensure that the process for the investigation
11 is moving forward.
12 Q.   Is there a goal by which incidents should be
13 closed?
14 A.   There's no -- there's no standard target for
15 I-rank issues.
16 Q.   And that's what you mean by -- when you say,
17 I-rank issues, you mean assigning a rank, is -- is
18 that the same thing as closing it on this -- on
19 this -- on this chart?
20 A.   No.  So these -- these are tracking open
21 I-rank PIRs.  So we talked about preliminary
22 investigation requests that are opened to some
23 group -- manufacturing, design.  This is tracking
24 from the point that was issued to that group, to the
25 point there was a reply and a closure through FQI.

Page 167

1  Q.   Okay.
2  A.   So it's an FQI responsibility, but FQA
3  oversees the process to ensure there's no -- no
4  concerns.
5  Q.   And is there a goal by which the closure
6  should occur, certain numbers of days?
7  A.   No, there's no target.
8  Q.   Okay.  And a closure can be anything from, we
9  are going to do no action, or we're going to do a
10 service campaign or a recall --
11 A.   Correct.
12 Q.   Okay.  But if they pass it on, for example,
13 IQ to TC, just because it's now at TC, that's not a
14 closure?  It's not closed until there's a final
15 decision on that particular incident?
16 A.   Final decision and then inputted in the
17 system and closed.
18      MR. CALABRO:  Okay.  Let's do Exhibit
19 13.  This is hard to see, but should be Bates Number
20 NNA4843 through 852.
21      (WHEREUPON, the above-mentioned
22 document was marked as Exhibit Number 13.)
23 BY MR. CALABRO:
24 Q.   Let me know when you are ready, sir.
25 A.   (Witness reviews document.)

Page 168

1       Okay, I'm ready.
2  Q.   All right.  Do you recognize this document,
3  sir?
4  A.   Yes.
5  Q.   And what is it?
6  A.   This is an e-mail from Fumiaki Tsuchiya to --
7  at the time, the FQA leadership of     Bobby
8  Yakushi and Dale Weiss regarding the current status
9  for open items in the TMTC process.
10 Q.   If you look at the subject line -- I'm sorry,
11 not the subject line, the attachments.  It says --
12 the attachment line right here at the top.
13 A.   Uh-huh.
14 Q.   Well, I guess I should ask a finished
15 question.  Any reason to doubt that you received
16 this e-mail with the form attached here with the
17 attachments as Exhibit 18 (sic)?
18 A.   No -- no reason to doubt.
19 Q.   Other than obviously redactions?
20 A.   Right.
21 Q.   But if you'll look at that attachment line,
22 it says, FOA vital issue fiscal year 2011, KPI
23 Tracking.  What's that, KPI?
24 A.   KPI is Keys Performance Indicator.
25 Q.   So what is this tracking?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 169

1  A.   So for this specific item, we were tracking
2  our performance from when an issue is opened up in
3  the TMTC process to the point that has some
4  resolution or closure.
5  Q.   If you look at this, who is Fumiaki?
6  A.   Fumiaki Tsuchiya, at this time, was my
7  manager in vital issues.
8  Q.   And was he in the United States?
9  A.   He was in the United States, yes.
10  Q.   Okay.  He writes, Please find attached file.
11  This is our team's KPI result on June 2011.  Thanks
12  to engineer's best effort and top management.
13       So what does that refer to "target"?
14  A.   So if you look here, for example, on the
15  summary, fresh item.
16  Q.   Uh-huh.
17  A.   I cannot read that because it's blacked out,
18  but there's a C and a T.
19  Q.   Okay.
20  A.   C would be commitment and T would be target,
21  and those are days open.
22  Q.   So are -- is the target here to have
23  something opened in less than 38 days?
24  A.   The target is on average to have an -- an
25  item that enters the TMTC process resolved, closed,

## Page 170

1  or approved to next step, within 38 days -- yes, at
2  this time.
3  Q.   And when it says, legend item in paragraph 2,
4  right underneath that, what is legend item?
5  A.   So legend item in his term is an item that
6  was carried over from a previous physical year.
7  Q.   And so the quicker these things are closed
8  the better for this matrix?
9  A.   Our target was, yes, to close to the target
10  number, yes.
11  Q.   And was compensation at all affected by
12  whether you were on target or not?
13  A.   No.
14  Q.   But it is obviously something that was viewed
15  favorably if things were closed quickly?
16  A.   It was FQA's goal to -- to process any
17  potential VI issues as quickly as possible to get to
18  the best resolution.
19  Q.   And there's an acronym, CVT, do you know what
20  that is?
21  A.   Yeah.  Tren- -- tren- -- continuously
22  variable transmission.
23  Q.   Any other use -- well, let me just show you
24  the document.  I'll make --
25  A.   CVT.

## Page 171

1  Q.   I was just trying to save some time, but
2  yeah.  I was trying chan- -- cha- -- sav- -- save
3  some time, but let's just --
4       MR. CALABRO:  We'll mark as Exhibit 14
5  NNA4809 through 11.
6       (WHEREUPON, the above-mentioned
7  document was marked as Exhibit Number 14.)
8  BY MR. CALABRO:
9  Q.   Let me know when you have had a chance to see
10  that.
11  A.   (Witness reviews document.)
12       Okay, I'm ready.
13  Q.   All right.  If you will look -- I see that
14  you are not on this, so I'm not going to ask you
15  whether you recognize it, but if you look on the
16  page with the Bates Number 4809, the front page, it
17  looks like there's an e-mail from -- is it, Naoki?
18  A.   Yuzuriha.
19  Q.   Yuzuriha?
20  A.   Uh-huh.
21  Q.   Subject, Nakamura EVP and Na- -- Naoki VP
22  Visit.
23       Do you see that?
24  A.   I do.
25  Q.   All right.  The body of that e-mail, in the

## Page 172

1  middle, there's a paragraph that says, I
2  explained -- I explained to him about
3  pre-authorization activity, that we continue to
4  monitor CVT carefully and NNA just starts to
5  change -- charge back SULEV unnecessary exhaust
6  replacement cost to dealers.
7       Do you see that?
8  A.   I do.
9  Q.   Do you know what that references?
10       MR. LAW:  I object; outside the scope of
11  his designation.
12       THE WITNESS:  These represent campaigns
13  unrelated to the -- the floor pan issue.
14  BY MR. CALABRO:
15  Q.   If you turn the page, there is another
16  e-mail.  It says, TCA director and OCQEs.  What's
17  that?
18  A.   Those are overseas chief quality engineers.
19  Q.   Okay.  What were you going to say?  Did I cut
20  you off?
21  A.   In -- in NNA.
22  Q.   Okay.
23  A.   Yeah.
24       MR. CALABRO:  Okay.  This would be a
25  good place to stop if you want to do lunch now or we

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

## Page 173

1  can keep going longer if you --
2       MR. LAW:  Well, let's go off the record.
3       MR. CALABRO:  Go off the record --
4       MR. LAW:  We're going -- we're going to
5  stop one way or the other, the question is do you
6  want to push through and get out --
7       MR. CALABRO:  As soon as possible, yeah.
8       MR. LAW:  Like next couple hours --
9  hour?
10      MR. CALABRO:  Well, I have to
11  authenticate a bunch of docs.  It's not going to be
12  within an hour or two.
13      MR. LAW:  Well, we had a discussion
14  about authentication --
15      THE VIDEOGRAPHER:  We are off the record
16  at 12:44 p.m.
17      (Lunch break.)
18      THE VIDEOGRAPHER:  We're on the record
19  at 1:33 p.m.
20      MR. CALABRO:  Sir, I'm going to mark as
21  Exhibit 15 a document, Bates Numbered NNA2509
22  through 18.
23      (WHEREUPON, the above-mentioned
24  document was marked as Exhibit Number 15.)
25      THE WITNESS:  Okay.

## Page 174

1  BY MR. CALABRO:
2    Q.   Do you recognize this document, sir?
3    A.   (Witness reviews document.)
4       Yes.
5    Q.   An e-mail from Richard Dumbleton to you dated
6  August of 2011?
7    A.   Yes.
8    Q.   Any reason to doubt that you received this
9  e-mail and attachment as it's presented as
10  Exhibit 15?
11    A.   No reason to doubt.
12    Q.   Do you recognize the attachment, sir?
13    A.   Yes, it looks familiar.  It looks like a
14  technical report information from a TSM.
15    Q.   All right.  Now, are these dated?  Is there a
16  date on this report anywhere, typically?
17    A.   These are typically dated in the G CAR
18  system.
19    Q.   Okay.
20    A.   So I don't know if on this printout maybe it
21  doesn't show that.
22    Q.   If you look down at the details of the very
23  last line it says, Dealer will -- should have
24  completed the repair by June 16th, 2006.  Do you see
25  that?

## Page 175

1    A.   I see that.
2    Q.   Fair to say that this is probably from 2006,
3  then?
4    A.   Should be from around that time I would
5  guess, yes.
6    Q.   Now, when -- when are these -- you said this
7  was a technical report?
8    A.   This looks like it comes from a technical
9  report, yes.
10    Q.   But this is not the complete technical
11  report?
12    A.   No.  This looks like a summary of what the
13  information would be in a technical report.
14    Q.   Is the technical report in a database?
15    A.   It's in the G CAR system that we talked about
16  earlier.
17    Q.   Okay.  And so it's not usually a paper
18  document?  It's something that's in the database?
19    A.   Correct.  It can be printed, but it's -- it's
20  an electric-- -- electronic document.
21    Q.   So this is almost like an export of
22  information that's in that database?
23    A.   Right.  Like it -- there's attachments often
24  in those summaries like this, pictures, in that
25  document.

## Page 176

1    Q.   Okay.  Set that aside.
2       MR. CALABRO:  We'll mark as Exhibit 16
3  documents with Bates Number 4075.
4      (WHEREUPON, the above-mentioned
5  document was marked as Exhibit Number 16.)
6  BY MR. CALABRO:
7    Q.   Before we look at this, who inputs the
8  information into the G CARS system?
9    A.   So typically it would be the TS- -- for that
10  type of report that we just looked at, it would have
11  been input directly by the technical service
12  manager.
13    Q.   Is that somebody at the dealer or --
14    A.   They are field staff around the country.
15    Q.   Okay.
16    A.   That work for field quality investigation.
17    Q.   Okay, got it.
18       Okay.  Exhibit 16 will be NNA4075 through
19  77.  All right, sir.  This is an e-mail
20  from Mr. Tsuchiya?
21    A.   Tsuchiya.
22    Q.   Tsuchiya?
23    A.   Uh-huh.
24    Q.   To Mr. Akashi?
25    A.   Yes.

ALARIS LITIGATION SERVICES
www.alaris.us      Phone: 1.800.280.3376      Fax: 314.644.1334

## Page 177

1  Q.   All right.  Now, Mr. Tsuchiya is your boss at
2  this time; is that right?
3  A.   At this time, he's the manager -- my manager
4  in the vital issues team, at FQA.
5  Q.   And who is Mr. Akashi?
6  A.   Akashi, from my memory is a -- was in body
7  design at NTCNA.
8  Q.   All right.  Any reason to doubt that you
9  received this e-mail in the form attached here as
10  Exhibit 16?
11  A.   No.
12  Q.   Okay.
13  A.   No reason.
14  Q.   Okay.  I just want to look at Number 4.
15  Number 1 underneath there says, Plant investigates
16  clear cutoff date about this issue, paren, SOP will
17  be cut-in.  Do you know what that means?
18  A.   Yeah.  He's referring that as a next step to
19  confirm when the issue was, either countermeasured
20  or in the production.
21  Q.   And then it says, cut-in, that's like?
22  A.   Start date.
23  Q.   The start, okay?
24  A.   Cut-out would be end date.
25  Q.   And it says, 2, NNA TCS will conduct in-use

## Page 178

1  vehicle check to understand real incident rate of
2  this issue.  Paren, we assume customer could not --
3  I assume, be aware this -- of this issue until floor
4  pan hole, paren.
5  A.   Yeah.  So he's saying as a second step for
6  our investigation, we will -- TCS will conduct an --
7  in use vehicle check to confirm the market status.
8  Q.   Okay.  Because it couldn't rely just on -- on
9  customers' reports, because they likely won't be a
10  part of this until there's an actual hole in the
11  floor pan, right?
12  A.   That was his statement, yes.
13  Q.   Any reason to dispute that?
14        MR. LAW:  Object; calls for speculation.
15        THE WITNESS:  The customer could be
16  aware of this concern in other ways if they've
17  looked under the vehicle and saw rust.  Not
18  necessarily a need for a hole to appear.
19  BY MR. CALABRO:
20  Q.   All right.  And does Nissan expect its
21  customers to look underneath the cars for rust?
22        MR. LAW:  I'll object; it's outside the
23  scope of his designation and calls for the witness
24  to speculate.
25        THE WITNESS:  I'm -- depends on the

## Page 179

1  customer.  Some customers will do their own
2  maintenance, so they're going to be underneath the
3  vehicle, others may not.
4  BY MR. CALABRO:
5  Q.   I mean, does Nissan design cars expecting for
6  people to look underneath their car on a regular
7  basis to see if there's rust?
8        MR. LAW:  Same objection; vague; outside
9  the scope.
10        THE WITNESS:  I'm not sure how to even
11  answer that, sorry.  Can you rephrase it?
12  BY MR. CALABRO:
13  Q.   Well, I mean, I'm just trying to understand
14  if it's the expectation -- if it's Nissan's
15  expectation that people, when they buy a car --
16  everyday regular people, are regularly going to be
17  checking underneath their cars --
18        MR. LAW:  Same objection.  It's vague.
19  It's overboard.  It calls for speculation.  It's
20  outside the scope.
21  BY MR. CALABRO:
22  Q.   -- for rust?
23  A.   Yeah.  There's no -- there's no standard that
24  Nissan has that expects customers to do floor
25  inspections on their vehicles.

## Page 180

1        MR. CALABRO:  Mark this next one as
2  Exhibit 6- -- 17, Bates Number NNA4096 through --
3  well, I'm not quite sure, 4097.  No, that's not
4  right.  Sorry.  Bates Number is NNA4096 through
5  4192; that's Exhibit 17.
6        (WHEREUPON, the above-mentioned
7  document was marked as Exhibit Number 17.)
8  BY MR. CALABRO:
9  Q.   Let me know when you are ready, sir.
10  A.   (Witness reviews document.)
11        Okay.
12  Q.   All right?
13  A.   I'm ready.
14  Q.   Sir, do you recognize Exhibit 17 as an e-mail
15  from Derek Latta to you dated January 2012?
16  A.   Yes.
17  Q.   Any reason to doubt that you received this
18  e-mail and attachment as provided here as
19  Exhibit 17?
20  A.   No reason to doubt.
21  Q.   All right.  Now, we talked a little bit about
22  consumer affairs files reports?
23  A.   Yes.
24  Q.   Is that what this attachment is?
25  A.   So this attachment -- well, looks to

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 181

1  include -- let me look at the title page here.  This
2  includes detailed consumer affair files, tech line
3  files, ve- -- vehicle owner questionnaire files.
4  **Q.    Now, is this an export from Nissan's**
5  **database?**
6  A.    This is an export from the database, correct.
7  **Q.    That's housed at Nissan?**
8  A.    That's housed at Nissan.
9  **Q.    Okay.  And so all of these -- the charts that**
10 **we see on 4098, that would be a Nissan document?**
11 A.    This is a Nissan created document, correct.
12 **Q.    And then all of the substance that we see**
13 **throughout the rest of this attachment is housed at**
14 **Nissan system?**
15 A.    Yes, that's correct.
16 **Q.    And is this the form and format that exports**
17 **from those systems typically are seen in a paper**
18 **format?**
19 A.    These are typically in a PDF electronic
20 format, but this is -- this is that file printed
21 out, yes.
22 **Q.    Okay.  All right.  I guess, I should look at**
23 **these real quick.  When we're looking at the**
24 **consumer affair files, so I think that starts at**
25 **Bates 107 -- 4107.**

## Page 182

1  A.    Okay.
2  **Q.    You'll see there's, like, a -- a header row**
3  **at the top.**
4  A.    Right.
5  **Q.    The third one says, open DT?**
6  A.    Open date.
7  **Q.    Okay.  And so that represents what, that**
8  **date?**
9  A.    That would be the date that the CA took the
10 phone call.
11 **Q.    Okay.**
12 A.    So for example the first one will be January
13 8, 2007.
14 **Q.    All right.  And then the manufacturing date**
15 **sort of like four columns over.**
16 A.    Yes.
17 **Q.    Is that what that is?**
18 A.    Yes.
19 **Q.    Is that something that's populated**
20 **automatically by Nissan's system once they -- once**
21 **they know the VIN number?**
22 A.    I believe so, yes.
23 **Q.    And then does Nissan's system identifying VIN**
24 **number with individual people and dealers?**
25 A.    So Nissan's system would have original

## Page 183

1  customer's information from who purchased and where
2  the vehicle was purchased, yes.
3  **Q.    Okay.  Does Nissan's system keep track of who**
4  **owns it after the original purchaser?**
5  A.    Only if we're --
6       MR. LAW:  Well, hold on.  I want to
7  object that potentially we're asking the witness to
8  speculate and we may not have laid a foundation for
9  that.
10      And I think it's also protectively -- I
11 think it's outside of the scope of his designation.
12      THE WITNESS:  My understanding is, if we
13 pick that information up at a later time, we will
14 record it and house it, yes.
15 BY MR. CALABRO:
16 **Q.    What are the ways in which Nissan picks up**
17 **that information at a later time?**
18      MR. LAW:  Same objections.
19      THE WITNESS:  One would be when a
20 customer comes into a dealer and provides it.  One
21 would be, customer calls into CA and provides it.
22 BY MR. CALABRO:
23 **Q.    If a -- if a person purchases a -- purchases**
24 **a car used from a dealer, a Nissan dealer, is that**
25 **information reported to Nissan?**

## Page 184

1       MR. LAW:  Same ob- -- same objections.
2       THE WITNESS:  I'm not sure that I can
3  answer that; I'm not sure.
4       MR. CALABRO:  Okay.  All right.  We'll
5  go to the next one and mark as Exhibit 18, document
6  with Bates Number NNA4238 through 52.
7       (WHEREUPON, the above-mentioned
8  document was marked as Exhibit Number 18.)
9       THE WITNESS:  Okay.
10 BY MR. CALABRO:
11 **Q.    All right.  You recognize this document as a**
12 **March 2012 e-mail from Mr. Tsuchiya to you and**
13 **various other folks dated -- well, I already said**
14 **March 2012?**
15 A.    Yes, I do.
16 **Q.    Any reason to doubt that you received this**
17 **e-mail and attachment as provided here in**
18 **Exhibit 18?**
19 A.    No reason to doubt.
20 **Q.    Okay.  You'll see this e-mail is addressed to**
21 **various folks including somebody named    Richard**
22 **Cairncross.  Do you see that?**
23 A.    I do, yes.
24 **Q.    Who is that?**
25 A.    Richard Cairncross was the previous

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

## Page 185

1  implementation manager.  Jamie Hunter was his
2  replacement.
3  Q.    And then Joe Murphy is also one of the
4  recipients.  Who's he?
5  A.    Joe Murphy at the time was the Nissan Canada
6  representative for the vital issues process.
7  Q.    And also looks like Richard Lyles?
8  A.    Richard Lyles was the engineer in FQA at that
9  time.
10  Q.    Your old job?
11  A.    My old job.  Well, we were toge- -- to
12  clarify.  We were both engineers in the group at
13  that time.
14  Q.    Oh, okay.
15  A.    Yeah.
16  Q.    Mr. Tsuchiya says that, This is the final
17  edition of the FQA presentation.  Do you see that?
18  A.    I do see that, yes.
19  Q.    And is there any reason to doubt that this
20  is, in fact, the final presentation as of March 6,
21  2012 for this issue?
22  A.    I would say this is the final edition at
23  that -- at that time, yes.
24  Q.    And I think most of the substance we've
25  probably already covered.  But I just want to

## Page 186

1  confirm.  This is the state of -- of -- of the
2  issues as of or -- or at least at the
3  presentation --
4  A.    Yes.  As of March 6, 2012, yes.
5        MR. CALABRO:  All right.  We'll mark as
6  Exhibit 19, document with Bates Number NNA2588
7  through 90.
8        (WHEREUPON, the above-mentioned
9  document was marked as Exhibit Number 19.)
10        THE WITNESS:  Okay.
11  BY MR. CALABRO:
12  Q.    All right, sir.  Do you recognize this as a
13  May 2012 e-mail from Mr. Patrick Devost to you and
14  Jerry Puetz?
15  A.    Puetz.
16  Q.    Puetz?
17  A.    Puetz.
18  Q.    Okay.
19  A.    Spelled -- spelled funny, you're right.
20  Q.    All right.  All right.  Any reason to doubt
21  that you received this e-mail and -- and the
22  attachment in the form here Exhibit 19?
23  A.    No reason to doubt.
24  Q.    Okay.  Let's look at the very top e-mail, the
25  first page.  Who is Mr. Devost?

## Page 187

1  A.    Pat- -- it's Devost.  He was the -- he was
2  the technical services manager that worked for
3  Jerry.  I believe, he was in the Ohio area.
4  Q.    And then Jerry's job is what, Jerry Puetz?
5  A.    Jerry is the manager of the TSM group or at
6  this time was the manager of the TSM group
7  nationally.
8  Q.    Okay.  So he was sort of above you?
9  A.    Well, he was in a different group.  He was a
10  manager, but he was in FQI.
11  Q.    Okay.
12  A.    And his responsibility was for the technical
13  service managers that were stationed across the
14  United States.
15  Q.    Okay.  So he writes here in his e-mail to
16  you, second sentence, I believe you will find that
17  most '07, '08 A34 vehicles will be in decent shape
18  and will probably rust out over time.  Do you see
19  that?
20  A.    I see the statement.
21  Q.    All right.  Do you have anything to dispute
22  what Mr. Devost -- Devost wrote here?
23        MR. LAW:  I'll object; lacks foundation;
24  calls for speculation.
25        THE WITNESS:  Yeah, I don't -- I don't

## Page 188

1  understand what -- what exactly data he's basing
2  this statement on.
3  BY MR. CALABRO:
4  Q.    Okay.  Do you have any facts that dispute
5  what he says?
6        MR. LAW:  Same objections.
7  BY MR. CALABRO:
8  Q.    And I'm asking you as the Nissan rep.
9        MR. LAW:  Yeah.  And it's also outside
10  of the scope.
11        THE WITNESS:  I think what --  as
12  we've -- we've talked over time, we would see -- we
13  saw a high incident rate, so older vehicles.  So the
14  '07, '08s were the newest in this section, so I
15  believe that's probably why Pat made that statement
16  based on what he had seen in the market.
17  BY MR. CALABRO:
18  Q.    And I -- and I want to clarify.  I'm not
19  asking you what you thought Mr. Devost was saying.
20        My question to you is, do you have any facts
21  to dispute what he said right here which is, that
22  most '07, '08 vehicles at this time will be in
23  decent shape, but you will pro -- but will probably
24  rust out over time.
25        MR. LAW:  I'll object.  That misstates

47 (Pages 185 to 188)

## Page 189

1    the document.
2         THE WITNESS:  I think Pat's date is a
3    presumption of probably, so based on that statement
4    I can't -- I can't agree with that.
5    BY MR. CALABRO:
6    Q.    I'm not asking you to agree.  I'm asking if
7    you have any facts that dispute what he says here?
8    A.    Well, the facts we had, I don't think it's on
9    this document.  I did a completed survey.  From my
10   memory the A34 up -- newer models were less affected
11   than the older models.
12   Q.    But do you have anything to dispute that they
13   will -- they will probably rust out over time?
14        MR. LAW:  Same objections.
15        THE WITNESS:  I would go back to the --
16   the incident rates we saw in the -- in the salt
17   states, like, we're reporting about 90 percent, so
18   these vehicle were manufactured in that same suspect
19   range.
20   BY MR. CALABRO:
21   Q.    So Nissan would expect 90 percent incident
22   rate for those models as well?
23   A.    Only in certain areas as we discussed.
24   Q.    Right.  Let me say it again --
25   A.    Potentially -- potentially in the salt areas.

## Page 190

1    Q.    Nissan would expect about 90 percent incident
2    rate on the A34 late models in the salt state areas?
3    A.    If the incident rate we saw in the -- in the
4    survey projected out over those vehicles, I would
5    agree with that.
6    Q.    And you don't have any reason -- any facts to
7    think that it would not project at that rate,
8    correct?
9    A.    Yeah.  The only facts that I have are from
10   the survey results and the warranty and CA
11   information that we've been discussing.
12   Q.    And those are consistent with a 90-percent
13   incident rate in the salt states?
14   A.    As an overall, yes.
15   Q.    When you were doing these disputed field
16   investigations and -- and in particular deciding on
17   these vehicle surveys that we see referenced in this
18   e-mail, how were the vehicles chosen?
19   A.    You go to, I think, the last line here,
20   criteria.  So we chose specific states where we had
21   a high volume of vehicles, and we had the potential
22   for what we thought -- potential to find some of the
23   rusted and perforated condition.  So we chose
24   Michigan, Ohio, and Illinois, and we had good TSM
25   coverages there as well and we gave them a criteria.

## Page 191

1    We wanted 20 of each model year to complete the
2    survey.
3    Q.    So it was sort of a random selection of 20?
4    A.    It was a random selection, yes.
5    Q.    To see how -- and the goal was to see how
6    prevalent the problem was?
7    A.    Yes.  The goal was to form an incident rate
8    for the issue.
9         MR. CALABRO:  Okay.  All right.  We'll
10   mark as Exhibit 20 document with Bates Number NNA
11   2482.
12        (WHEREUPON, the above-mentioned
13   document was marked as Exhibit Number 20.)
14   BY MR. CALABRO:
15   Q.    Let me know when you are ready, sir.
16   A.    (Witness reviews document.)
17        Okay, I'm ready.
18   Q.    All right.  This is -- looks like an Outlook
19   appointment request or notification.
20        Let me ask you this, you guys use Outlook
21   at --
22   A.    We do?
23   Q.    -- Nissan?
24   A.    Yeah.
25   Q.    Does this look like an Outlook appointment

## Page 192

1    calendar entry?
2    A.    It does, yes.
3    Q.    All right.  Any reason to doubt that you
4    received this from Mr. Tsuchiya in October of 2012
5    as it's shown here?
6    A.    No reason to doubt.
7    Q.    All right.  In the two lines is Carrie
8    Simpson?
9    A.    Yes.
10   Q.    And I -- I assume that's a female?
11   A.    She -- she is yes.  She was a previous FQA
12   vital issue engineer as well.
13   Q.    Okay.  And then I think we talked about
14   everybody else except for Connie Day?
15   A.    She's an administrative assistant?
16   Q.    Okay.
17   A.    To Brad, the VP at the time.
18   Q.    Okay.  It says here under the items in the
19   text, One, L31 and A34 floor pan rust follow-up and
20   decision of final action.
21        Do you know whether there was a decision of
22   final action that happened around November of 2012?
23   A.    Not to my knowledge, no.
24        MR. CALABRO:  Okay.  We'll mark as
25   Exhibit 21 document Bates Number NNA2988.  So this

## Page 193

1    was produced as a native that we printed out.  So
2    there's only one Bates number associated with this.
3              (WHEREUPON, the above-mentioned
4    document was marked as Exhibit Number 21.)
5    BY MR. CALABRO:
6    Q.    Let me know when -- when you've had a chance
7    to review that.
8    A.    All right.
9    Q.    Ready to proceed?
10   A.    Yes.
11   Q.    All right.  Now, do you recognize this
12   document, sir?
13   A.    I do.
14   Q.    All right.  What is this?
15   A.    This was a PowerPoint prepared for discussion
16   with our VP and director regarding this issue.
17   Q.    And this is the form it was in as of
18   November 5, 2012?
19   A.    That's correct.
20   Q.    I'd like to turn to the -- probably the
21   second or third slide, the one that says, Field
22   survey results at the top.
23   A.    Okay.
24   Q.    All right.  Now, which is the result of a
25   second field survey that Nissan did; is that right?

## Page 194

1    A.    This is the additional survey that we go,
2    yes, that's correct.
3    Q.    Now, this shows rust in 83 percent of the
4    cars that it surveyed; is that right?
5    A.    It's actually 83.
6    Q.    Sorry, 83 percent yes.
7    A.    We -- we recorded some surface or perforation
8    rus- -- rust either in one or both sides on
9    83 percent.
10   Q.    Now, this is a number that reflects what's
11   currently in the cars, right?
12   A.    This was at the time of the survey, correct.
13   Q.    So presumably as time passed -- past the time
14   of the survey, more cars would develop rust?
15   A.    There's that potential, yes.
16   Q.    Okay.  And, in fact, Nissan expected about a
17   90 percent incident rate in salt states, correct?
18   A.    That was the result of the initial survey,
19   yes.
20   Q.    And is that still Nissan's view that there's
21   about 90 percent incident rate of rust in the salt
22   states?
23   A.    The only data point I have is that survey to
24   make that kind of calculation, so....
25   Q.    And that survey actually said 93 percent in

## Page 195

1    U.S. salt states?
2    A.    It was 83 here.
3    Q.    83 here.
4    A.    There's 90 at the previous survey.
5    Q.    93 in the U.S. salt states?
6    A.    That's -- that's -- that's correct, that's
7    right.
8    Q.    And the next page you've got the repair
9    method.
10   A.    Yes.
11   Q.    It looks like as of this time there was an
12   option considered to perform some service on those
13   cars that are showing no rust; is that right?
14   A.    Yeah.  The cost estimation shows a potential
15   proposal --
16   Q.    Right?
17   A.    -- for a campaign.
18   Q.    And so there was a cost breakdown for those
19   cars with no rust, a cost breakdown for cars with
20   some rust on one side, and a cost breakdown for cars
21   with rust on both sides, right?
22   A.    Yes.
23   Q.    But the idea was, is that there would still
24   be some action taken with respect to those cars with
25   no rust?

## Page 196

1    A.    This was a proposal presented to the vice --
2    the vice president director of TCS at that time.
3    Q.    And part of that proposal was an idea that
4    there should be some action taken with respect to
5    even those cars that don't have rust?
6    A.    Well, this was a potential idea, yes.
7    Q.    But that was the idea though, right?  That
8    was the proposal?
9    A.    It was -- it was a potential proposal,
10   correct.
11   Q.    Now, was that proposal shot down or overruled
12   or rejected?
13   A.    There was no agreement at this time on this.
14   We were asked to confirm this new repair method with
15   our global counterparts after this meeting.
16   Q.    And did you do that?
17   A.    We provided the repair to them, yes.
18   Q.    What does that mean, "you provided the
19   repair to them"?
20   A.    We provid- -- so we -- NTCNA and FQA came up
21   with a repair procedure to use the plates.  We
22   provided that to our global cross functional team
23   number two that is responsible for confirming field
24   fixes.
25   Q.    And so what division is that, that -- that

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 197

1  team?
2  A.  They're NML, a cross functional team.
3  Q.  Okay.
4  A.  So they have design and quality folks.
5  Q.  Are these vehicles, these L31s and A34s, I
6  think we may have sort of gotten close to this
7  question earlier, but I'm not sure that we answered
8  it.
9      Are they sold in the same form in any other
10  country other than Canada and the United States?
11  A.  There were some vehicles --
12      MR. LAW:  Ob- -- ob- -- objection; just
13  outside the scope.
14      THE WITNESS:  There were some other
15  vehicles sold in other markets, yes.
16  BY MR. CALABRO:
17  Q.  And was there an attempt made to see whether
18  this problem was also manifest in those same
19  vehicles in other countries?
20      MR. LAW:  Same objections.
21      THE WITNESS:  There was no investigation
22  for other markets that I'm aware of.
23  BY MR. CALABRO:
24  Q.  Okay.  And so when you were saying you were
25  coordinating this repair procedure with your global

## Page 198

1  counterpart, it wasn't that you were trying to see
2  if it was working in other countries, you were
3  just -- there's a Japanese counterpart that you
4  needed to coordinate with?
5      MR. LAW:  Same objections.
6      THE WITNESS:  Yeah.  We were
7  coordinating with a team responsible for helping to
8  validate field repair fixes.
9  BY MR. CALABRO:
10  Q.  Okay.  And how did they do that?  Do you have
11  any insight into that?
12  A.  Not a whole lot of insight, no.
13  Q.  Okay.
14  A.  I know they're the experts.  They confirm to
15  make sure the -- the field fix will work and make
16  sure it's the most appropriate.  So if there's any
17  other ways to improve, they will review that.
18  BY MR. CALABRO:
19  Q.  All right.  If you look at this slide -- oh,
20  there actually is a slide number sev- --
21  A.  Yes.
22  Q.  Number seven.
23  A.  Right.
24  Q.  It says, Further plan if agree some action.
25  It says, To utilize CFT 2 -- number 2.  Do you know

## Page 199

1  what means, CFT --
2  A.  Yeah --
3  Q.  -- number 2?
4  A.  That's the group I was just talking about,
5  cross functional team.
6  Q.  Oh, got it.  And then it says RS appropriate
7  field repair, RS being --
8  A.  RS typically is a -- it means recall service.
9  Q.  Okay.  But a- -- appropriate field repair is
10  the AFR thing we talked about, right?
11  A.  Correct, yeah.
12  Q.  Now, it then goes on and talks about
13  something else, by Mono --
14  A.  Monozukuri.
15  Q.  Yeah.  Who's that?
16  A.  It's typically considered the plant.
17  Q.  The plant?
18  A.  The plant functions.
19  Q.  And, I guess, what they're doing here is
20  they're comparing the proposed campaign through -- a
21  prior campaign on a different issue?  Is that what
22  we're looking at here on slides eight and nine?
23  A.  Right.  They're con- -- yeah.  There's a
24  prev- -- another campaign that they're comparing
25  this potential repair to.

## Page 200

1  Q.  Also dealing with the corrosion issue, I
2  guess?
3  A.  That's correct.  This was a -- a corrosion
4  issue on another model.
5  Q.  If you look at slides A on the right, bottom
6  right-hand corner, there's a reference to okay, you.
7  A.  Oku yen (phonetic).
8  Q.  And that's a lot of money, right?  Sort of
9  like --
10  A.  Correct.
11  Q.  -- a lot of yen.
12  A.  1 million yen, I think is what it is, yeah.
13  Q.  Okay.  All right.
14  A.  Yeah.
15  Q.  All right.  We can keep -- I think a lot of
16  this we've already looked at.  Okay.  You can set
17  that aside.
18      MR. CALABRO:  We'll mark as Exhibit 22 a
19  document with Bates Number NNA2633.
20      (WHEREUPON, the above-mentioned
21  document was marked as Exhibit Number 22.)
22  BY MR. CALABRO:
23  Q.  And let me know when you're ready.
24  A.  I'm ready.
25  Q.  All right.  This is an e-mail from

## Page 201

1  Mr. Hammoud to you dated July 2013; is that right,
2  sir?
3  A.    That's correct, yeah.
4  Q.    Any reason to doubt that you received this
5  e-mail in the form seen here as Exhibit 22?
6  A.    No reason to doubt.
7  Q.    All right.  Now, at this time Mr. Hammoud was
8  your boss; is that right?
9  A.    He was not at this time.
10  Q.    Okay.
11  A.    He was senior manager in product safety.
12  Q.    All right.  He says -- and the subject line,
13  first of all is, the L31, A34 floor pan rust issue.
14          And he says, Steve -- in the top e-mail.  I
15  was looking at pictures of the CM.  Does that mean
16  countermeasure?
17  A.    Countermeasure.
18  Q.    And is that the repair procedure we're
19  talking about?
20  A.    Yes.  Based on his comments below.
21  Q.    Is this the first repair procedure where
22  we're talking about the actual cut out and replace
23  that was $1,400 or is this the one where we're
24  putting on the patch?
25  A.    This would be the patch based on the --

## Page 202

1  the -- the comment of a plate.
2  Q.    Yeah.  He says, how thick is this plate?  And
3  has there been a discussion about potential effect
4  on resale value.  The CM struck me as obvious add on
5  structure.  Do you see that?
6  A.    I do.
7  Q.    All right.  Was there, in fact, a discussion
8  about potential effect on resale value?
9  A.    I don't specifically remember a discussion
10  about potential resale.
11  Q.    Okay.  He says, The CM struck me as obvious
12  add on structure.  What did you -- what did you
13  understand that to mean?
14  A.    I'm not sure I understand where he -- just
15  based on this e-mail, I'm not sure what he means
16  there.
17          MR. CALABRO:  All right.  We'll mark as
18  Exhibit 23 document Bates Number NNA2441 through 45.
19          (WHEREUPON, the above-mentioned
20  document was marked as Exhibit Number 23.)
21  BY MR. CALABRO:
22  Q.    Let me know when you're ready, sir.
23  A.    (Witness reviews document.)
24          Okay.
25  Q.    All right.  Just a couple of quick questions

## Page 203

1  on this one.  If you'll look at the pages Bates
2  Numbered 2443 --
3  A.    Right.
4  Q.    -- they're talking about the floor pan, I
5  guess, part.  Mr. Hunter notes that -- and this is
6  in the second paragraph of the text, the body of the
7  para- -- of the e-mail.
8          Ideally, this campaign would be launched by
9  late October or early November, sooner if possible.
10  Do you see that?
11  A.    I see that.
12  Q.    So this is in August of 2013.  Do you know if
13  there was a campaign launch by November of 2013 to
14  get these parts out?
15  A.    There was no campaign launched in -- of
16  any -- of any type for this issue.
17  Q.    Okay.  Below that table, there's a line that
18  says the floor pan part number for Altima and Maxima
19  is the same and then it gives the number.  So you
20  see that?
21  A.    I do.
22  Q.    Is that referring to the replacement repair
23  part or is that the original floor pan part or is --
24  or are they one and the same?
25  A.    That would be the service part plate.

## Page 204

1  Q.    Okay.  Because if you look at the
2  attachment -- why don't you identify the attachment
3  for me, if you can.
4  A.    Here?
5  Q.    Yeah.  Do you recognize what this is a
6  drawing of?
7  A.    This appears to be a drawing of the -- the
8  service part plate shown here in the red.
9  Q.    Do you know if this is the final version?
10  A.    I don't know that.
11  Q.    Okay.  If you look at that attachment, the
12  picture to the top right corner, there's a number
13  there of 743123ZB00A.
14  A.    Yes.
15  Q.    All right.  Now, if you look back at the
16  e-mail, that's a slightly different number that's
17  referenced on page 2443 underneath that chart.
18  A.    Yes, I need to confirm that.
19  Q.    Okay.
20  A.    I don't know that I can...
21  Q.    Well, yeah, go ahead, sorry.
22  A.    No.  I was going to say, this appears -- this
23  appears to be the service part though.  So --
24  Q.    You're looking at the attachment?
25  A.    Yes.

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

Page 205

```
1    Q.    Yes.
2    A.    I don't know if it was just a ty- -- typo or
3    if it's something different.  We need to confirm.
4    Q.    Okay.  When we're looking at these part
5    numbers, for example at 244 on page 2443?
6    A.    Uh-huh.
7    Q.    74312, what does that represent?
8    A.    That is the primary five digit part number to
9    -- and he's referencing here the four -- floor pan
10   part number.
11   Q.    And then the second part of the number, what
12   does that represent?
13   A.    So the first five digits are kind of the
14   primary.  They are used -- so, for example, this
15   could be a floor pan for -- the first five digits
16   for any model.
17   Q.    Okay.
18   A.    And then the last five are kind of designated
19   for this specific model like an Altima --
20   Q.    Right.
21   A.    -- or Maxima.
22         MR. CALABRO:  Okay.  All right.  We'll
23   mark as Exhibit 24 document Bates Number NNA2674
24   through 80.
25         (WHEREUPON, the above-mentioned
```

Page 206

```
1    document was marked as Exhibit Number 24.)
2    BY MR. CALABRO:
3    Q.    I think I gave you two.
4    A.    Oh, yeah.
5    Q.    If you don't mind giving one to Grant there.
6          I think this is a continuation of an e-mail
7    chain we saw previously.
8    A.    Yeah.
9    Q.    Okay.  All right.  So this is an e-mail chain
10   involving you, Mr. Hunter, and some other folks in
11   September of 2013; is that correct, sir?
12   A.    That's correct, yes.
13   Q.    I guess, from May until September of 2013.
14   A.    Yes.
15   Q.    Any reason to doubt that you received this
16   e-mail chain in the form attached here as Exhibit
17   24?
18   A.    No reason to doubt.
19   Q.    All right.  If you'll look at the very top
20   e-mail on 2674, e-mail from you to Ar- -- to Ari
21   and -- and -- and -- I'm sorry the e-mail from
22   Mr. Hunter to you and Ari also copying Joseph
23   Buratto.  Do you see that?
24   A.    I do.
25   Q.    Who is Joseph Buratto?
```

Page 207

```
1    A.    I don't recall Joseph Buratto.
2    Q.    His e-mail address has an NRD before Nissan?
3    A.    Yeah, it -- he would have been a design
4    person.  I don't know if he was at -- at the NTCNA
5    facility or at the NTC Japan.
6    Q.    Okay.
7    A.    And I don't know what his function was in
8    this.  I don't remember that name.
9    Q.    Does -- do you know what that designation,
10   NRD before Nissan means?
11   A.    It typically means, research and development
12   for design.
13   Q.    So Mr. Hunter writes, Steve's picture -- I
14   think the picture he's referring to on page 2276, is
15   representative of the factory condition.  There were
16   two layers of metal that overlapped each other.  The
17   corrosion issue results directly from salt water
18   seeping between these two layers and rusting.  Do
19   you see that?
20   A.    I see that.
21   Q.    All right.  Again, no reason -- no facts to
22   dispute that, right?
23   A.    No facts to dispute that.
24         MR. CALABRO:  Okay.  All right.  We'll
25   mark as Exhibit 25 document Bates Numbered 2700.
```

Page 208

```
1          (WHEREUPON, the above-mentioned
2    document was marked as Exhibit Number 25.)
3          THE WITNESS:  Okay.
4    BY MR. CALABRO:
5    Q.    Okay.  Do you see this as an e-mail from John
6    Smith to various folks including yourself, October
7    of 2013?
8    A.    Yes.
9    Q.    Any reason to doubt that you received the
10   e-mail in a form provided att- -- form provided here
11   as Exhibit 25?
12   A.    No reason to doubt.
13   Q.    All right.  So in this e-mail Mr. Smith --
14   and remind me when Mr. Smith was retiring?
15   A.    I want to say around 2016.
16   Q.    Okay.  So in this e-mail Mr. Smith notes, We
17   have initiated pulling together the support material
18   for the Follow-up TM, technical meeting, of the 2001
19   plus model year floor corrosion and repair.  Initial
20   materials was pulled together by Henry Yu.  Do you
21   see that?
22   A.    I do.
23   Q.    Do you know who that is?
24   A.    He was a design engineer probably around 2011
25   that was involved in the assessment.
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 209

1    Q.   Okay.  Part of NTNCA?
2    A.   NTCNA.
3    Q.   NTCNA.
4       We will be -- he goes on to say, We will be
5 changing the assignment from Darryl's department to
6 Itoh-san's to be consistent with the car line
7 responsibilities in test.  Do you see that?
8    A.   Yes.
9    Q.   So the Darryl he's referring to is who?
10    A.   Darryl Stolarczyk.
11    Q.   Okay.  And what was his role prior to this?
12    A.   He -- he was a -- he's director of safety
13 engineering at NTNCA.
14    Q.   Okay.  And then Itoh-san is, I guess,
15 Hirofumi?
16    A.   Yes.
17    Q.   And -- and who -- what was his role?  What
18 was his responsibility?
19    A.   I don't recall.
20    Q.   Okay.  His e-mail address shows NRD, so he
21 was also in design?
22    A.   Yeah.  I can -- I can say he was in design, I
23 just don't know his specific responsibilities at
24 this time.
25    Q.   So this was all in reference to a followup

## Page 210

1 TM.  Was there a followup TM that happened in 2013
2 or subsequent?
3    A.   There was a TM that happened in March of
4 2014.
5    Q.   Okay.
6    A.   To confirm direction and close the con- --
7 concern out from a study perspective.
8    Q.   Okay.
9    A.   We reviewed that summary sheet earlier.
10    Q.   Was there an earlier TM, when it says a
11 followup TM?
12    A.   There was a TM in 2011 to close the issue out
13 from a safety perspective.
14    Q.   Okay.
15    A.   Yeah.
16    Q.   Very good.
17       So in 2011 there was one TM.  There was
18 another TM in 2014.  Was there any other TM in
19 between?
20    A.   Not to my knowledge, no.
21    Q.   Did you ever -- if I said the term, QCS
22 attack meeting, do you know what that is?
23    A.   Vaguely, yes.
24    Q.   What do you remember a QCS to mean?
25    A.   It was a TCS, total customer satisfaction led

## Page 211

1 meeting to discuss top -- typically top warranty
2 concerns from my memory.
3    Q.   What's the OPQD department?
4    A.   Overseas -- overseas product -- OPQD,
5 overseas quality department.
6    Q.   And what do they do?
7    A.   They're -- they're over quality for the
8 model.
9    Q.   Is there a different OPQD for every model?
10    A.   There's a different OPQD for every model,
11 yes.
12    Q.   I think I'm going to have to show you this
13 document -- sorry.  I was going to try to save time.
14       MR. CALABRO:  But we'll mark as Exhibit
15 26, document with Bates Number NNA5112 through 120.
16       (WHEREUPON, the above-mentioned
17 document was marked as Exhibit Number 26.)
18 BY MR. CALABRO:
19    Q.   You're welcome to read the whole thing, but
20 I'm quo- -- I'm going to ask you about this
21 reference to funding roadblocks on the page with
22 Bates ending on 5115.  So if you want to just --
23 you're welcome to read it all obviously.
24    A.   (Witness reviews document.)
25       Okay.

## Page 212

1    Q.   Do you know what that's a reference to,
2 funding roadblocks?
3    A.   So this is in reference to the OPQD
4 department, was allotted funding to push
5 countermeasures for warranty-related issues on their
6 vehicles.
7    Q.   Okay.  And I guess sometimes there were
8 roadblocks?  What do you -- what do you understand
9 the reference to roadblocks to be?
10    A.   I'm not sure.  I don't understand the concept
11 of road- -- roadblocks.
12    Q.   Okay.
13    A.   How that's -- how that's phrased.
14    Q.   Let's look quickly at the attachment with --
15 I said I wasn't going to look at it but I just
16 noticed something on it.  If you'll look at page 2,
17 there's a line for the floor pan issue.  And I guess
18 what we should do first is see if you can identify
19 what this document is, this spreadsheet that's
20 marked as Bates 5120.  It's titled QSELTBL closure
21 performance IR, at the very top.
22    A.   I do not recognize this document.
23    Q.   Okay.  Well, on page 2, there's the listing
24 for the floor pan -- floor pan rusting L31.
25    A.   Yes, I see that.

## Page 213

1    Q.    There's a NAPSIR.  And I think we've talked
2    about PSIR before.
3    A.    We talked about PIR.  PSIR is a document
4    that's created in G CARS.  When a safety assessment
5    is completed, that safety assessment will be stored
6    under this PSIR in the G-CAR system.
7    Q.    NA means North America?
8    A.    NA means North America.
9    Q.    2011 means it was done in 2011?
10   A.    That's correct.
11   Q.    All right.  It also identifies Steve Pres?
12   A.    Presibello (phonetic).
13   Q.    Presibello?
14   A.    Yeah.
15   Q.    Do you know who that is?
16   A.    I do.
17   Q.    What role did he have with respect to the
18   L31?
19   A.    He was a FQI engineer.  That had the
20   responsibility for body -- body parts.
21   Q.    Would that include the floor pan issue?
22   A.    It would have included the floor pan.
23   Q.    So was he part of the -- a part of the
24   original design team for the floor pan?
25   A.    He's not part of design.

## Page 214

1    Q.    Okay.
2    A.    He's field quality investigation?
3    Q.    Okay.  All right.  Okay.  Do you know
4    Ari Schift -- Ari Schiftan?
5    A.    I know who -- I know who he is, yes.
6    Q.    Did you ever work with him?
7    A.    Just on this floor pan repair procedure.
8          MR. CALABRO:  We'll mark as Exhibit 27
9    document with Bates Number NNA 2495 through -- looks
10   like it's a -- it's like a native.  So that's the
11   only Bates number.  Bates Number NNA2495.
12         (WHEREUPON, the above-mentioned
13   document was marked as Exhibit Number 27.)
14   BY MR. CALABRO:
15   Q.    All right.  Do you recognize this document,
16   sir?
17   A.    (Witness reviews document.)
18         I do.
19   Q.    And what's this document?
20   A.    This appears to be a field update done on
21   September 13th of '13 for the floor pan issue.
22   Q.    Okay.  And we're still looking at here on, I
23   guess, slide 3 entitled, Parts demand.
24   A.    Yes.
25   Q.    Well, let me take a step back.  You've

## Page 215

1    identified this document.  This is a document -- can
2    you tell me how that document was used?
3    A.    This was, from my memory, reviewed in
4    September of '13 to give the team an un- -- date on
5    the field situation for this -- for this issue.
6    Q.    So efforts were made to ensure that the
7    information in this document is accurate?
8    A.    Yes.
9    Q.    And then business decisions were made based
10   on this information?
11   A.    We would have potentially used this for a
12   decision on this issue, yes.
13   Q.    So this is a document kept in the usual
14   course of business?
15   A.    Yes.
16   Q.    So if we're looking at this slide, parts
17   demand, again, this is looking at a demand for that
18   replacement part if you cut out the floor pan and --
19   and -- and these are the demand for those
20   replacement parts?
21   A.    So this is the demand for this part number
22   which is the floor -- I believe this is the floor
23   pan assembly --
24   Q.    Okay.
25   A.    -- that would then be used to cut out and

## Page 216

1    create the repair at that time.
2    Q.    Okay.  So 74312 --
3    A.    Yeah.
4    Q.    -- ZB030, is the actual?
5    A.    That's right.  This would have been the floor
6    pan, which means that other number was the -- for
7    that red part, was -- was the plate.
8    Q.    So if we look at Exhibit 20 -- 25 -- 23, I
9    think it is, so if you'll look at the e-mail page
10   with Bates Number 2443.
11   A.    Yes.
12   Q.    And it says, the floor pan part number for
13   Altima and Maxima is the same, 74312ZB030?
14   A.    Right.
15   Q.    They're saying the floor pan itself is the
16   same for both the Altima and the Maxima?
17   A.    That's correct.
18   Q.    Okay.  All right.  And then if we go back to
19   this exhibit, Exhibit 27, this is showing the demand
20   for that floor pan part itself?
21   A.    Yes.  This is showing the amount of parts
22   that were sold to dealers in this timeframe.
23   Q.    Okay.  Not the repair plate, but the actual
24   full floor pan part?
25   A.    That's correct.

54 (Pages 213 to 216)

## Page 217

1    Q.    Like the original part?
2    A.    That's -- yeah.  Original service part.
3    Q.    Yeah.  Is the production part different than
4    the service part?
5    A.    They'll have different part numbers.
6    Q.    Okay.
7    A.    Yeah.
8          (TALKING SIMULTANEOUSLY.)
9    Q.    But it's the same --
10   A.    But essentially the same --
11   Q.    Okay.  All right.  Put that aside.
12         MR. CALABRO:  We'll mark as Exhibit 28,
13   document with Bates Number NNA2705 through 09.
14         (WHEREUPON, the above-mentioned
15   document was marked as Exhibit Number 28.)
16   BY MR. CALABRO:
17   Q.    Let me know when you're ready, sir.
18   A.    (Witness reviews document.)
19         Okay.
20   Q.    All right.  You'll see that this is an e-mail
21   chain involving Jonathan -- is it Quiton?
22   A.    It's Quiton.
23   Q.    Quiton.
24   A.    Uh-huh.
25   Q.    That eventually makes its way to you; is that

## Page 218

1    right, sir?
2    A.    Yes, that's correct.
3    Q.    All right.  Any reason to doubt that you
4    received and sent e-mails in this chain as reflected
5    in Exhibit 28?
6    A.    No reason to refute.
7    Q.    Okay.  The subject line is floor pan data, do
8    you see that, sir?
9    A.    I do.
10   Q.    And if you look at the very, very first
11   e-mail from Shaun Callahan to you?
12   A.    Yes.
13   Q.    And he says, Can you help me understand what
14   you want to figure out with the Floor Pan data?  Are
15   we simply looking to see if MIS factors into the
16   probability that a judgment rates as *pert*? Or do
17   we need a data model to predict future occurrences
18   based on MIS?  Or something else?  Do you see that?
19   A.    I see that, yes.
20   Q.    Do you remember what was happening in this
21   e-mail chain?
22   A.    So Jonathan and at the time Shaun worked for
23   a group called QSA, quality safety and
24   administration.
25   Q.    Okay.  And they were basically our

## Page 219

1    statistical folks so we were giving them data to
2    create essentially the Weibell graphs for support to
3    understand the incident rate?
4    A.    Okay.
5    Q.    So we can short circuit a bunch of the back
6    and forth and get to the very first page, Page 2705?
7    A.    Uh-huh.
8    Q.    Ultimately, they say based on preliminary
9    results from Shaun, we will be expecting 90 to 95
10   percent incident rate for salt in Canada vehicle
11   population; is that right?
12   A.    I see that and that's a correct statement
13   based on Jonathan's analysis.
14   Q.    All right.  And then it says, however, we
15   need to lower this estimate by the scrap rate?
16   A.    Yes.
17   Q.    Okay.  Tell me what the scrap rate is.
18   A.    So over time as vehicles get old, they
19   obviously -- some will go off the road and they were
20   trying to incorporate that rate into our estimation
21   to understand how many incident vehicles we have in
22   the market.
23   Q.    Do you know if that was ever done?
24   A.    I don't recall.
25   Q.    Okay.  Do you have any idea what the scrap

## Page 220

1    rate would be?
2    A.    I -- I don't recall.
3    Q.    Okay.
4    A.    I'm not -- no.
5    Q.    Do you know if the end number for the
6    incident rate ever changed much from the 90 to 95
7    percent rate for salt and U.S. salt and Canada
8    states?
9    A.    No, I think in the final TM, we discussed 90
10   percent, so no change.
11   Q.    So that's the number Nissan settled on, 90
12   percent?
13   A.    That's the number that we estimated.
14   Q.    For the -- for the salt?
15   A.    For the salt, right.  For the salt in Canada
16   populations.
17   Q.    Was there any understanding as to why it
18   wasn't 100 percent?
19   A.    The understanding from manufacturing is there
20   would be some -- some scenario where the patch was
21   fully sealed and would not allow for intrusion of
22   salt and water.
23   Q.    There's a referenc- --
24         MR. CALABRO:  Well, we'll mark as
25   Exhibit 29, document Bates Number NNA 5016

## Page 221

1  through -- I think, 25.
2       (WHEREUPON, the above-mentioned
3  document was marked as Exhibit Number 29.)
4       MR. LAW:  You know, I know we're trying
5  to move through, but can we -- let's take about five
6  minutes.
7       MR. CALABRO:  Before we do this
8  document?
9       MR. LAW:  Yeah.
10      MR. CALABRO:  Sure, let's break.
11      THE VIDEOGRAPHER:  We're off the record
12  at 2:33 p.m.
13      (Short break.)
14      THE VIDEOGRAPHER:  We are back on the
15  record at 2:46 p.m.
16      MR. CALABRO:  All right.  Can we go off
17  the record real quick?
18      THE VIDEOGRAPHER:  We're off the record
19  at 2:46 p.m.
20      (Short break.)
21      THE VIDEOGRAPHER:  We are on the record
22  at 2:47 p.m.
23  BY MR. CALABRO:
24  Q.   All right, sir.  Have you had a chance to
25  review that document that's in front of you?

## Page 222

1  A.   I have not.  Let me start -- just a moment.
2  Q.   All right, sir.  Do you recognize this as an
3  e-mail dated October 2013 from John Quiton and
4  various folks including yourself?
5  A.   Yes.
6  Q.   Al- -- and any reason to doubt that you
7  received the e-mail and attachment in the form
8  presented here as Exhibit 29?
9  A.   No reason to doubt.
10  Q.   Okay.  CC'd in this e-mail is Thomas Kelly.
11  A.   Yes.
12  Q.   Who's that?
13  A.   Tom Kelly was a contractor that worked for
14  FQA for a period of time.  I think he was -- he was
15  let go in 2014.
16  Q.   What kind of work was he doing?
17  A.   Just very simple administrative work for FQA.
18  Q.   Okay.  Mr. Quiton writes, Steve Attached, is
19  the updated study incorporating Mike's R50 and it's
20  redacted, derived from Polk data.  Do you see that?
21  A.   I do.
22  Q.   And he says, Let me know if you have any
23  questions.  So is this an analysis or you tell me
24  what this is an analysis of.
25  A.   So this was an analysis done by Jonathan in

## Page 223

1  the QSA team to further understand the incident rate
2  in different areas of the country for the floor pan
3  issue.
4  Q.   Okay.  If you look at slide -- and, I guess,
5  I need to take a step back.  This is a document
6  prepared to make business decisions in the usual
7  course of business; is that right, sir?
8  A.   That's correct, yes.
9  Q.   Okay.  If -- if you look at slide 2, it says,
10  survey result logic regression forecast -- that one
11  that you're looking at right there.
12  A.   Yes.
13  Q.   All right.  So is this showing that over
14  time, where the horizontal axis says, Months in
15  service that after approximately 120 months in
16  service, the probability of perforation -- rust so
17  bad that it perforates, is 90 percent?
18  A.   That's what this shows, correct, based on the
19  study.
20  Q.   And then eventually it gets close to
21  100 percent over time?
22  A.   According to the curve, yes.
23  Q.   And is -- is -- is this the view of Nissan
24  regarding probability of perforation over time
25  versus months in service?

## Page 224

1  A.   This was the results of the study by QSA for
2  the vehicle in the salt and Canada areas.
3  Q.   Okay.
4  A.   So the salt states.
5  Q.   So this is Nissan's analysis of the
6  probability of perforation?
7  A.   As of October 2013, yes.
8  Q.   Did it change after October of 2013?
9  A.   Not to my knowledge.
10  Q.   The next slide -- I -- I have to confess, I'm
11  not really sure what's happening there.  Can you
12  provide a description of what this chart is showing?
13  A.   Not completely.
14  Q.   Okay.
15  A.   It's a little bit outside of my realm.  You
16  might need a statistical expert to explain --
17  Q.   I never got statistic -- just never made
18  sense to me, but...
19  A.   I can explain this curve.
20  Q.   I got that.
21  A.   Yeah.  This one, I'm not so sure.  I don't
22  rec- -- I don't recognize it.  I'm sure I saw it at
23  one time, but don't remember it --
24  Q.   Okay.
25  A.   -- so I would hate to speak to it.

ALARIS LITIGATION SERVICES
www.alaris.us   Phone: 1.800.280.3376   Fax: 314.644.1334

## Page 225

1  Q.    Well, actually, let's look at this.  If we
2  look at the bottom -- well, you just said you don't
3  know, so I'm not going to keep asking you about it,
4  so don't worry about it.
5       On the next slide, slide 6, it says
6  Multiplier Number 2.
7  A.    Yes.
8  Q.    Do you see that?  There's an Altima box
9  there, and it's -- there's a line there for
10  retention rate.  That's the probability that a car
11  is still owned by someone in that field.
12  A.    That's probably based on the data that --
13  that -- that -- so, for example, according to his
14  data for 2002 vehicles at this time, approximately
15  80 percent were registered and on the road in the
16  United States.
17  Q.    Okay.  And then presumably it shows the same
18  information for the Maxima redacted --
19  A.    That's correct.
20  Q.    -- in multiplier number 3.  This must be a
21  reference to the R50 campaign that was used as a
22  reference point.
23  A.    The comment mentions completion rate based on
24  fuel filler two campaign, so I believe this was a
25  different campaign.

## Page 226

1  Q.    Oh, okay.  Do you know what the R50 campaign
2  is?
3  A.    Yes.
4  Q.    And it wasn't a fuel filler?
5  A.    It was -- it was not.
6  Q.    Oh, I'm sorry.  Multiplier Number 1 is the
7  R50.
8  A.    Well, let me bac- -- let me take a step back
9  and make sure I'm clear.  I know of campaigns on
10  R50.  Since this is redacted, I'm not -- I can't
11  speak for certain that it's the one that I'm
12  thinking about.
13  Q.    Okay.
14  A.    So...
15  Q.    Well, I'll -- I'll -- you know, we skipped
16  over multiplier number 1, which is relatively error
17  rate based on R50 --
18  A.    R50.
19  Q.    So we -- we got -- I guess, we missed that
20  when --
21  A.    Yeah, I just don't know.  Is it R50 filler 2
22  versus another 2 for another model?
23  Q.    You don't know?
24  A.    It's not tied in.
25  Q.    But presumably this was provided as part of

## Page 227

1  this PowerPoint because it was relevant to
2  explaining what the projected probability of
3  incident is?
4  A.    Correct.
5  Q.    Okay.
6  A.    Yeah.
7  Q.    And then based on all of the information in
8  the previous slide, in the slide entitled forecast
9  summary, they -- they forecast the amounts that they
10  expect to be in service, right, in Table 2?
11  A.    (Witness reviews document.)
12       Yes, that's correct.
13  Q.    And what's hap- -- what's -- what's the
14  forecasted counts that's shown in Table 1?
15  A.    I believe forecasted counts represents the
16  estimated incidents in the market and in service
17  counts is the vehicles -- total number of vehicles
18  in service at that time.
19  Q.    Okay.  So just for example, if we're looking
20  at model year 2002, as of the date of this pow- --
21  presentation, the estimate was, there are 192,383,
22  L31 Altimas still in service.
23  A.    Correct.
24  Q.    All right.  Now, if you start looking at the
25  attachments.  The attachments are presumably backup

## Page 228

1  for a lot of the information in the PowerPoint; is
2  that right?
3  A.    That's correct.
4  Q.    And if you look at the spreadsheet with the
5  tab, Forecast summary, it seems to match some of the
6  numbers that we just saw in that forecast summary
7  slide; is that right?
8  A.    Yes, it does appear to match.
9  Q.    All right.  Now, if you keep going further
10  into the data, there is a tab called forecast by
11  state, correct?
12  A.    Yes.
13  Q.    And what you'll see is at the very top of
14  this chart, it's got some green and some -- looks
15  like peach -- peach shading.
16  A.    Uh-huh.
17  Q.    So the -- the -- the second half under the
18  green shading purports to be expected counts
19  assuming, salt state repair rate, right?
20  A.    Yes, in green, right.
21  Q.    And then the orange shade or the peach
22  shading is the expected counts adjusted by salt
23  state retention and completion rate, right?
24  A.    Right, so adding in those factors.
25  Q.    Okay.  Now, even when you add in all those

## Page 229

1  factors when you go down to Missouri, for example,
2  you see that Missouri is a 1.0 salt state relative
3  rate, correct?
4  A.   It's listed as 1.0 on this, yes.
5  Q.   And then it shows under the green portion for
6  2002, 2,137 vehicles in Missouri alone?
7  A.   Correct.
8  Q.   And then you keep going all the way across,
9  and the same number in 2002 where all of the other
10  retention factors -- the retention and completion
11  rate in salt states for 2002, is 1,473?
12  A.   That's correct on -- by the statistical
13  analysis, yes.
14  Q.   All right.  So then to get the total number
15  for Missouri, you would need to add in -- add
16  together the columns for 2002, 2003, 2004, 2005,
17  2006?
18  A.   Correct.
19  Q.   And that would represent, in the green
20  portion, how many total vehicles are on the road --
21  well, wait a minute.  That would represent the total
22  number of vehicles on the road in Missouri where
23  this incident -- that is to say, perforation is
24  expected?
25  A.   The green represents an expected count

## Page 230

1  without factoring in customer completion rate and
2  retention rate.  That's more above --
3  Q.   Well, it says -- green says, Expected counts
4  assuming salt state repair rate.
5  A.   Correct.
6  Q.   Okay.  So what do we mean by "repair rate" --
7  A.   The --
8  Q.   -- on the green side?
9  A.   So on the -- on the -- I'm sorry.  I'm
10  confused a little bit.
11  Q.   Yeah.  Let's focus right now just on the
12  green side.
13  A.   Okay, just green okay.
14  Q.   It says, for the green, expected counts
15  assuming salt state repair rate.
16  A.   Okay, correct.
17  Q.   All right.  So what does that represent?  If
18  I'm looking at 2002 and in Missouri, it says 3- --
19  2,137.  What does that number represent?
20  A.   So without adjusting for the two factors, for
21  the completion rate and the retention rate, that's
22  the total number you would expect for repair --
23  Q.   Okay.
24  A.   -- 2,1- -- 2,137.
25  Q.   And then if you add in both the retention

## Page 231

1  rate, meaning, how many cars we actually expect to
2  be on the road --
3  A.   Correct.
4  Q.   -- and the completion rate, meaning, how many
5  people are actually going to do the repair --
6  A.   Right.
7  Q.   -- that numbers then come down to --
8  A.   1,473.
9  Q.   For just the 2002 model?
10  A.   For 2002.
11  Q.   And so then for -- and I mean, as we said
12  before, we would add all of the different years
13  together to get the total number per state?
14  A.   Right, correct.
15  Q.   All right.  Now, you go to the next one.
16  This is the tab that says, repair state, right?
17  This is in 5025 tab, Repair state.  There's the tab
18  Repair state.
19  A.   Okay, got it.
20  Q.   Okay.  And what it says is there's a
21  colored-coded chart here identifying in red the most
22  severe salt states; is that right?
23  A.   Yes.
24  Q.   Those are in red?
25  A.   Based on the data, correct.

## Page 232

1  Q.   And Missouri, for example, is one of the most
2  severe salt states?
3  A.   They were just in this study to be in the
4  severe conditions for red, yes.
5  Q.   Okay.  Now, if you look at the next one, this
6  says -- at the bottom, Polk insight, September 24,
7  2018.  Do you see that?
8  A.   Yes.
9  Q.   All right.  And what is Polk?  Do you
10  recognize that name?
11  A.   I do.  Polk is a third-party vendor that we
12  received registered information from for vehicle
13  owners.
14  Q.   And that's a vendor that you -- that Nissan
15  relies on as a matter, of course, to provide any
16  kind of data?
17  A.   Yes, that's correct, yes.
18  Q.   Is Polk sort of an industry-wide resource for
19  manufacturers?
20  A.   They are.  They're considered industry
21  standard in the United States.
22  Q.   Okay.  And this is the data upon which Nissan
23  based a lot of the calculations that we've just been
24  looking at; is that right?
25  A.   That's correct, yes.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 233

1  Q.   All right.  Now, you'll see that a lot of the
2  Maxima's information has been redacted.  Based on --
3       MR. LAW:  Sorry.  Can we get some
4  clarification on that date?  On the lower-left
5  corner potentially suggests it was created
6  yesterday.  And I suspect it was printed yesterday.
7  So can we make --
8       MR. CALABRO:  That's probably right.
9       MR. LAW:  Because you called out the
10 date and it wasn't --
11      MR. CALABRO:  You're absolutely right.
12      MR. LAW:  There wasn't anyone --
13      MR. CALABRO:  I wasn't even thinking.
14 That's absolutely right.
15      MR. LAW:  If I'm correct, we have the
16 world's most updated data for you.  We ran it
17 yesterday.
18      MR. CALABRO:  I apologize.  I wasn't
19 even thinking when I saw that.
20      MR. LAW:  That's fine.
21 BY MR. CALABRO:
22 Q.   The data actually says, as of July 2013 --
23 A.   2013.
24 Q.   -- up at the top?
25      MR. LAW:  I agree.  I agree.

## Page 234

1       MR. CALABRO:  Yeah, okay.
2  BY MR. CALABRO:
3  Q.   But what is -- what is blacked out or not
4  blacked out but redacted out of this spreadsheet is
5  the Nissan Maxima's numbers for the A34.  Do you see
6  that, sir?
7  A.   Yes.
8  Q.   And based on your experience, would the
9  Maxima's numbers be less than, more than, about the
10 same as the Altima numbers?
11 A.   For the number of vehicles on the road?
12 Q.   Right.
13 A.   From my experience, it'd be very similar.
14 Q.   Okay.
15 A.   As far as the percentage on the road, right?
16 Volumes may differ obviously, but the percentage
17 remaining on the road would be --
18 Q.   Okay.  Well, what about the volume?  Would
19 that be less than, more than or about the same?
20 A.   Well, the L31 Altima was a higher volume
21 vehicle than the A43 Maxima, so I would expect
22 Altima to be higher.
23 Q.   Okay.  Now, this last one, 5025 -- so I'm
24 saying 5025.  Let me tell you what -- so I will tell
25 you that on the -- actually, I can't represent that.

## Page 235

1       Let me just see if we can get this right.
2  It doesn't look like this -- this one got printed
3  out, so what I'm going to do is show you on the
4  actual Excel spreadsheet.  You can have that back.
5  Thank you for...
6       See if I can get that to go.  It's been sort
7  of unreliable lately.  We'll, let that -- see if
8  that goes.  We'll go to the next document, and see
9  if it comes back.
10      MR. CALABRO:  We'll mark as Exhibit 30
11 document Bates Numbered NNA3342 through 51.
12      (WHEREUPON, the above-mentioned
13 document was marked as Exhibit Number 30.)
14 BY MR. CALABRO:
15 Q.   Did I say that was 30?
16 A.   Yes.
17      (Witness reviews document.)
18      Okay.
19 Q.   All right.  So you recognize this document,
20 sir?
21 A.   I did not.
22 Q.   All right.  Do you recognize the name of
23 Mr.- -- Mr. Hammoud though on March 17, 2014?
24 A.   I do recognize that, yes.
25 Q.   If you'll turn to slide 7.  Looks like

## Page 236

1  through this slide presentation, we're looking at
2  various cost projections of the campaigns, and one
3  of them appears to be related to this issue, the
4  floor pan issue L31, A34 on slide 7.
5       In this salt states column, it suggest
6  towards the bottom, there's a line item for mail,
7  mailing?
8  A.   Correct.
9  Q.   Mailing out to 500,012 people, cost of .65
10 per piece of mail.  The mail cost of around
11 $333,000.
12      Do you know whether Nissan actually did send
13 out mailing to anyone advising them of this issue?
14 A.   There were no mailings sent out regarding
15 this issue to customers.
16 Q.   Is that something that Nissan sometimes does
17 is send out mailings to owners?
18 A.   From an FQA perspective, mailings are
19 typically done with recalls and service campaigns.
20 Q.   How does Nissan have the contact information
21 for the people to notify them of recall campaigns,
22 for example?
23      MR. LAW:  Objection.  It's outside of
24 the scope.
25      THE WITNESS:  We utilize the Polk

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 237

1  vendor, provide them the VINs, and then they would
2  provide back registry information for the mailings.
3  BY MR. CALABRO:
4  Q.   Got it, okay.  You can set that aside.
5      Well, I'm having no luck on this.  I know
6  why.  I don't have this connected.  All right.
7  Let's see if we can -- there we go.  All right.
8  Now, let me just get it a little clearer.
9      MR. LAW:  So since we don't have a paper
10  copy, I mean, I'm reluctant to let him look at
11  something that's not here.
12      MR. CALABRO:  Yeah.
13      MR. LAW:  But I think -- and I'll have
14  Michelle's -- the advising counsel on this, make
15  sure that this is properly identified so that there
16  are no questions later on about --
17      MR. CALABRO:  Yeah.
18      MR. LAW:  -- what you are looking at.
19      MR. CALABRO:  I'm happy --
20      MR. LAW:  It's a little unorth- --
21  unorthodox.
22      MR. CALABRO:
23  Q.   All right.  I just lost it.  The challenge
24  has been on -- you know, some of the spreadsheets
25  are not -- well, I don't want to waste too much

## Page 238

1  time.  We'll come back to that as that gets linked
2  back up.
3      Let's move on to the next one.
4      MR. CALABRO:  We'll mark as Exhibit 31
5  documents Bates Numbered NNA5036 through 37.
6      (WHEREUPON, the above-mentioned
7  document was marked as Exhibit Number 31.)
8      THE WITNESS:  Okay.
9  BY MR. CALABRO:
10  Q.   Let me see how yours is.  Do you mind if I
11  just --
12      MR. CALABRO:  Grant, do you mind if I
13  borrow your 74 [sic] again just --
14      MR. LAW:  Thirty-one?
15      MR. CALABRO:  Yeah, 31, thanks.
16  BY MR. CALABRO:
17  Q.   Sir, do you recognize this document as an
18  e-mail from Ms. Sears to you dated May of 2014?
19  A.   Yes.
20  Q.   All right.  Now, if you'll look at the -- any
21  reason to doubt that you received the e-mail and
22  attachments in the form presented here as
23  Exhibit 31?
24  A.   No reason to doubt.
25  Q.   Okay.  Now, if you'll look at the attachment,

## Page 239

1  it purports to be the Pre-VI list G CARS I-RANKS, do
2  you see that?
3  A.   Yes.
4  Q.   And this is dated as of May 28, 2014, is that
5  right?
6  A.   That's correct.
7  Q.   All right.  Now, if you'll look at, I think
8  it's the very first line --
9  A.   Uh-huh.
10  Q.   -- L31, floor pan rusting -- do you see that?
11  A.   I see it.
12  Q.   FQA status is closed NTNTC, you see that?
13  A.   Correct, yes.
14  Q.   It means it's done?  That means that we're
15  not looking at this issue anymore?
16  A.   That's correct.
17  Q.   Okay.  And as of this date in 2014, no
18  recalls had been issued, right?
19  A.   That's correct.
20  Q.   No service campaign?
21  A.   That's also correct.
22  Q.   Had there been anything communicated to the
23  field about this issue?
24  A.   At this point in time, no.
25  Q.   So at this point in time though, the issue is

## Page 240

1  now dead?
2  A.   It's -- it's -- it's closed out in the TMTC
3  process, correct.
4  Q.   Okay.  So does that mean that nobody is
5  working on it, if it's closed out in the TMTC
6  process?
7  A.   So at this time, we had handed off the repair
8  procedure for review by FQI, so...
9  Q.   So FQI is still diligently working on this?
10  A.   They have it and making the decision whether
11  to go out with the TSB or not.
12  Q.   And so if they decide to do the TSB, that's
13  outside of FQA?
14  A.   TSB is outside of FQA.
15  Q.   So if they decide to do a TSB, do they
16  communicate with anybody in FQA about that?
17  A.   Typically they would have for an issue such
18  as this, we would have -- we would have known if
19  they were going out with it or not?
20  Q.   But as far as the vital issue process, it's
21  done?
22  A.   It's done in vital issues at this point.
23  Q.   Okay.
24  A.   Yes.
25  Q.   All right.  Then who oversees the FQI process

Page 241

1 at, you know, at this point in time in 2014, if it's
2 just a TSB issue?
3 A.   This would have been the body -- FQI's body
4 manager at that time.
5 Q.   Okay.  When -- when the decision was made to
6 close this out, do you know who specifically was
7 responsible for that decision?
8 A.   I -- I know the FQI body manager would have
9 had responsibility for the TSB release.
10 Q.   Sorry.  I think I -- I was not clear in my
11 question.
12 A.   All right.
13 Q.   In terms of closing it out in the TMTC
14 process, in terms of the vital issue process, do you
15 know who was responsible for making the decision
16 that, you know, vital issues isn't going to do
17 anything with this?
18 A.   Yes.  That would have been the FQA senior
19 manager recommended to the chief safety officer.
20 Q.   So remind me who the FQA manager was?
21 A.   FQA senior manager was Dale Weiss --
22 Q.   Okay.
23 A.   -- reporting to Selim Hammoud.
24 Q.   So he -- he wou- -- so Mr. Weiss would
25 recommend to Mr.- -- well, strike the question.

Page 242

1      Mr. Weiss recommended to Mr. Hammoud to
2 close it out through the vital issue process, this
3 L31, A34 rust issue?
4 A.   Yeah.  At the TM that was held in March of
5 2014.
6 Q.   And Mr. Hammoud made the decision, okay, it's
7 done.  Let's close it out, right?
8 A.   He agreed -- he agreed with the
9 recommendation, yes.
10 Q.   Meaning, we're not going to do a service
11 campaign?
12 A.   That's correct.
13 Q.   All right.  Now, if you'll look down the
14 list, there's another L31 issue.  It's the only
15 other one that's not redacted.  It's says, 2002,
16 2005 Altima front suspension.  And because we can't
17 see it on this version here, I can tell you and
18 represent to you -- well, actually here we go.  It's
19 working now.
20 A.   It's not going to fly today.
21 Q.   Okay.  Well, I guess that's how it works.
22 Actually, let me do one thing.  Sometimes if I turn
23 off the Wi-Fi...
24      Okay.  All right, hold on.
25      MR. CALABRO:  All right.  Here's what

Page 243

1 we'll do just so -- just so you can see, Grant.
2 This is the spreadsheet.  At the top, I will have
3 the witness identify the Bates number that's at the
4 top ending of the spreadsheet that you see there.
5 BY MR. CALABRO:
6 Q.   Can you see this number here, sir?
7 A.   I can, NNA005037.
8 Q.   All right.  So this is the attachment that we
9 were just looking at that's marked as Exhibit 31.
10      What I'm going to do here is I'm just going
11 to filter this out for --
12 A.   It went away again.
13 Q.   That's unfortunate.  It keeps on crashing.
14      Okay.  So what I've done, sir, is I just --
15 I just filtered out the redacted, so now all we see
16 is the non redacted stuff here.  And there's also
17 an issue here with respect to --
18 A.   It did again.
19 Q.   Yeah.  There's also an issue here if you see,
20 Altima front, sub frame rusted.  And then it's
21 redacted.  Do you see that, sir?
22 A.   I see that.
23 Q.   All right.  Did you have any involvement in
24 that issue?
25 A.   I don't recall that issue coming into TMTC.

Page 244

1 Q.   All right.  Let's go back to -- I see that it
2 went out again.  Let me see if I can get things back
3 up.
4      All right.  So what I had -- if you'll tell
5 me the Bates -- I've changed back to the Exhibit
6 29.  Okay.  If you'll look at this Bates number I
7 have here -- do you see at the top?
8 A.   I do.
9 Q.   NNA5029.
10 A.   Yes.
11 Q.   All right.  So this is the one where we were
12 talking about where we had the repair states.  This
13 is just -- I'm just going to close everything else
14 to see -- make sure it's not interfering.
15      All right.  Do you remember this
16 spreadsheet, sir?
17 A.   Yes, I do.
18 Q.   There's -- there's this tab here at the
19 bottom in-services.  This tab -- there's this tab
20 here at the bottom that says, in-services counts.
21 A.   Yes.  It's half showing though.  Now it's
22 back.
23 Q.   There you go.
24      And you'll see at the top -- does this look
25 like it's the data that's generated from Polk?

ALARIS LITIGATION SERVICES
www.alaris.us        Phone: 1.800.280.3376        Fax: 314.644.1334

## Page 245

1  A.    Could you scroll down?
2  Q.    Absolutely.  What we can do here is freeze
3  this, that way you've got the header.  We'll come
4  down here to Missouri, for example.  So now these
5  represent, for example, here in column or in cell
6  D102, that there are 2,154 Nissan Altimas, L31s from
7  model year 2002 in Missouri in service at this time;
8  is that right?
9  A.    That's correct.
10 Q.    And is this the data that was provided from
11 Polk?
12 A.    This would have been provided from Polk for a
13 UIO count, which is units in operation.
14 Q.    Okay.  That's -- that was the only question I
15 wanted on that one, fortunately.  I appreciate it.
16 With the --
17       MR. CALABRO:  All right, Grant.  Here's
18 this document back.
19 BY MR. CALABRO:
20 Q.    All right.  So at this time, just to reorient
21 ourselves, by -- by -- by 2014, this issue has been
22 closed out by the vital issue process with a
23 decision made not to do a service campaign?
24 A.    That is correct.
25 Q.    And -- and what were the bases for that

## Page 246

1  decision?  Why did they decide not to do a service
2  campaign?
3  A.    The -- the main -- the main reason was, this
4  was not considered a -- safety issue.  We reviewed
5  the data.  Nissan honored its -- had honored its
6  commitment for warranty on these vehicles, and we
7  had requested an FQI and then cont- -- continued to
8  study a potential appropriate field repair fix in
9  the market.
10 Q.    So the idea -- Nissan recognized that this
11 was a customer satisfaction issue, right?
12 A.    We deemed it as a customer satisfaction
13 issue, yes.
14 Q.    That customers were unhappy with the -- the
15 rust that was -- that they were seeing in their
16 cars?
17 A.    We were aware of -- of complaints from
18 some -- a sum of customers that there was rust in
19 their vehicles, yes.
20 Q.    But Nissan still didn't want to take any
21 action to address those concerns?
22       MR. LAW:  Object.  Misstates his
23 testimony; it's argumentative.
24       THE WITNESS:  So, we -- we reviewed the
25 issue, chose to do no -- no proactive action, but

## Page 247

1  had developed a TSB solution that was then handed
2  off to our field quality investigation team to
3  investigate.
4  BY MR. CALABRO:
5  Q.    But all of those service campaigns that were
6  under consideration to deal with the customer
7  satisfaction component of it, Nissan chose not to do
8  any of those things?
9  A.    That was our decision, correct.
10 Q.    And was cost a factor in that decision?
11 A.    Cost was a consideration, but this -- again,
12 I'll stress again, this was considered and confirmed
13 with the agency in HTSA.  This was not a safety
14 concern.
15 Q.    Well, it was -- it was considered not a
16 safety concern no later than 2011, right?  I mean,
17 2011, it was determined not to be a safety concern?
18 A.    That's correct.
19 Q.    And then at least through 2013 and maybe into
20 2014, Nissan was still considering a service
21 campaign.
22 A.    We were studying potential options for field
23 fixes, correct.
24 Q.    And -- because you already knew at that
25 point, or had determined at that point, that it was

## Page 248

1  not a risk to safety.  The reason that you were
2  concern- -- considering a service campaign was
3  because of the customer satisfaction issue, right?
4  A.    We were considering it based on the data that
5  we had, correct.
6  Q.    And for a couple of years, right, you were
7  considering various options?
8  A.    Yes, from 2011 on.
9  Q.    And the principle concern was the cost of
10 that service campaign?
11       MR. LAW:  Object; lacks foundation.
12 It's argumentative.  It calls for speculation.
13       THE WITNESS:  There's several factors.
14 Cost is one when we're considering proactive action
15 for service campaigns, correct?
16 BY MR. CALABRO:
17 Q.    What were the other op- -- what were the
18 other considerations other than cost?
19 A.    Had we provided enough coverage for the
20 warranty.  Did we honor our commitment?  We did.
21 The incident rate of the concern.  If these were
22 original owners or not.  All those factors go into a
23 potential decision for a service campaign.
24 Q.    Okay.  So what you said there was, you honor
25 the warranty, meaning, that because people didn't

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 249

1  find this out until after the warranty was over,
2  there was no warranty claim, according to Nissan,
3  right?
4  A.    There were some warran-- there was a small
5  number of warranty claims, yes.
6  Q.    Okay.  But people who didn't discover this
7  until after the warranty, Nissan wasn't going to
8  make any adjustment for them?
9          MR. LAW:  Object; misstates his
10  testimony.
11          THE WITNESS:  So there's also an option
12  for goodwill that is a ten-year option, so we
13  considered that as well.
14  BY MR. CALABRO:
15  Q.    Okay.
16  A.    And then still judging because of the not
17  safety concern, that we were going to not do a
18  proactive service action but rather develop and
19  release a potential appropriate field repair.
20  Q.    So the goodwill isn't necessarily tied to
21  strict timeframe of the warranty remedies, right?
22  A.    Yes.  So goodwill is basically -- there's a
23  10-year window that Nissan, in certain
24  circumstances, will allow corporate to pay for
25  repairs on customer vehicles depending on the

## Page 250

1  situation.
2  Q.    And Nissan, in fact, did use goodwill to
3  repair some customer's vehicles with this issue,
4  correct?
5  A.    We did, yes, correct.
6  Q.    But it decided not to do that for everyone
7  with this issue?
8  A.    That's correct.
9  Q.    And why was that?
10  A.    Why was goodwill not provided for everybody?
11  Q.    Right.
12  A.    Goodwill -- as we talked about earlier today,
13  goodwill has certain criteria that is followed based
14  on age of the vehicle, original owner, mileage, and
15  other factors to determine whether to apply goodwill
16  or not?
17  Q.    And so what was the decision with respect to
18  this issue, this manufacturing issue, that goodwill
19  would not be extended to everyone with this
20  manufacturing issue?
21          MR. LAW:  Objection; question is vague.
22  BY MR. CALABRO:
23  Q.    Was it just cost?
24  A.    No.  As I -- as I've just spoken, there's
25  several factors that go into a service campaign.

## Page 251

1  Q.    Okay.
2  A.    Decision or not --
3  Q.    Okay.  Cost was one, right?
4  A.    Correct.  Incident rate.
5  Q.    Would you say the cost would be the principle
6  one?
7  A.    Cost is one of many factors.
8  Q.    Would it be the principle cost?  I'm sorry.
9  Would it be the principle factor that went into the
10  goodwill decision?
11  A.    The goodwill decision.
12  Q.    Or the decision not to have goodwill pay for
13  all of the repairs on these cars?
14  A.    It was one of the factors.
15  Q.    Okay.  But my question is, is it -- was it
16  the principle factor?
17  A.    I can't -- I -- I think -- there's several
18  factors that went into it.  Cost is only one of
19  those.
20  Q.    Okay.  What were the other factors?
21  A.    The incident rate.
22  Q.    And by that what do you mean?
23  A.    What was the expected incident rate in the
24  market.
25  Q.    All right.  So this one is a 90 percent

## Page 252

1  incident rate.  And so did that factor for or
2  against having goodwill pay for these issues?
3  A.    It was just the factor.  It was the incident
4  rate.
5  Q.    Well, in this case did inci-- -- I think
6  there's two ways you can look at incident rate.  You
7  can say well, 90 percent of the cars are having a
8  problem, so maybe this is something that we should
9  fix.  Another way to look at it is, 90 percent of
10  the cars are having a problem.  This is going to be
11  expensive to fix.  So when Nissan is looking at --
12  maybe there's other options.  So when Nissan was
13  looking at the incident rate as a factor to
14  determine whether goodwill, will pay for repairs to
15  all of these cars, how did it factor into the
16  analysis?
17          MR. LAW:  I'll object.  The question is
18  compound and overbroad and vague and contains a
19  narrative.
20          THE WITNESS:  Yeah.  So I think we're
21  mixing issues.  You keep talking about goodwill
22  cost.  So goodwill had a ten-year limit that was
23  allowed on some limited vehicles based on the
24  criteria, as we talked about.
25          The service campaign decision was based

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 253

1   on several factors, not a safety issue being the
2   most -- number 1.  The cost of several options that
3   we reviewed.  The incident rate in the market.  The
4   owner -- who owns the vehicle?
5       We also considered a lot of those
6   vehicles were going to be off the road.  They're
7   very old.  So Nissan made a business decision to not
8   do a -- a service action; however, to help our
9   customer, we did develop and then later released an
10  appropriate field repair that the customer could
11  get at a lower cost than what they were paying
12  previously.
13  BY MR. CALABRO:
14  Q.    All right.  Let me just clarify your
15  testimony.  When Nissan was determining whether or
16  not to do a service campaign, it looked at various
17  factors, correct?
18  A.    Correct.
19  Q.    One of them was safety?
20  A.    That's the first thing we always look at.
21  Q.    First thing was safety.  Safety was no longer
22  an issue as of the end of 2011?
23  A.    That's correct.
24  Q.    All right.  Other factors that you looked at
25  were cost, correct?

## Page 254

1   A.    The cost was one consideration, yes.
2   Q.    Incident rate?
3   A.    Yes.
4   Q.    And who the owners were, correct?
5   A.    Right.
6   Q.    And then --
7   A.    Well, let me clarify.  Were these original --
8   one factor is, are these original Nissan owners.
9       MR. LAW:  Just -- are we talking about
10  service campaigns or goodwill now?
11  BY MR. CALABRO:
12  Q.    That's what we're clarifying.  This is all --
13      (TALKING SIMULTANEOUSLY.)
14  A.    I'm talking --
15  Q.    -- just service --
16  A.    I'm talking --
17  Q.    -- campaign.
18  A.    I'm talking service campaign.
19  Q.    Okay.  And let's just clarify.  I'm going to
20  say it again.
21  A.    Yeah.
22  Q.    In this one question.
23  A.    Okay.
24  Q.    For service campaign, the factors that you
25  stated were:  Safety, cost, incident rate, who the

## Page 255

1   owners were, how long these cars were going to be on
2   the road?
3   A.    Those were the main factors for this specific
4   issue, yes.
5   Q.    All right.  So when we're talking in the
6   context of service campaign, safety was no longer an
7   issue after 2011?
8   A.    Correct.
9   Q.    Nissan was still studying whether to do a
10  service campaign anyway?
11  A.    We were reviewing different scenarios,
12  correct.
13  Q.    All right.  So after 2011, cost was certainly
14  a consideration?
15  A.    It was one of the factors.
16  Q.    Is it fair to say that after 2011, cost was
17  the principle factor Nissan was considering when
18  determining whether to do a service campaign?
19      MR. LAW:  Objection.  The question is
20  vague and ambiguous.
21      THE WITNESS:  Yes.  As I've mentioned
22  several times now, cost was one of the factors that
23  rolled into the decision that we made.
24  BY MR. CALABRO:
25  Q.    I know.  And -- and -- and -- and I just want

## Page 256

1   to make sure.  I thought we were confused over
2   goodwill and -- but with respect to the service
3   campaign consideration after 2011, can you say
4   whether cost was the -- the principal factor?
5   A.    I can just say it was a factor.
6   Q.    Okay.  Incident rate was also a factor you
7   said --
8   A.    It --
9   Q.    Was a consideration --
10  A.    Yes.
11  Q.    -- when determining whether to do a service
12  campaign?
13  A.    Correct.
14  Q.    How did the incident rate affect the
15  decision?
16  A.    It was one of the factors in the decision.  I
17  don't --
18  Q.    But how -- I mean, did it affect it --
19  A.    -- quite understand.
20  Q.    In -- as in making you want to do a campaign
21  or counseling against a campaign?  How did it factor
22  into the analysis?
23  A.    It was just a factor.
24  Q.    But, in what way?
25  A.    It gave us a scope of what the affected

ALARIS LITIGATION SERVICES
www.alaris.us    Phone: 1.800.280.3376    Fax: 314.644.1334

## Page 257

1  population may be in market.
2  Q.  Okay.  And because if it was a high incident
3  rate, it would be a lot of work to do?  Is that how
4  it factored in?
5  A.  No.
6  Q.  Well, that's what I'm trying to understand.
7  A.  It's just a known entity, right.  So we knew
8  there was going to be "X" number of vehicles that we
9  potentially would need to fix if we went out with
10  the service campaign.
11  Q.  Okay.
12  A.  We chose to close and offer a cheaper field
13  fix to the market.
14  Q.  Yeah.  I'm just -- and I'm -- I'm sorry if
15  this seems repetitive.  I just want to make sure I'm
16  crystalizing what you're saying.
17  A.  Okay.
18  Q.  So that I understand it --
19  A.  Okay.
20  Q.  -- and then it's on the record.  Because I
21  just want to understand why this was closed out
22  after looking at it for several years after
23  determining safety was not an issue.  And you said
24  that the incident rate was a factor, right?  But I
25  don't understand whether it counts in favor of doing

## Page 258

1  a service campaign or counts against doing a service
2  campaign.
3      We know that cost -- I mean, I think you'd
4  admit that the higher the cost is, the less likely
5  a company would do a service campaign.
6      MR. LAW:  Object.  Misstates his
7  testimony.
8      THE WITNESS:  Yeah.  That's not always
9  the case.  That's not true.
10  BY MR. CALABRO:
11  Q.  Well, I mean --
12  A.  Each scenario is case by case.
13  Q.  Sure.  It may depend on a basket of factors,
14  but if we're looking at one factor, all else being
15  equal, if it's less expensive to do something, it's
16  more likely you're going to do it, than if it's more
17  expensive, right?
18  A.  Not in every case.
19  Q.  Okay.  Tell me how it would not be the case.
20  A.  The other factors are dependent.  You've
21  got --
22      (TALKING SIMULTANEOUSLY.)
23  Q.  Well, that's what I mean --
24  A.  Satisfaction --
25  Q.  Sir, you're changing the question.  The

## Page 259

1  question is, leaving all of the factors the same,
2  all of the other factors are the same, and if the
3  only factor that's different is that it's more
4  expensive, it's less likely that Nissan is going to
5  do the campaign.
6      MR. LAW:  I object.  The question is
7  argumentative and vague.
8      THE WITNESS:  For each case, it's
9  different.  I can't say in general, cost is going to
10  be the driving factor.
11  BY MR. CALABRO:
12  Q.  Please don't change the question.  I'm not
13  asking you if that's the driving qu- -- driving
14  factor.
15      All I'm saying is if we're isolating it to
16  one factor, if we assume all of the other factors
17  are the same, but it's less expensive to do it,
18  this is the only factor that's changing -- if it's
19  less expensive to do it, Nissan is more likely to
20  do it, than if it's more expensive?
21      MR. LAW:  Well, question lacks
22  foundation.  It's overbroad.
23      THE WITNESS:  In your scenario where
24  everything else is equal?
25  ///

## Page 260

1  BY MR. CALABRO:
2  Q.  Right.
3  A.  Sure.  If cost -- if the cost is lower, you
4  may have a better shot to do it.
5  Q.  Like it's --
6  A.  In your scenario, that is a -- that is a
7  scenario --
8  Q.  That's all I'm trying to get at.  I'm just
9  trying to understand how the factors work.
10  A.  Okay.
11  Q.  So I'm trying to understand the same thing,
12  incident rate.  So if everything else is the same,
13  but the incident rate is higher -- and I'm just --
14  I'm just thinking out loud to give you an
15  understanding of what I'm trying to ask, I could see
16  an incident rate factoring in two different ways.
17      I could see it saying, well, look, there's a
18  lot of people that are having this problem, so
19  maybe it was our fault.  Maybe we should do it
20  right by fixing it, because a lot of people are
21  having this problem.
22      Whereas, if it was a lower incident rate,
23  we're like, look, this -- this really doesn't seem
24  like it's our fault.  It's these other people doing
25  it.  So we really don't need to get involved.

Page 261

1    That's one way incident rate -- you could see, just
2    as a laymen, not at Nissan, could look at it.
3         I could also see people at Nissan saying,
4    well, this is a high incident rate.  It's going to
5    be more expensive, right?  Maybe we shouldn't do
6    this, versus a low incident rate, being, well, it's
7    not that expensive so we can do it.
8         What I'm trying to figure out is, at Nissan,
9    when you say "incident rate" is a factor, how does
10   it factor in?  What is the thinking as to how
11   incident rate determines or affects whether a
12   service campaign is done?
13        MR. LAW:  Okay.  Move to strike all the
14   wind up colloquy, and -- and object to the balance
15   of the question itself is vague and ambiguous.
16        THE WITNESS:  Incident rate is a factor
17   to show you how many customers could be affected
18   from the issue.  So in this case, it -- it gave us
19   that number.  That number drove -- and we had to
20   decide, okay, it cost this much.  What value are we
21   going to get from doing this service campaign,
22   right?  So we played all of the factors in -- into
23   play and chose to close the issue and -- and apply
24   an AFR in the market.
25   ///

Page 262

1    BY MR. CALABRO:
2    Q.    Okay.  I think you said something along the
3    lines of, what value are we going to get out of the
4    campaign.  What value is Nissan going to get out of
5    the campaign.  Did you say that?
6    A.    Well, when -- when you consider for customer
7    satisfaction issue, you do consider, okay, what's
8    the positive we will gain versus the negative in the
9    market.
10   Q.    And what was the positive Nissan looked at by
11   doing one of these campaigns?
12   A.    For this specific campaign?
13   Q.    For this specific campaign?  What are these
14   various options that you were considering?
15   A.    Well, you consider, you know, what kind of
16   gain are you going to get for customer satisfaction
17   really is the main one.
18   Q.    Okay.
19   A.    The main concern.
20   Q.    What were the cons?
21   A.    There were several.  I mean, so, you know,
22   you're bringing in everybody to -- to do an action,
23   so that's a -- a high number of people that some of
24   which may not even be affected for the concern.  The
25   cost was considered as -- as a con, so...

Page 263

1    Q.    Anything else?
2    A.    Those are the main ones.
3    Q.    Okay.  So we talked about safety, cost,
4    incident rates.  These were all factors that went
5    into Nissan's decision whether or not to do a
6    service campaign.  Also, was the factor that you
7    stated as ownership, who owns these cars, whether or
8    not they're the original owner?
9    A.    Correct.  That's correct.
10   Q.    How does that factor into the analysis?
11   A.    From a customer loyalty standpoint, we would
12   want to get, you know, the primary customer is --
13   would be considered as a high consideration to do
14   some sort of proactive action.
15   Q.    Right.  Because if they were the original
16   buyers, we want them to come back and buy again?
17   A.    Yeah.  They're Ni-- considered Nissan
18   owners, right.
19   Q.    Was there any analysis to determine what
20   percentage of these vehicles, the L31 and A34s, as
21   of 2014, were still owned by the original owners?
22   A.    No specific analysis that I know of.
23   Q.    Any estimates that Nissan is working off of?
24   A.    No, not specific numbers.
25   Q.    So how did this factor -- well, strike the

Page 264

1    question.
2         Did this factor then, whether it was the
3    original owners, play a significant role in
4    determining whether the service campaign would be
5    launched with respect to this issue?
6    A.    I would say it was a -- it was an item that
7    we considered.
8    Q.    Okay.  But no real numerical or
9    quantitative --
10   A.    There was no quantitative numbers.
11   Q.    Analysis?
12        And then the last factor that you mentioned
13   was the number of the vehicles on the road or how
14   long they were going to be on the road; is that
15   right?
16   A.    Right.  Scrap rate.
17   Q.    Scrap rate?
18   A.    Uh-huh.
19   Q.    Did Nissan do any analysis or investigation
20   into how many years they expected these cars to be
21   on the road?
22   A.    Well, I think you saw on some of the data
23   previously, the -- the retention rate that was
24   mentioned, so those numbers were considered in our
25   analysis.

66 (Pages 261 to 264)

## Page 265

1  Q.   So we saw numbers in the 80 percent range
2  depending on the model year, right?
3  A.   Yeah, I think for 2002.
4  Q.   Right.  So that's still a high retention
5  rate, right?
6  A.   Well --
7       MR. LAW:  I'll object.  That's
8  argumentative and vague.
9       THE WITNESS:  80 percent, it's a number,
10  so...
11  BY MR. CALABRO:
12  Q.   Well more than half of the cars -- more than
13  3/4 of the cars are still on the road, right?
14  A.   According to the data, correct.
15  Q.   Any reason to doubt that data?
16  A.   I don't have any reason to doubt that data.
17  Q.   Okay.  So how does that factor into the
18  analysis then, because there are still 3/4 of the
19  cars out there?  Does that count more in favor of a
20  service campaign or less in favor of a service
21  campaign?
22  A.   It's -- it's just a factor.  It -- there's
23  no more -- each -- each case -- it's case by case,
24  so...
25  Q.   Okay.  So were there any other incidents --

## Page 266

1  or, strike the question.  Were there any other
2  principal factors that Nissan considered when
3  deciding whether or not to do service campaigns?
4       We talked about safety, cost, incident rate,
5  whether it's the original owner, and the number of
6  vehicles out on the road.
7  A.   Those are the main items to my memory.
8  Q.   Okay.  And then based on the analysis of
9  those factors as we just discussed, Nissan decided
10  not to do a service campaign?
11  A.   We chose not to do a service campaign and
12  offer the AFR.
13  Q.   Okay.  Now, separate question was dealing
14  with goodwill.
15       What are the factors that go into
16  determining whether Nissan will pay for certain
17  repairs out of the goodwill budget?
18  A.   I think there's a criteria of -- age of the
19  vehicle, mileage on the vehicle, service history of
20  that customer with our dealerships, and are they the
21  original owner, also.
22  Q.   Okay.  Now, was there a management or
23  corporate level analysis to determine whether
24  goodwill should be used to pay for these repairs?
25  Not as a service campaign -- maybe as manifested as

## Page 267

1  a service can- -- service campaign or however, but
2  was there a determination about whether we should
3  use goodwill money to repair this -- this issue?
4  A.   To my knowledge, the goodwill budget was
5  allotted by the business rules that already existed.
6  Q.   On an individual basis, you mean?
7  A.   Yeah, case by case.
8  Q.   Right.  So my question is a slightly
9  different one.
10       Did -- was there ever a -- an analysis or a
11  consideration as to whether goodwill money should
12  be used to just do all of the repairs for these
13  vehicles as a class?
14  A.   There was some discussion about that, but as
15  far as like a thorough analysis, I don't recall.
16  Q.   What was the discussion about that?
17  A.   Just, should we do it or not.
18  Q.   Okay.  And what was decided?
19  A.   The decision was, goodwill budget would stay
20  on its normal business course and apply the AFR to
21  the market.
22  Q.   Why did they decide not to use goodwill
23  money?
24  A.   We chose to stand by our business rules.
25  Q.   Which -- which business rules were they?

## Page 268

1  A.   So within 10 years, if the -- if the customer
2  met the certain criteria we just outlined, there was
3  potential for corporate support from goodwill.
4  Q.   But, again, it's going to be on a
5  case-by-case basis?
6  A.   Yes, it is.
7  Q.   All right.  So in -- in 2014, there were
8  still a lot of cars, L3L1 [sic] -- or sorry, L31 and
9  A34 that were still within that ten-year in service
10  date, right?
11  A.   There would have been, correct, yeah.
12  Q.   But was any effort made to contact any of
13  these customers and say, hey, you know, we'd be
14  willing to consider applying goodwill funds to get
15  this issue resolved?
16  A.   There was no mass proactive outreach to those
17  customers.
18  Q.   Did Nissan reach out to any customer
19  proactively?
20  A.   No my knowledge, no.
21  Q.   And now it's a broader question.
22       Did Nissan reach out proactively to any
23  customers about this particular concern at all?
24  A.   From F- -- from F- -- from my perspective,
25  no.

Page 269

1  Q.   Okay.  And do you know of anyone at Nissan --
2  and I'm not asking as the Nissan representative.  Do
3  you know of anyone at Nissan that proactively
4  reached out to customers to notify them of this
5  issue?
6  A.   Not to my knowledge.
7       MR. CALABRO:  All right.  We'll mark as
8  Exhibit 32, document Bates Number 4425 through 54.
9       (WHEREUPON, the above-mentioned
10 document was marked as Exhibit Number 32.)
11      THE WITNESS:  Okay.
12 BY MR. CALABRO:
13 Q.   Let me just make sure I'm on the same page
14 with you.  What's the last Bates number on your
15 exhibit?
16 A.   This one.
17 Q.   Pages -- the last page?
18 A.   Five -- oh, sorry.
19 Q.   That's all right.
20 A.   4454.
21 Q.   Okay, good.  All right.  Sir, do you
22 recognize this as an e-mail from Craig Nangle to you
23 and Carrie Simpson, March of 2015?
24 A.   Yes.
25 Q.   All right.  Any reason to doubt that you

Page 270

1  received this e-mail and the attachments in the form
2  we provided here as Exhibit 32?
3  A.   No reason to doubt.
4  Q.   All right.  Who's is Craig Nangle?  Nangle?
5  Is it Nangle?
6  A.   Nangle.
7  Q.   Yeah.  What's -- who's Craig Nangle?
8  A.   So Craig, at this time, was the manager of
9  a -- of after sales, recalls, and campaign group
10 who is dealer support.
11 Q.   All right.  I'm principally interested in the
12 PowerPoint that starts on 4445.
13      All right.  Do you recognize this
14 PowerPoint?
15 A.   Not -- not off of the top -- I don't know.
16 Q.   Okay.  Let's just look at the pag- -- the
17 slide on 4445 --
18 A.   Okay.
19 Q.   And it says there are two recent issues
20 resulting in media coverage increases in consumer
21 affair cases.  Do you see that?
22 A.   I do, yes.
23 Q.   One was the L32 Altima floor pan rust issue,
24 and the other one was the dashboard issue.  Do you
25 see that?

Page 271

1  A.   I see that.
2  Q.   That was the case that you were deposed in,
3  in the other case?
4  A.   I -- I -- if that's the one they are talking
5  about here, yes.
6  Q.   Okay.  But you do recall that there were --
7  in the 2005 -- 2015 timeframe that all of a sudden,
8  there was a lot of social media interest in the
9  Altima floor board issue?
10 A.   I was aware of the increase in the CA cases.
11 Q.   Okay.  Turn to page 4448.  There's some more
12 background on the L31 Altima floor pan rust issue,
13 do you see that?
14 A.   I see that.
15 Q.   The second bullet point, 100 percent of the
16 1.24 million Altimas manufactured during this time
17 period could have -- potentially be affected.  Do
18 you see that?
19 A.   I see that statement, yes.
20 Q.   I'm interested in the very last bullet point
21 in that section.  It says, these repairs are in
22 the av- -- are in the averaging 3,000 to 4,000
23 $4.06K in customer pay expenses.  Do you see that?
24 A.   I see that, correct.
25 Q.   Now, is that referencing the old NTCA- --

Page 272

1  A.   NTCNA.
2  Q.   NTCNA rec- -- recommended procedure where the
3  rusted part is removed and then the new part -- new
4  patch is put in?
5  A.   Yes, that's what it's referencing.
6  Q.   All right.  Now, we saw that the cost of that
7  was $1,400 per repair, right?
8  A.   Correct.
9  Q.   So do you have anything to dispute that
10 customers are paying 3,000 to 4.6K for that kind of
11 repair?
12 A.   So with customers pay, it -- it varies, but
13 oftentimes, it will be above the allotted time and
14 pay from Nissan to the dealer for that repair.
15 Q.   So when -- well, first of all, the question
16 was, is there any facts that you have to dispute
17 that customers were paying as much as 3,000 to 4.6K
18 for that repair?
19 A.   I don't have any facts to dispute that.
20 Q.   Okay.  That 1,400 number that we were talking
21 about earlier, the cost of the repair, was that the
22 actual cost to Nissan and/or the dealer of doing the
23 repair or is that the suggested retail price of that
24 repair?
25 A.   That's the cost that was allotted to the

68 (Pages 269 to 272)

Page 273

1  dealer, had this been a warranty -- under warranty.
2  So we would have paid the dealer that amount for the
3  repair under warranty.
4  Q.    Okay.  Do you remember the ex- -- the general
5  timeframe?  We were talking about 2014, but do -- do
6  you recall the timeframe in which vital issues
7  decided we're not going to do the service campaign?
8  A.    So that was at -- as we talked about, that
9  was at the TM meeting in March of '14.
10  Q.    March of '14, very good.
11     All right.  On the next page Bates Number
12  4449, it says, Next steps down there.  FQI
13  David Schaller working with NTCNA to obtain a
14  D-Note for prototype parts.  Do you see that?
15  A.    I do, yes.
16  Q.    All right.  I don't know that we've talked
17  about Mr. Schaller before.  What was his role?
18  A.    He's an FQI engineer in the body group.
19  Q.    Okay.  Working on the rust issue?
20  A.    Among other things, yes.
21  Q.    Okay.  He references there a D note, what's
22  that?
23  A.    That's the design note for the AFR.  We've
24  been talking about the kit for the plates.
25  Q.    Why do they call it a D-note?

Page 274

1  A.    Design note.
2  Q.    Oh, okay.
3  A.    Yeah.
4  Q.    Sorry if I missed that.
5  A.    That's all right.
6  Q.    And then it says, Purchasing will use service
7  parts specifications to obtain a current
8  manufacturing and tooling costs to evaluate the
9  business case for this repair.  Do you know what
10  that means?
11  A.    Yes.  So that says, once the D-note is
12  released, purchasing would then look for a vendor
13  to -- to source -- to create the part.
14  Q.    As of this time in 2015, March of 2015, had
15  there been a decision to -- for sure manufacturing
16  these parts so that the low cost repair that had
17  been talked about, would actually be implemented?
18  A.    In 2015?
19  Q.    Uh-huh.
20  A.    Yes.
21  Q.    Okay.  Do you remember when that decision was
22  made, when they were going to actually go forward
23  with production on this repair kit?
24  A.    I don't remember the specific date that was
25  decided as to when we were going to go.

Page 275

1  Q.    Do you remember generally the time?
2  A.    Probably around March, April timeframe, I
3  would say.
4  Q.    2015?
5  A.    2015, yes.
6  Q.    All right.  So as we see in Exhibit 32,
7  there's some mention of social media discussing this
8  issue.  It's sitting right here.
9     MR. CALABRO:  So Exhibit 33 is Bates
10  NNA3245 through 53.
11     (WHEREUPON, the above-mentioned
12  document was marked as Exhibit Number 33.)
13     THE WITNESS:  Okay.
14  BY MR. CALABRO:
15  Q.    All right.  You'll see that the -- the
16  beginning chain -- e-mail chain in this is, if you
17  look at page 3252 to 53, there's a reference --
18  strike the question.
19     If you look at page 3252 to 3253, there's an
20  e-mail from NBC news producer asking about the
21  floor pan rust issue.  Do you see that?
22  A.    I do, yes.
23  Q.    She identifies herself as a producer working
24  with Tom Costello with NBC news.  Do you see that?
25  A.    I see that, yes.

Page 276

1  Q.    All right.  You're aware that there was an
2  NBC story about the rust issue about this time,
3  March/April of 2015?
4  A.    I am aware of the story, yes.
5     MR. LAW:  I'm going to object.  I
6  believe that this line is outside of the -- the
7  scope that -- I think the request, and certainly our
8  response.  I know that we agreed to put someone up
9  on that with respect to the Facebook post about
10  why -- why there wasn't recontact, but that's my
11  objection.
12  BY MR. CALABRO:
13  Q.    There was -- you were aware, in fact, that
14  NBC news were doing a story on the rust issue?
15  A.    I'm -- I'm aware, yeah.
16  Q.    And I know we talked a little bit about this,
17  and I just want to clarify the point.  Do you know
18  whether Nissan had approved of the production of the
19  repair parts prior to the NBC news story?
20  A.    I don't know the exact date that it was
21  decided.
22  Q.    So you don't know whether it was before or
23  after the NBC news --
24  A.    I know when it was released.
25  Q.    When was it released?

69 (Pages 273 to 276)

## Page 277

1   A.   It was July of 2015.
2   Q.   Okay.  So that's after the NBC news story,
3   right?
4   A.   That date is after.
5   Q.   You can put that one aside?
6          MR. CALABRO:  We'll mark as Exhibit
7   34 -- this is hard to read, but it's a document with
8   Bates Number NNA5204 through 5206.
9          (WHEREUPON, the above-mentioned
10  document was marked as Exhibit Number 34.)
11         THE WITNESS:  Okay.
12  BY MR. CALABRO:
13  Q.   All right, sir.  This is an e-mail from
14  Mr. Boulton to James Hunter and you along with
15  others, May of 2015, correct, sir?
16  A.   That's correct.
17  Q.   All right.  This is after the NBC news story.
18  A.   To my knowledge, yes, it is after.
19  Q.   All right.  Any reason to doubt that you
20  received the e-mail and the attachment in the form
21  provided here as Exhibit 34?
22  A.   No.
23  Q.   All right.  Again, this is data from Polk; is
24  that right?
25  A.   That's correct.

## Page 278

1   Q.   All right.  IHS, I guess, bought Polk or is
2   it the other way around?
3   A.   That's correct.  IHS bought Polk --
4   Q.   All right.
5   A.   -- right.
6   Q.   All right.  So the attachment is, in fact,
7   Polk data; is that right?
8   A.   That's correct.
9   Q.   All right.  And this one is showing, if you
10  look at just Missouri's Altimas, L31s as of January
11  2015, there are sill the 12,235 cars on the road?
12  A.   That's correct.
13  Q.   Now, if you look at -- well, I can't find
14  this document, so we'll move on to the next one.
15         MR. CALABRO:  We'll mark as Exhibit 35
16  document Bates Number NNA4586 through 98.
17         (WHEREUPON, the above-mentioned
18  document was marked as Exhibit Number 35.)
19  BY MR. CALABRO:
20  Q.   All right, sir.  You recognize this document?
21  A.   Yes.
22  Q.   What do you recognize this document to be.
23  A.   This was a document that was prepared in
24  preparation for a request to present at our
25  chairman's meeting in Americus (phonetic) to update

## Page 279

1   the latest condition for the floor pan.
2   Q.   Were you doing the presentation?
3   A.   I was not.
4   Q.   Who was doing the presentation?
5   A.   This would have been -- I'm not sure I know
6   who it was, potentially my director.
7   Q.   Did you and Ms. Simpson prepare this
8   attachment?
9   A.   We helped -- we helped to prepare this, yes.
10  Q.   Okay.  Do you know if this was the final
11  version of the attac- -- of the presentation?
12  A.   I cannot say just looking at it.
13  Q.   Okay.  So we can -- it is showing that this
14  is a June 12, 2015 -- well, strike the question.
15         Any doubt that you received the e-mail and
16  the attachment in the form attached here as Exhibit
17  35?
18  A.   No doubt.
19  Q.   All right.  So the e-mail is dated June 12,
20  2015, and the PowerPoint is dated June 12, 2015.
21  Was it -- is it fair to say that this is accurate as
22  of June 12, 2015, the information in here?
23  A.   Yes.
24  Q.   All right.  Now, here on page 40589, listed
25  here is an option for a campaign.  After the media

## Page 280

1   coverage that was on NBC news and Facebook, was
2   there a reconsideration as to whether there should
3   be a service campaign?
4   A.   In June of '15, we were asked to present
5   current situations and potential options for our
6   service campaign or TSB to our executives.
7   Q.   Okay.  And was that in -- in response to the
8   media attention?
9   A.   I can't say that it was.
10  Q.   Okay.  But the directive was, we actually do
11  want a service campaign option to consider?
12  A.   The directive was to update the data for
13  potential service campaign options.
14  Q.   Okay.  Now, when you're looking at this slide
15  on the cons, it does show high campaign cost, right?
16  A.   It does, correct.
17  Q.   The first thing listed, right?
18  A.   That's correct.
19  Q.   And the total cost is referenced as
20  18.5 million to 73 million depending on deductible
21  amount; is that right?
22  A.   That's correct.
23  Q.   And that amount is from the next slide on
24  page 4590; is that right?
25  A.   That's correct.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 281

1  Q.    And that's how those number got calculated?
2  A.    Yes.
3  Q.    Now, this campaign cost is obviously
4  significantly different than the first estimate at
5  $750 million, right?
6  A.    It is; that's correct.
7  Q.    And after this review, what was decided with
8  respect to this option -- option 2 for service
9  campaign?
10  A.    It -- it was decided against option 2 and
11  decided to continue forward with the appropriate
12  field repair release.
13  Q.    Is this the time period -- is this the date
14  in which approval to do the repair kit was made?
15  A.    No.  The -- the repair kit was in action in
16  parallel with this.
17  Q.    Okay.  But we don't know exactly when that
18  decision was made; is that right?
19  A.    I -- I don't have recollection of that, no.
20  Q.    It was around the time of March, April --
21  A.    That's my understanding.
22  Q.    -- 2015?
23  A.    Early '15, yes.
24  Q.    About the same time that the Nissan -- the
25  NBC report was?

## Page 282

1  A.    I don't know if it was before or after that.
2  Q.    It was around that time.
3  A.    I can't say for concern.
4  Q.    Okay.  You can set that aside.
5      MR. CALABRO:  Let's mark as Exhibit 36
6  document with Bates Number NNA3803 through 15.
7      (WHEREUPON, the above-mentioned
8  document was marked as Exhibit Number 36.)
9      THE WITNESS:  Okay.
10  BY MR. CALABRO:
11  Q.    All right.  Now, this is a doc-- -- e-mail
12  from you to various folks dated May 2017, right,
13  sir?
14  A.    That's correct.
15  Q.    Okay.  Any reason to doubt that you received
16  the e-mail or you sent the e-mail and the
17  attachments as -- as provided here in Exhibit 36?
18  A.    No reason to doubt.
19  Q.    All right.  What we've done is, we have
20  excerpted parts of what I think is the FQA vital
21  issues database, right there, if you'll look at
22  that, with Bates number 3805.
23  A.    3805.
24  Q.    Yeah.
25  A.    Yep.

## Page 283

1  Q.    Yeah.  So I just want you to confirm whether
2  or not this is an excerpt of the V -- FQA V vital
3  issues database?
4  A.    It is.
5  Q.    Okay.  And if you'll look at that about 3/4
6  of the way down, there's for the L31, A34 floor pan
7  rust issue?
8  A.    Correct.
9  Q.    All right.  It shows that -- that just --
10  there's a column that says, Decision.
11  A.    Correct.
12  Q.    No action; is that right?
13  A.    That's correct.
14  Q.    And I just wanted to make sure -- this is
15  dated May of 2017, at least the cover e-mail is.  Is
16  it true that as of May 2017, Nissan decided to take
17  no action with respect to --
18  A.    Yeah.  No proactive field action in the
19  market.  No service campaign.
20      MR. CALABRO:  Okay.  All right.  Why
21  don't we go off the record and take a quick break.
22      THE VIDEOGRAPHER:  We're off the record
23  at 4:06 p.m.
24      (Short break.)
25      THE VIDEOGRAPHER:  We are back on the

## Page 284

1  record at 4:12 p.m.
2      MR. CALABRO:  All right, sir.  We'll
3  mark as Exhibit 37 document with Bates Number
4  NNA2725 and 26.
5      (WHEREUPON, the above-mentioned
6  document was marked as Exhibit Number 37.)
7      THE WITNESS:  Okay.
8  BY MR. CALABRO:
9  Q.    All right.  You'll see this is an e-mail
10  from, is it Koji Ikeda?
11  A.    Yes.
12  Q.    To Ari Schiftan and others, including
13  yourself, in October of 2013.
14  A.    Correct.
15  Q.    Any reason to doubt that you were on this
16  e-mail chain as provided here in Exhibit 37?
17  A.    No.
18  Q.    All right.  So Mr. Ikeda -- is it Ikeda?
19  A.    I'm not quite sure.  We'll call him Ikeda.
20  Q.    Okay.  His name is misspelled in the from,
21  but I guess it's different in the signature block.
22      Mr. Ikeda identifies himself as a pilot of
23  CFT Number 2.
24  A.    So he's essentially the leader of that CFT,
25  yeah.

71 (Pages 281 to 284)

## Page 285

1  Q.   Okay.  And they're talking about validating
2  the L31 floor repair process, right?
3  A.   Correct.
4  Q.   Okay.  So his first question is, life
5  extension by this pic- -- repair.  I think this
6  repair method is very frugal on the other hand I'm
7  afraid how long you can guarantee the life for
8  corrosion on repair area.  Did you already estimate
9  how long it is.  Do you see that?
10  A.   I did, yes.
11  Q.   Was there a guaranteed life for the
12  repair?
13  A.   My understanding design confirmed that this
14  would be appropriate for the remaining life of the
15  vehicle.
16  Q.   Was there's a -- a -- a -- a number of years
17  associated with the repair?
18  A.   I don't specifically remember a number of
19  years.
20  Q.   When you say it would be appropriate for the
21  life of the vehicle, what's considered the life of
22  the vehicle?
23  A.   The remaining life of the vehicle.
24  Q.   What -- okay.  But what's the life of the
25  vehicle for the L31?

## Page 286

1  A.   Typically a 10 to 15 year range.
2  Q.   Same for the Nissan Maxima A34?
3  A.   Yes.
4  Q.   On Number 2 there it says, repair patch side.
5  If the perforation occurs on entire area of the
6  floor panel -- I think he says, is the size of
7  repair patch big enough?  Is there enough overlap to
8  healthy panel, he says in parens.  What was the
9  answer to that?
10  A.   My understanding was, yes, it was.  It was
11  confirmed.
12  Q.   How much of an overlap was there between
13  where the rust ends and the healthy part of the
14  panel begins?
15  A.   That piece basically would fit in the entire
16  block section to where those two panels meet.  So it
17  essentially covered the entire area.
18  Q.   Okay.  Question 3, Communication to customer.
19  This question may be asked to James. How long do you
20  guarantee the quality of repair area to customers
21  who pay $200.  Was there an answer to that?
22  A.   I think going back to number 1, with our
23  estimation that this was a lifetime repair, this was
24  of no concern.
25  Q.   Okay.  For repair quality work, the key point

## Page 287

1  of the repair method is corrosion removal by
2  dealership.
3        First of all, do you agree that the key
4  point of the repair is corrosion removal by
5  dealership?
6  A.   Corrosion removal was included in the repair
7  AFR.  It's one of the points.  I don't know if it's
8  the point -- it's one of the points.
9  Q.   And let me just focus on that for a minute.
10  When can you say that corrosion removal is still
11  part of the repair, it's not removing the rusted out
12  panel or the portion that's rusted out; is it?
13  A.   It's cleaning it up essentially with some
14  primer, and basically steel brushes.
15  Q.   Okay.  But, I mean, there's still rust there?
16  A.   We tried to clean it up as much as we could
17  before covering it --
18  Q.   Okay.
19  A.   -- according to the TSB.
20  Q.   If the -- and he goes on in this e-mail, if
21  the corrosion still exists, corrosion may oc- --
22  occur again after repairmen.  How much do you
23  estimate the risk of it.  Do you see that?
24  A.   I do.
25  Q.   All right.  And was their an answer to that?

## Page 288

1  A.   I think our conclusion was it was a very low
2  risk and we haven't seen any concerns since the
3  release of the AFR for an after issue concern.
4  Q.   Has there been any field investigation to
5  gauge the durability or reliability of the repair?
6  A.   This was all confirmed with design prior to
7  release.
8  Q.   Okay.
9  A.   No specific field investigations.
10  Q.   In the year since the repair was issued,
11  which I think was in 2015?
12  A.   Yes.
13  Q.   Is that right?
14        So it's now been over three years, has there
15  been any effort to go out and say, Hey, let's go
16  look at these cars?  Is this repair appearing to
17  hold?  Has there been any investigation like that?
18  A.   There's been no proactive investigation;
19  however, we are monitoring the market for any
20  customer claims after.
21  Q.   Have you received any customer claims after?
22  A.   Not to my knowledge, no.
23  Q.   On 5 he says, Water tightness.  It is very
24  detailed question.  Do you secure the water
25  tightness around riv-nut?  If not, sealing should be

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 289

1 added around it.  Do you see --
2 A.    Yes.
3 Q.    What was the response to that?
4 A.    I'm not aware of the response to that
5 specific question.
6 Q.    Okay.  And -- and these questions were
7 relating to the exact repair that was ultimately
8 approved and issued in 2015?
9 A.    That's correct.
10 Q.    And, again, the repair is the same for both
11 the L31 Altima and the A34 Maxima?
12 A.    That's correct.
13       MR. CALABRO:  All right.  We'll mark as
14 Exhibit 38 documents with Bates Number NNA3429
15 through 38.
16       (WHEREUPON, the above-mentioned
17 document was marked as Exhibit Number 38.)
18 BY MR. CALABRO:
19 Q.    I'm -- I'm only going to ask you about the
20 very first page.
21 A.    Okay.
22 Q.    You're welcome to look at the rest if you
23 want --
24 A.    Sure.
25 Q.    -- but let me know when you're ready.

## Page 290

1 A.    I'm ready.
2 Q.    All right.  So if you look at this middle
3 e-mail, April 21, 2015 from Bruce Ripko.
4 A.    Uh-huh.
5 Q.    Do you know who that is?
6 A.    Yes.
7 Q.    I mean, he's identified as the North America
8 par-- service parts supply manager.
9 A.    He was -- he was the supply chain management
10 manager at the time of this e-mail.
11 Q.    And he's writing to Tohru Kanasaki.
12 A.    Yes.
13 Q.    Do you know who that is?
14 A.    I do.
15 Q.    Who's that?
16 A.    He, at this time was at NNA, as part of the
17 campaign operation and implementation teams.
18 Q.    Okay. at the very bottom of his e-mail is
19 NML, parens, R40.  Do you see that?
20 A.    I do.
21 Q.    What's R40?
22 A.    R40 is another division in NML that's
23 responsible for supply chain --
24 Q.    Okay.
25 A.    -- parts procurement.

## Page 291

1 Q.    And he says, R40 needs to set this part up as
2 a normal service part.  We cannot give them a
3 one-time quantity.  This part may be needed for many
4 years in the future.  Do you see that?
5 A.    I see that, yes.
6 Q.    All right.  Do you understand what that's a
7 reference to, this part may be needed for many years
8 in the future?
9 A.    I think Bruce's point is here we may need --
10 depending on the incident rate, we may need more
11 parts than just a one -- Tohru is asking for a
12 one -- one shot, you know, here's your 2000 parts
13 and finished.  Bruce's point is, there maybe a need
14 for future service parts in the future.
15 Q.    Is that as this issue continues to, you know,
16 present itself and manifest over time -- people
17 really start ordering these repair kits?
18 A.    Potentially, as customers would come in,
19 there might be a need for, you know, for more in the
20 future.
21 Q.    Got it, okay.  We're done with that one.
22       MR. CALABRO:  Exhibit 39 will be
23 document Bates Numbered NNA5065 through 80.
24       (WHEREUPON, the above-mentioned
25 document was marked as Exhibit Number 39.)

## Page 292

1       THE WITNESS:  Okay.
2 BY MR. CALABRO:
3 Q.    All right.  Are you familiar with these
4 documents, sir, yes?
5 A.    I am.
6 Q.    All right.  The cover is an e-mail from Chris
7 Nangle to you July 7, 2015; is that right?
8 A.    Yes, from Craig Nangle, correct.
9 Q.    What did I say?
10 A.    Chris.
11 Q.    Oh, sorry.
12 A.    That's okay.
13 Q.    Craig Nangle, okay.
14       Any reason to doubt you received this e-mail
15 and the attachments in the form provided as Exhibit
16 39?
17 A.    No doubt.
18       MR. CALABRO:  Okay.  I'm also going to
19 mark as Exhibit 40, documents with Bates Number
20 NNA1701 through 13.
21       (WHEREUPON, the above-mentioned
22 document was marked as Exhibit Number 40.)
23       MR. CALABRO:  And Exhibit 41 is document
24 Bates Number NNA1699  through 1700.
25       (WHEREUPON, the above-mentioned

73 (Pages 289 to 292)

## Page 293

1    document was marked as Exhibit Number 41.)
2    BY MR. CALABRO:
3    Q.   Okay, sir.  Are you familiar with Exhibits
4    41- -- 40 and 41?
5    A.   Yes.
6    Q.   All right.  Are you satisfied that 40 and 41
7    are the color versions of the attachments to
8    Exhibit 39?
9    A.   Yes.
10   Q.   All right.  Could you identify Exhibit 40 for
11   me please.
12   A.   Forty is the technical service bulletin
13   released for the appropriate field repair for the
14   Altima, Maxima floor pan.
15   Q.   This is the final version that was issued,
16   correct?
17   A.   It's my understanding, yes.
18   Q.   Okay.  And could you do -- could you also
19   identify Exhibit 41?
20   A.   Yes.  This is the announcement to the Nissan
21   dealerships that this repair and kit were available
22   for use.
23   Q.   Okay.  So if we look at Exhibit 39 again,
24   that was an e-mail from Mr. Nangle confirming that
25   these documents -- what we've marked as a technical

## Page 294

1    service -- service bulletin as Exhibit 40 and the
2    repair kit bulletin that we've identified as Exhibit
3    41, were, in fact, released into the field, July 6,
4    2015.
5    A.   That's correct.
6    Q.   And that's true, right?  These were --
7    A.   That is true, yes.
8    Q.   Let's look first at Exhibit 40.  Now, you'll
9    see at the front page it references both the 2002
10   and 2006 Altima and the 2004 to 2008 Maxima; is that
11   right sir?
12   A.   That's correct.
13   Q.   So this bulletin applies both -- to both
14   vehicles, the L31 and A34?
15   A.   Correct.
16   Q.   Same exact repair procedure, correct?
17   A.   Yes, correct.
18   Q.   Okay.  If you'll turn to page 1705, you'll
19   see figure 3 there --
20   A.   Uh-huh.
21   Q.   -- and figure 4.  So under the procedures for
22   this, the rusted out area isn't removed.  It's as
23   you said, scrubbed?
24   A.   It's cleaned.
25   Q.   But there's still some rust there?

## Page 295

1    A.   There may be some surface rust still in that
2    area, yes.
3    Q.   All right.  If you look at 1704 also, that's
4    the page before, this is showing that that hole
5    where all that rust came from is actually patched up
6    with this repair kit, correct?
7    A.   Yeah.  That hole would be covered by this
8    kit.
9    Q.   And so that patch covers both the hole and
10   then it covers up the rust that's on the floor pan
11   itself?
12   A.   It would have covered the affected area.
13   Q.   If you turn to 1709 there's a figure 7.
14   A.   Yes.
15   Q.   It says, Yellow color has been used for
16   illustrative purposes to indicate an area that
17   application is optional based on the size of rust
18   perforation.  If the rust perforation area is
19   extensive, parens, large, adhesive should not be
20   applied here.  Do you see that?
21   A.   I do.
22   Q.   Why is that?
23   A.   Essentially there was no -- that would
24   indicate an area that there was no surface to glue.
25   So we recommended to leave that area blank without

## Page 296

1    the -- the Fusor material.
2    Q.   Was there any efforts made to sort of fill in
3    that hole that had developed?
4    A.   This was -- it was -- it was covered.  The
5    hole with covered by this.
6    Q.   Okay.  All right.  And so this Exhibit 140
7    {sic} is what Nissan intended folks in the field to
8    rely on when repairing this rust issue?
9    A.   This is the instructions given to our
10   dealers, yes.
11   Q.   Okay.  And then let's look at 1 -- sorry,
12   Exhibit 41.
13   A.   Okay.
14   Q.   And, again, this applies equally to both the
15   Altima and the Maxima?
16   A.   That's correct.
17   Q.   All right.  Now, if you'll look at this first
18   table where it says, Part information description.
19   A.   Yes.
20   Q.   All right.  And it gives the part number and
21   the quantities.  Do you see that?
22   A.   I do.
23   Q.   There's a column that says, Dealer net and
24   MSRP; is that right?
25   A.   That's right.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 297

1  Q.    So is it correct to say that the cost to the
2  dealer from Nissan is $64.71?
3  A.    That's correct.
4  Q.    And this was Nissan's actual cost to create
5  the parts that we see listed here?
6  A.    This was the parts -- this was the pricing of
7  the parts by our parts pricing group, after review
8  of -- with purchasing.
9  Q.    So does this include a profit margin for
10  Nissan?
11  A.    The profit margin is included for the dealer
12  on the MSRP.
13  Q.    Okay.  I under- -- I understand that -- we'll
14  get there in just a minute.  I'm talking now about
15  the dealer price, what the dealer pays Nissan.
16      Does the $64.71 represent Nissan's actually
17  cost of these parts or does the $64.71 included a
18  profit margin for Nisaan?
19  A.    I'm not aware of any profit margin related to
20  this specific part.
21  Q.    Are you saying that you don't think there is
22  one or are you saying that you're not aware either
23  way?
24  A.    I'm saying I'm not aware for this specific
25  part.

## Page 298

1  Q.    Either way?
2  A.    Either way.
3  Q.    Okay.  But this is suggesting that the dealer
4  gross, ups the cost of these parts to $113.53?
5  A.    That increase is managed by state laws, for
6  parts markup.  So by law, we have to give them a
7  margin on the part.
8  Q.    Okay.  Even for something like this that's to
9  fix --
10  A.    Any parts that we sell to the dealer.
11  Q.    Okay.  And does Nissan have to distribute
12  parts to the dealers?
13  A.    For this case Nissan did distribute parts to
14  the dealers from our supplier, yes.
15  Q.    It doesn't have to do that though --
16      MR. LAW:  I'll object.  Question is
17  vague.
18  BY MR. CALABRO:
19  Q.    That's what I'm asking.  Is -- is this the
20  only way that Nissan can distribute parts to
21  customer?
22  A.    It's the typical way.  I'm not aware of
23  another way that we -- we distribute parts to
24  dealers.
25  Q.    When Nissan engages in a service campaign or

## Page 299

1  Nissan is paying for the campaign --
2  A.    Uh-huh.
3  Q.    -- does it also provide a dealer net price
4  and a MSRP for the parts?
5  A.    Yes.
6  Q.    Okay.  If you look at the second page, the
7  very last sentence says, One, Refer to the
8  electronic parts catalog, parens, FAST, and use the
9  front floor assembly part Number -- provides the
10  number, as the primary failed part.  Do you see
11  that?
12  A.    I do, yes.
13  Q.    What is that referencing, primary failed
14  part?
15  A.    Primary failed part, so the first five digits
16  of any Nissan Part number --
17  Q.    Uh-huh.
18  A.    -- is the PFP.
19  Q.    Okay.
20  A.    So it's in -- that's the family for the floor
21  pan across any -- any model.
22  Q.    Okay.  But as far as primary failed part,
23  what they're saying is, this is in fact a failed
24  part and it has to be replaced?
25  A.    That nomenclature is -- is -- is just for

## Page 300

1  warranty coding purposes.  It doesn't mean that
2  that's indicating a failure of a part.
3  Q.    Well, that's interesting.  What do you mean
4  by that, it's on- -- it's for warranty purposes?
5  I -- I thought you said that most of these aren't
6  covered by warranty?
7  A.    Let me backup.
8  Q.    Sure.
9  A.    Let's see, fir- -- I want to make sure I
10  understand this statement.
11  Q.    Yeah --
12  A.    So I can explain it correctly.
13  Q.    -- please do.  I mean, I think that one is
14  also referenced up here in this chart.
15  A.    So, if a ve- -- if a vehicle came in and they
16  were under warranty.
17  Q.    Got it.
18  A.    By some chance, they would use this part
19  number to claim with that operation code --
20  Q.    Got it.
21  A.    -- and that's how we would be able to track
22  any repairs done under warranty.
23  Q.    Okay.  So this isn't saying that all repairs
24  are covered by a warranty.  It's just saying to the
25  extent that they are, this is how you should claim

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 301

1 them?
2 A. This is how you should claim it.
3 Q. Got it.
4 MR. CALABRO: We'll mark as Exhibit 42
5 document with Bates number NNA2567 through 69.
6 (WHEREUPON, the above-mentioned
7 document was marked as Exhibit Number 42.)
8 BY MR. CALABRO:
9 Q. Ready, sir.
10 A. Yes.
11 Q. All right. You'll see this is an e-mail
12 chain involving you and Joe Murphy; is that right,
13 sir?
14 A. Yes.
15 Q. All right. Any reason to doubt that you
16 participated in this e-mail chain and received and
17 sent e-mails in the form provided here as
18 Exhibit 42?
19 A. No.
20 Q. In the e-mail at the bottom of the first page
21 from you to Mr. Murphy, March 23, 2012, you write,
22 Joe, Just following up regarding the additional
23 vehicle inspections that we discussed at the Meeting
24 below. Has NCI been able to obtain any new
25 information?

## Page 302

1 And Mr. Murphy responds, It has been
2 difficult as most dealers do not want to
3 disassemble their customer vehicles for fear of
4 creating a squeak/rattle issue or perhaps breaking
5 something because of the age of the vehicle. Do
6 you see that?
7 A. I see that.
8 Q. All right. What was the information you were
9 asking Mr. Murphy for?
10 A. We were asking for pictures from both the
11 inside and the -- and the underfloor of the -- the
12 vehicles as part of our inspection pro- -- process.
13 Q. Okay. And he was saying, it's been difficult
14 to do that because dealers don't want to take these
15 things apart.
16 A. According to his -- his statement there, yes,
17 that's correct.
18 Q. All right. Now, attached is some pictures
19 he's provided.
20 A. Yes.
21 Q. And this shows some examples of the
22 perforation that exists because of this issue,
23 right?
24 A. This shows some examples, correct.
25 Q. And this is showing, like, holes all the way

## Page 303

1 through both layers of the floor pan, right? Both
2 the structural layer and the -- and the actual floor
3 pan?
4 A. These two photos at the top, show only
5 through the top layer -- oh I'm sorry, to the -- to
6 the reinforcement, you're correct. That's correct.
7 Q. Okay. Same thing with the third picture,
8 right?
9 A. The third picture I do not see -- oh sorry,
10 here?
11 Q. Yeah, right there.
12 A. Third picture, yes.
13 Q. Okay. Now, do you know what that silver
14 rectangle is on the next set of pictures that you're
15 looking at there?
16 A. That appears to be a piece of butyl adhesive.
17 Q. All right. So that's the patch that
18 presumably was not applied correctly on this car?
19 A. That appears to be the patch, correct.
20 Q. All right. And then you see all of the rust
21 emanating from, sort of that area?
22 A. Yes, I observed the rust.
23 Q. Now, on this one -- you'll se- -- at the
24 bottom one that you're looking at, it looks like
25 there's another hole over to the left, whether it's

## Page 304

1 south to the 3-inch mark it looks like on the tape
2 measure at the top, there's a hole there.
3 A. I see it, uh-huh.
4 Q. Do you know what that is?
5 A. I do not. Those are -- I'll say, those are
6 typically -- round holes like that in a body are
7 typically for tooling or for location.
8 Q. I'm seeing a reference in several of these
9 documents to a website that's JP.Nissan.biz.
10 A. JP.
11 Q. Where it looks like documents are sometimes
12 available. Is that an in- -- company intranet or
13 something?
14 A. I -- can I --
15 Q. You're welcome to?
16 A. You show me.
17 Q. Yes.
18 MR. CALABRO: So we'll mark Exhibit 43
19 document with Bates Number NNA2261.
20 (WHEREUPON, the above-mentioned
21 document was marked as Exhibit Number 43.)
22 THE WITNESS: So this -- this specific
23 website is G2B is a system for design note release
24 and approval used by our design team.
25 ///

## Page 305

1  BY MR. CALABRO:
2  Q.   G2B is?
3  A.   G2B, yeah.
4  Q.   And when it says G2B NDC?
5  A.   I don't know what that specifically means.
6  Q.   Okay.
7  A.   But the server, I believe is housed in Japan,
8  and that's why you've got the JP.Nissan.biz.
9  Q.   And that's what I was going to ask.  The
10 JP.Nissan.biz, is that like a company intranet?
11 A.   That would be a company intranet site,
12 correct.
13 Q.   And what kinds of documents are stored there?
14 A.   I can only speak to this specifically.  This
15 would be a G2B.  I'm not aware of what other
16 documents would be stored there.
17 Q.   When we talked about alliance connect
18 earlier, is that separate from this JP.Nissan.biz
19 intranet?
20 A.   Yes.
21 Q.   Okay.  And we then we said earlier that the
22 e-room documents are now Alliance connect?
23 A.   Yeah.  It was just a change in server
24 essentially.
25 Q.   Okay.  You can set that aside.

## Page 306

1         MR. CALABRO:  This will be Exhibit 44
2  Bates NNA2751.  I marked the wrong thing.
3         Can we go off the record for just a
4  minute?
5         THE VIDEOGRAPHER:  We're off the record
6  at 4:39 p.m.
7         (Short break.)
8         THE VIDEOGRAPHER:  We are back on the
9  record at 4:42 p.m.
10        MR. CALABRO:  We'll mark as Exhibit 44
11 document with Bates number NNA2211 through 19.
12        (WHEREUPON, the above-mentioned
13 document was marked as Exhibit Number 44.)
14 BY MR. CALABRO:
15 Q.   Let me know when you're ready, sir.
16 A.   (Witness reviews document.)
17        Okay, I'm ready.
18 Q.   All right.  You recognize this document, sir?
19 A.   I have seen this document, yes.
20 Q.   What is this document?
21 A.   This appears to be a case file from our
22 consumer affairs folks.
23 Q.   And this is, what, an export from your
24 database, consumer affairs database?
25 A.   Yes.

## Page 307

1  Q.   All right.  If you'll look at the page with
2  Bates ending 2012, so the next page.  There's a case
3  comment.  Do you see that?
4  A.   I do.
5  Q.   If you start looking at the text in the box
6  there, it says CRRMV, I assume, MV reference Maria
7  Velente.
8  A.   Velente, correct.
9  Q.   What does CRR mean?
10 A.   I'm not -- I'm not familiar with that
11 acronym, but I believe it's customer representative,
12 essentially.
13 Q.   Okay.  And so if you go down four lines, it
14 says, CRR-MV verified c's contact information.  I'm
15 assuming "C" in those notes usually refers to
16 customer; is that right?
17 A.   That's correct.
18 Q.   And if you look in the next line, it says
19 check -- CRMV checked, and informed customer that
20 there is not VSC that is attached to VIN
21 information.  What's VSC?
22 A.   It would be voluntary service campaign.
23 Q.   Okay.  So those are the service campaigns
24 that we were talking about earlier today?
25 A.   Yes.

## Page 308

1  Q.   Okay.  If you turn the page to the page
2  ending in 14 -- 2214.
3  A.   Okay.
4  Q.   And the middle block by Chris Felts, there's
5  acronym RCAS.  Remind me what that is.
6  A.   That is a -- from my understanding, that's a
7  department NCA for cases that are escalated.
8  Q.   And DLR, is that dealer?
9  A.   Yes.
10 Q.   And spoke to SM, service manager?
11 A.   Service manager.
12 Q.   Okay, set that aside.
13        MR. CALABRO:  Okay.  All right.  We'll
14 mark as Exhibit 45 -- let me get this out here.
15 Document with Bates Number NNA1986 through 2205.
16        (WHEREUPON, the above-mentioned
17 document was marked as Exhibit Number 45.)
18 BY MR. CALABRO:
19 Q.   I'm just going to ask you to -- to -- so
20 generally about this document, to identify this
21 document, if you don't mind.
22 A.   Okay.  To generally identify this?
23 Q.   I'm sorry?
24 A.   Generally -- generally identify.
25 Q.   Yeah, what is this?

77 (Pages 305 to 308)

## Page 309

1  A.   This -- this appears to be cases from CA that
2  ha something to do with the floor pan.
3  Q.   Okay.  And this is information that's
4  maintained on Nissan's own databases?
5  A.   That's correct.
6  Q.   Is it information that Nissan employees or
7  agents record?
8  A.   Our agents record this, correct.
9  Q.   Okay.  And then this is what an export from
10 your database looks like?
11 A.   If we were to pull these details, yes.
12 Q.   Okay.  You can set that aside.
13       MR. CALABRO:  Mark as Exhibit 46
14 document with Bates Number 1618 through 1656.
15       (WHEREUPON, the above-mentioned
16 document was marked as Exhibit Number 46.)
17 BY MR. CALABRO:
18 Q.   This is 46.
19       MR. CALABRO:  And we'll also mark as
20 Exhibit 47 a document with Bates number NNA1680
21 through 1696.
22       (WHEREUPON, the above-mentioned
23 document was marked as Exhibit Number 47.)
24 BY MR. CALABRO:
25 Q.   And I'm going to ask you to identify these

## Page 310

1  documents, sir.
2  A.   Those documents are printouts of the projects
3  from the G-CAR system related to the floor pan rust
4  concern on L31.
5  Q.   So when it says PRO status, that's relating
6  to the overall project of this incident, the floor
7  pan rust with the L31s?
8  A.   That's related to this specific project,
9  so...
10 Q.   When you say this specific -- you're pointing
11 at something.
12 A.   Yeah, sorry.
13 Q.   Okay, yeah.
14 A.   So --
15 Q.   Just for the record so it's clear.
16 A.   I apologize.  So for example NNAPRO20110767,
17 the documents underneath are part of that folder and
18 the project is like a folder.  And this folder was
19 officially closed in G-CARS on October 10 of '14.
20 Q.   So do you -- do you see this NAPRO201101767
21 document, is it in this Exhibit 46 here?
22 A.   The project itself.
23 Q.   Yeah?
24 A.   The project is -- are these documents
25 essentially.

## Page 311

1  Q.   Okay.
2  A.   But yes --
3  Q.   This represent the project?
4  A.   Correct.
5  Q.   And the project is -- is listed here on
6  the -- actually, the second page.  So then the MP --
7  MREP status, what's that?
8  A.   That's the market response.
9  Q.   And are those -- is that information in this
10 document too --
11 A.   Yes.
12 Q.   -- somewhere?  Where is that?  Where does
13 that start?  Oh, does it start at 1624?
14 A.   Yes.
15 Q.   All right.  And then it provides the
16 technical report starting at 1628?  Technical
17 reports, I guess, I should say.
18 A.   The TR start from 1628.
19 Q.   Now what's IPS?
20 A.   IPS is --
21 Q.   Incident Parts Shipment?
22 A.   Shipment -- correct.  That's right.
23 Q.   That starts at 1650?
24 A.   Let me confirm.  Yes.
25 Q.   And these are parts shipped from the field to

## Page 312

1  Nissan?
2  A.   These would have been parts from the -- from
3  the market shipped to FQI, Nissan FQI.
4  Q.   Now, when we -- and -- and let's just
5  continue on.  REQ, what's that?
6  A.   REQ is a request.
7  Q.   For potential safety investigation?
8  A.   In this case, a PSIR is a type of request,
9  and a PSIR is to document the safety assessment done
10 in the TMTC process.
11 Q.   Okay.  And that starts at 1653?
12 A.   Yes, that's correct.
13 Q.   So when we're looking at a project back here
14 on 1619, when we talk about a project, is -- is this
15 incident of the L31 floor pan rusting, is that
16 itself, a project or is project something more
17 discreet?
18 A.   The -- this project was opened in 2011 as a
19 result of the Altima floor pan.  So this -- this
20 system is used to document field information and any
21 countermeasure safety assessment information in a
22 central location.
23 Q.   Okay.  And then this is just the next part of
24 that information?
25 A.   This is the next point in the printout.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 313

1  Q.   And so when we talk about a project, we're
2  talking about that investigation relating -- in this
3  instance, to that L31 floor pan rust issues?
4  A.   Correct.
5  Q.   Okay.  Is there a separate project for A34?
6  A.   Not in this case, no.
7  Q.   When you say, "this case," you mean -- do
8  you?
9  A.   I'm not aware of a separate project for A34.
10 Q.   Okay.  So when we look at 1 -- at Exhibit 47,
11 what -- what -- is this a separate project now, that
12 we're looking at?
13 A.   It's a new project in 2015 that was used to
14 start the process for the review of the AFR, the
15 bulletin.
16 Q.   And when does it show that this was opened?
17 A.   This was opened -- if you go to 1684.
18 Q.   Okay.
19 A.   This specific project was published in -- on
20 April 20 of 2015.
21 Q.   And then if we go back to 46, when was that
22 one opened -- that project opened?  August 9, 2011?
23 A.   Been -- it was published on August 16 of
24 2011, saved in draft in August of 9 -- August 9 of
25 '11.

## Page 314

1  Q.   That's what I'm confused about.  What's --
2  what was -- what's actually published?  Is there a
3  document that's published other than this?
4  A.   The project would then go live on the G-CAR
5  system.  Until then, it's going to sit -- and for --
6  in this case, on August 9th, the engineer saved a
7  draft.
8  Q.   Okay.
9  A.   And then it was approved and published on the
10 16th, so then it would go public on the site.
11 Q.   On the site?
12 A.   Yes.
13 Q.   And then this was closed, looks like, October
14 of 2014?
15 A.   Correct.
16 Q.   Now, I don't think we've talked about
17 Gary Guzman.  Do you recognize that name on 1622,
18 the guy who opened this --
19 A.   Yes, I recognize that name.
20 Q.   What's his role?
21 A.   He's another FQI engineer.
22 Q.   What about Nick Malvasi?
23 A.   He is a previous FQI engineer, no longer with
24 the company.
25 Q.   And Jim Blank- -- Blenkarn.

## Page 315

1  A.   Yeah.  Jim Blenkarn is a senior manager with
2  FQI.
3  Q.   And then Alan Brock.
4  A.   Alan Brock is a manager in FQI body.
5  Q.   Okay.  So when we say in Exhibit 47 that this
6  project was opened in April of 2015, and was
7  published on April 20, 2015, that's when the
8  investigation began for this project?
9  A.   That was when this was opened with the
10 intention of starting the process for the -- the
11 BIC, which is the Bulletin Issue Control.  So this
12 is where the TSB would start the approval process --
13 the creation and approval process.
14 Q.   Now, does the Exhibit 46 indicate that a
15 floor pan repair kit has been authorized at any
16 point?
17 A.   This document does not by my -- in my
18 understanding.
19 Q.   Would Exhibit -- is that wha- -- information
20 like that would normally be contained in this -- in
21 this type of Exhibit 46?
22 A.   If there was a bulletin associated with this
23 specific project, yes.
24 Q.   All right.  Now, I'm drawing a distinction
25 now between the bulletin that went out.  We know

## Page 316

1  that went out in July of 2015.
2  A.   Yes.
3  Q.   There was also -- at some point, a decision
4  to go ahead and start making the repair kits, right?
5  A.   Right.
6  Q.   That's what I'm trying to nail down, because
7  we couldn't figure that out earlier.  You didn't
8  know the exact date?
9  A.   Correct.
10 Q.   Would that information be contained,
11 normally, in one of these reports that we're looking
12 at, these project reports?
13 A.   Not normally, no.
14 Q.   Okay.  Where would that information be
15 recorded?
16 A.   I'm not sure, to be honest.
17 Q.   Okay.
18 A.   I don't know.  Sometimes, it wouldn't be.
19 Sometimes it's verbal; sometimes an e-mail.
20 Q.   Okay.  Now, when this -- sorry.  I'm looking
21 now at the first one, Exhibit 46.  And I'm looking
22 at this document history.  It was --
23 A.   What page you on, please.
24 Q.   1622.
25 A.   Okay.

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                    Fax: 314.644.1334

Page 317

1   Q.    It was closed October 10, 2014.  And then it
2   says closed by MREP.
3   A.    Yes, the market reply.
4   Q.    And is that what we said was starting on page
5   1653, the market reply?  I'm sorry.  I'm just
6   getting confused --
7   A.    That's all right.
8   Q.    -- as to what these things are.
9   A.    1653 is the PSIR.
10  Q.    So where's the market reply.
11  A.    1624.
12  Q.    Now, what does this mean, market reply?
13  A.    This is the FQI closure document.
14  Q.    Is there something issued out to the field
15  that says, We're done looking at this?
16  A.    No.
17  Q.    Why do they call it, a market reply?
18  A.    I'm not quite sure.
19  Q.    Now, if you look at page 1625, under
20  conclusion, it says, Nissan upper management has
21  made a business decision to not continue with this
22  repair or provide a service part.  Do you see is
23  that?
24  A.    I do, yes.
25  Q.    Is that accurate?

Page 318

1   A.    This looks like it may have been cut and
2   paste from a PSIR, so I'd like to confirm that.
3   Q.    Okay.
4   A.    (Witness reviews document.)
5        It's not there because it's in an
6   attachment.  That's not -- that's not been printed
7   out here.
8   Q.    All right.  Have any of the documents that we
9   looked at today a PSIR for this?
10  A.    We did look at that very early on, the safety
11  assessment information would have had --
12  Q.    Oh, is that PSIR?
13  A.    Well, PSIR would have contained that
14  attachment.
15  Q.    Okay.  So that was exhibit, I believe, 3.
16  Let me pull out Exhibit 3.
17  A.    Looks like 1616, at least the first -- the
18  top paragraph was cut and paste.
19  Q.    Yeah --
20  A.    I don't see --
21  Q.    So you are referencing Exhibit 3 page 1616,
22  there's that conclusion section that's been pasted
23  into what we see at 1625.
24  A.    So I don't see that statement in here.  I
25  don't see the Nissan upper management statement in

Page 319

1   this particular document.
2   Q.    So it's not in the PSIR?
3   A.    No.
4   Q.    But was -- and is there a reason to dispute
5   that the conclusion of this project in October of
6   2014, was that Nissan upper management has made a
7   business decision to not continue with this repair
8   or provide a service report, as of this date anyway,
9   October of 2014?
10  A.    This is how it reads in the document, that's
11  correct.
12  Q.    And you don't have any reason to disagree
13  with this?
14  A.    I don't have any reason to disagree with
15  this -- this statement.  However, I do know in July
16  of 2015, we did release the service part as
17  originally planned.
18  Q.    Okay.  And let me make sure I understand so
19  we're all on the same page.  October of 2014, this
20  project is closed in the system with a notation that
21  Nissan upper management has made a business decision
22  to not continue with this repair or provide a
23  service report.
24       Then in March of 2015, there's some social
25  media and NBC new reporting on that.  And then in

Page 320

1   July of 2015 is when -- well, in -- yeah, July of
2   2015, this new project is opened and ultimately the
3   repair kit and service bulletins are published to
4   the field.  Is that the right timeline?
5        MR. LAW:  Object.  The question is
6   argumentative.
7        THE WITNESS:  Generally I think that's
8   correct, yes.
9   BY MR. CALABRO:
10  Q.    I should note for the record actually -- I
11  will note at 1684, this was opened in April of 2015
12  and then the bulletin and the repair kit were
13  launched in July of 2015, correct?
14  A.    Correct.
15       MR. CALABRO:  Okay.  Mark as Exhibit 48
16  document with Bates Number NNA3026.
17       (WHEREUPON, the above-mentioned
18  document was marked as Exhibit Number 48.)
19  BY MR. CALABRO:
20  Q.    All right, sir.  Are you ready to proceed?
21  A.    Yes.
22  Q.    You recognize this document?
23  A.    I do.
24  Q.    What is it?
25  A.    This is an installation -- process sheet for

## Page 321

1    installation at the manufacturing facility.
2    Q.    So this is the actual instructions to the
3    folks on the line?
4    A.    That's correct.
5    Q.    All right.  Is this the entire process sheet?
6    A.    Yes, sheet one of one.
7    Q.    Okay.  With respect to the butyl patches that
8    were causing the rust in these cases, can you show
9    us on this diagram, which butyl patches those are.
10   A.    Yeah.  So at the front -- the front is this
11   way.
12   Q.    So the front is --
13   A.    To the left-hand side.
14   Q.    Okay.
15   A.    It's the A1 and there's an A1 at the bottom
16   left here.
17   Q.    Yep.
18   A.    And there's a 1 at the top.  It's the first
19   one.
20   Q.    Okay.  Now, if we go down and look at the
21   bottom, it says, element one system -- or symbol A,
22   I guess?
23   A.    Uh-huh -- yes.
24   Q.    And it says there are seven of those, right?
25   A.    Seven patches, correct.

## Page 322

1    Q.    Is everywhere we see a one is a similar
2    patch?
3    A.    A similar patch, correct.
4    Q.    Okay.  Now, do we know sort of midway through
5    that diagram, there's more ones.  Do you see those
6    where those patches go?
7    A.    Yes.
8    Q.    Is there a double layer hole there underneath
9    those patches?
10   A.    My understanding is no.
11   Q.    Okay.  Same question with respect to the next
12   portion these ones, so the next set of ones as you
13   go rightward on that diagram --
14   A.    Same answer, no.
15   Q.    Okay.  And then that last one?
16   A.    No.
17   Q.    All right.  So then there's a -- is there a
18   different kind of patch repr- -- represented by
19   Number 2?
20   A.    Yes.  You can see the difference in the part
21   number.
22   Q.    Okay.  How are they different?
23   A.    My understanding is there's a little bit
24   difference in shape.
25   Q.    Bigger or smaller?

## Page 323

1    A.    Correct.
2    Q.    They're bigger?
3    A.    I -- I can't recall.
4    Q.    Okay.  And did -- was there any rust coming
5    out of the patches or the holes covered by two?
6    A.    No, not that we were aware of.
7          MR. CALABRO:  Okay.  All right.  Mark as
8    Exhibit 49 Bates numbered NNA01595 through 1602.
9          (WHEREUPON, the above-mentioned
10   document was marked as Exhibit Number 49.)
11         MR. CALABRO:  Oh, sorry.  And we'll also
12   mark as Exhibit 50, document NNA10 -- 1603, 1610.
13         (WHEREUPON, the above-mentioned
14   document was marked as Exhibit Number 50.)
15   BY MR. CALABRO:
16   Q.    Okay.  I just need you to identify these
17   documents, sir.
18   A.    These are printouts of technical reports from
19   are G-CARS system with -- with attachments.
20   Q.    All right.  And so these TR numbers that we saw in
21   correspond with the TR numbers that we saw in
22   Exhibit 46?
23   A.    I believe so, yes.
24   Q.    Okay.  Put those aside.
25   ///

## Page 324

1          MR. CALABRO:  Mark as Exhibit 51
2    document with Bates number NNA4581 through 85.
3          (WHEREUPON, the above-mentioned
4    document was marked as Exhibit Number 51.)
5    BY MR. CALABRO:
6    Q.    I'm mainly just going to ask you to verify --
7    well, why don't you just go ahead and look at it.
8    A.    (Witness reviews document.)
9          Okay.
10   Q.    All right, sir.  You'll see this is an e-mail
11   from Takahiro Umakoshi?
12   A.    Yes, correct.
13   Q.    To Tohru Kanasaki, June 2015, CC'ing a bunch
14   of folks including you, correct?
15   A.    Correct.
16   Q.    All right.  Any doubt -- or any reason to
17   doubt that you received this e-mail and these
18   attachments as provided here in Exhibit 51?
19   A.    No reason to doubt.
20   Q.    Now, Mr. Umakoshi -- I'm assuming it's
21   mister?
22   A.    Yeah, it is.
23   Q.    Well, who's -- what's his role?
24   A.    At this time, he was the -- one of the -- he
25   was the manager in body for CQ0, which is the FQAs

81 (Pages 321 to 324)

## Page 325

1  global parent, field quality.
2  Q.    And in the body of the e-mail he's writing to
3  Mr. Kanasaki who I think we've discussed already, I
4  hope you are well.  CQO had the internal meeting
5  today with Yuzuriha-san?
6  A.    Uh-huh.
7  Q.    Miyashita-san?
8  A.    Miyashita-san.
9  Q.    Miyashita-san?
10  A.    Yeah.
11  Q.    Now, who are those guys?
12  A.    They are also in CQO.  Miyashita-san is,
13  essentially, the director.  And Yuzuriha-san is the
14  expert leader.
15  Q.    All right.  I kind of want to the Pow- -- to
16  the PowerPoint that we printed.  That starts at
17  4585.
18         MR. CALABRO:  Is it really 5:00.
19         MR. LAW:  It's 5:12.
20         THE WITNESS:  You said 4585?
21  BY MR. CALABRO:
22  Q.    Yeah, 4585.  And then there's a Pow- -- oh,
23  I'm sorry.  There's a Pow- -- yeah, a PowerPoint at
24  4585.  I'm primarily interested in, first of all,
25  there's no slide number, but it is -- it says L31 on

## Page 326

1  the outside at the top?
2  A.    Okay.
3  Q.    Yes, right there.
4  A.    Mechanism?
5  Q.    Yeah.
6  A.    Okay.
7  Q.    And so it -- it -- it appears that this is
8  showing in the picture, what is circled in the right
9  in the diagram; is that right, sir?
10  A.    Picture, I'm sorry.
11  Q.    I'm sorry.  One more -- one more back.
12  A.    One more back, okay.
13  Q.    So we're looking at the slide with the title
14  L31 from the outside?
15  A.    Yes.
16  Q.    And in -- in the picture on the left is
17  showing what's circled in the diagram on the right;
18  is that right, sir?
19  A.    It's showing that it's the same area,
20  correct, yes.
21  Q.    Okay.  Now, this picture on the left, there's
22  a, like, the fuel tank latch or level there;
23  is that right?
24  A.    That's correct.
25  Q.    So this hole is right there where -- where

## Page 327

1  one would reach down to pop the fuel tank door
2  thing?
3  A.    Yeah.  I don't how -- I don't know the exact
4  distance between the hole location and the fuel door
5  location -- fuel door opener location.
6  Q.    Is this picture representative of what this
7  actually looks like though?  The question is, is
8  this picture distorted in some way?
9  A.    Not to my knowledge, no.
10  Q.    Okay.  And then look at the next side,
11  entitled, Mechanism.
12  A.    Okay.
13  Q.    And, again, the picture at the top left
14  saying "structure", identified as structure, good
15  spec -- do you see that?
16  A.    Yes.
17  Q.    That is representative of how the patch
18  should have been applied; is that right?
19  A.    That's correct.
20  Q.    And then if you look underneath, that's
21  representative of a patch not applied correctly and
22  water and salt (inaudible) with the corrosion
23  growing?
24  A.    Yes.  It shows the potential for the --
25  the -- the path of the water and salt in that -- in

## Page 328

1  that cross section, correct.
2  Q.    And that's representative of what Nissan
3  believes happened?
4  A.    This is representative of the mechanism that
5  we believe occurred, yes.
6  Q.    If you loo- -- if you loo- -- keep flipping
7  pages, there's pages that start with Japanese and so
8  this one, for lack of a better way to describing it,
9  in the top-right corner, there's a purple box that
10  says Xk3, slash, KCE.  Do you see that?
11  A.    I do.
12  Q.    Do you know what that means or represents?
13  A.    XK3 I can tell you is a design group in
14  Japan, a NTC design group.
15  Q.    Okay.
16  A.    I do not know the meaning of KC3.
17  Q.    All right.
18  A.    Or KCE, yes, excuse me.
19  Q.    This sort of graph it looks like in the
20  middle with L31 there, this looks like it's
21  identifying when various models comes into
22  production; is that right or design?
23  A.    Potentially, yes, it's hard to say.
24  Q.    Okay.
25  A.    Since it's in Japanese.

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                    Fax: 314.644.1334

## Page 329

1  Q.    I'm putting your Japanese skills to use here.
2  A.    Yeah.  I'm not -- not -- not winning here.
3  Q.    All right.  You see the -- the picture on the
4  next slide with the purple?
5  A.    I do.
6  Q.    Do you know what this is supposed to
7  represent?
8  A.    I do not.
9  Q.    Okay.  All right.  That's it.
10        Have we discussed the acronym, FIR?
11  A.    Fuel Investigation Report.
12        MR. CALABRO:  Okay.  All right.  We'll
13  mark as Exhibit 52 document Bates numbered NNA5008
14  through 512.
15        (WHEREUPON, the above-mentioned
16  document was marked as Exhibit Number 52.)
17  BY MR. CALABRO:
18  Q.    I actually only have one extra copy of this
19  one.
20        And let me know when you are ready, sir.
21  A.    (Witness reviews document.)
22        Okay.
23  Q.    All right.  Do you recognize this as an
24  e-mail from Chris Geneau to you copying Joe Murphy
25  September of 2013?

## Page 330

1  A.    That's correct.
2  Q.    Any reason to doubt that you received this
3  e-mail and these attachments in the form provided
4  here as exhibit 52?
5  A.    No reason to doubt.
6  Q.    All right.  Now, who's Chris Geneau?
7  A.    Chris Geneau worked for Joe Murphy as a
8  warranty analyst for Nissan Canada.
9  Q.    All right.  I'm more interested in the
10  attachment.
11  A.    Okay.
12  Q.    I'm hoping that you can explain some of what
13  this is representing.
14  A.    Let me take a look here for a minute.
15  Q.    If you look at this middle e-mail from you to
16  Joe and -- 5009.
17  A.    Okay.  So this appears to be a summary by
18  year per model for warranty -- warranty at least,
19  and requested to goodwill for the panel PNC code,
20  which would have been the floor pan.
21  Q.    From the -- from the printout that we have,
22  can you tell whether the goodwill numbers have been
23  provided?
24  A.    That's what I -- I cannot tell, because
25  the -- in the upper left it just says, some of

## Page 331

1  dealer total paid at some.  So I'm not -- I'm not
2  clear if this is warranty or warranty post goodwill.
3  Q.    Let's go through some of these column
4  heading.  Right under, sum of dealer total paid, it
5  says, HDR AP coverage.  Do you see that?
6  A.    Okay, I do.
7  Q.    What's that mean?
8  A.    Okay.  Just sprung a -- sprung a memory here.
9  Q.    Okay.
10  A.    FG is goodwill.
11  Q.    Okay, great.
12  A.    So that would be, you know, the goodwill.  FW
13  would be warranty.
14  Q.    Okay.
15  A.    So they were both -- both included here.
16  Q.    Okay.  What's PNC code?  It's at two -- two
17  columns over?
18  A.    Part number code.
19  Q.    Part number code.
20        All right.  So if I'm -- I'm reading this
21  correctly, if you look at 2007 for the L31, was
22  there a $7,025.10 paid out as goodwill for 2002
23  L31?
24  A.    That's correct --
25  Q.    Okay.

## Page 332

1  A.    -- in the Canada market.
2  Q.    How do I know that's Canada market?
3  A.    Because this was a request from -- to Canada
4  for their information.
5  Q.    Oh, this is all Canada, stuff?
6  A.    Yes.
7  Q.    Okay.  Put that aside.
8        Does the name Brian Long mean anything to
9  you?
10  A.    Brian Long.
11  Q.    In the context of owner of a dataset?
12  A.    Yes.  I -- I believe Brian Long was with
13  social media at one point.
14  Q.    Oh, okay.
15  A.    I believe.
16  Q.    All right.
17        MR. LAW:  Yeah.  Let's take a quick
18  break.  I also -- I want to get a time count on the
19  record, because I think we're pushing up very close
20  on your seven hours regardless.
21        MR. CALABRO:  Sounds good.
22        THE VIDEOGRAPHER:  Okay.  We're off the
23  record at 5:23 p.m.
24        (Short break.)
25        THE VIDEOGRAPHER:  We are back on the

## Page 333

1  record at 5:51 p.m.
2  MR. CALABRO:  We'll mark as Exhibit 53
3  document Bates Numbered NNA2748 through 50.
4  (WHEREUPON, the above-mentioned
5  document was marked as Exhibit Number 53.)
6  THE WITNESS:  Okay.
7  BY MR. CALABRO:
8  Q.  All right.  Do you recognize this document,
9  sir?
10  A.  Yes.
11  Q.  And what do you recognize it to be?
12  A.  Looks like an e-mail from Jessica Sears to
13  myself with an attachment entitled A34, L31 floor
14  pan cost estimate matrix.
15  Q.  All right.  Any reason to dispute that you
16  received the e-mail in the form attached -- I'm
17  sorry, in the form provided here with the attachment
18  in Exhibit 53?
19  A.  No.
20  Q.  Okay.  Now, we talked a little bit about this
21  Polk data.  This is one of the exhibits I couldn't
22  find earlier, but I'd like to just have you turn to
23  the attachment and see if you can make heads or
24  tails of what this is showing here?  It looks like
25  on the left side, there is an average yearly

## Page 334

1  kilometers, I'm assuming, 29,000?
2  A.  Yes.
3  Q.  So that means these vehicles were expected to
4  have about 29,000 kilometers -- kilometers a -- a
5  year on them; is that right?  Or yearly miles of
6  18,125?
7  A.  That -- that looks to be this number,
8  correct, 18,125 for miles, yes.
9  Q.  All right.  And then if you look at the
10  left-hand side again, there's a flat rate time one
11  side 1.1.  Is that an estimate of how many hours it
12  would take to fix one side?
13  A.  This would have been an estimate at the time
14  of this of how long it would take to fix one side
15  yeah, 1.1 hours.
16  Q.  And then the estimate to fix both sides was
17  2.2 hours; is that right?
18  A.  According to this, yes.
19  Q.  Now, under that it says estimated number of
20  salt state vehicles still on road.  And there's a
21  number of .6224.  Do you see that?
22  A.  I do.
23  Q.  What does that represent?
24  A.  This would have been an estimate from Jessica
25  based on scrape rates that she pulled from her --

## Page 335

1  her information.
2  (TALKING SIMULTANEOUSLY.)
3  Q.  So is that .6224, is that a percentage --
4  A.  That's -- that's.
5  Q.  62 percent?
6  A.  I read that as the percentage, 62 percent.
7  Q.  And then is it 62 percent of what?
8  A.  It's not clear in this document if -- what --
9  what models -- if this is all or if it's a section
10  of the vehicles.
11  Q.  You don't know either way?
12  A.  I don't know it either way just on the
13  context of what I'm looking at here.
14  Q.  Sure.  If you look on the right-hand side,
15  it's showing surface rust total, total number of
16  vehicles, and then estimated number on the road.  Do
17  you that?
18  A.  I see that, yes.
19  Q.  And do you know whether that number 112,366,
20  is total for both L31 and A34 for all model years?
21  A.  I can't say for certain.  Just based on what
22  I'm seeing her, because this entire -- this is the
23  entire document?
24  Q.  Yeah.  That's exactly the entire document.
25  I'll double check for you since I've got...

## Page 336

1  Yeah.  There's only one sheet and this is it
2  in the -- in what we were provided.  If you don't
3  know you don't know.
4  A.  Yeah.  It's hard for me to speak to this
5  without more context, I'll just say that.
6  Q.  Okay.  Because what's odd to me was that
7  there's a perforation amount that's higher 410,000,
8  and then, I guess, what they're doing is adding
9  surface rust and perforation as 522,634, but?
10  A.  Yeah.  This is -- this looks like a -- a
11  calculation to try to estimate the number of
12  vehicles on the road for this issue that have either
13  surface rust perforation or a to- -- in total, and
14  also a none state -- none salt state total.  But
15  it's not -- there's not --
16  Q.  So your best guess, based on this document --
17  and sort of your experience dealing with these
18  issue, is that there were a total of 522,634 cars in
19  salt areas that had either surface rust and
20  perforation as of the day of this document,
21  May 2015?
22  A.  This appears to be an attempt to estimate
23  those -- those totals.
24  Q.  Right.  And then the estimates total number
25  of cars on the road, as of May 2015, with surface

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

## Page 337

1  rust and or perforation total, was about 326,124?
2  A.    Potential vehicles according to this
3  calculation.
4  Q.    Okay.  And then it provides a none sa- --
5  state salt -- none salt state total of around 209?
6  A.    Correct.
7  Q.    Okay.  Put that aside?
8       MR. CALABRO:  We'll mark as Exhibit 54
9  document with Bates number NNA2751.
10      (WHEREUPON, the above-mentioned
11  document was marked as Exhibit Number 54.)
12  BY MR. CALABRO:
13  Q.    Now, what I'm mainly interested in on this
14  one is, we talked already about alliance connect.
15  We talked already about this Weibell forecast issue.
16      The -- the document isn't attached, and it
17  says it's at this link.  And I'm wondering if you
18  know what this Nissan America workspace
19  shared.JP.Nissan.biz domain is?
20  A.    This is the Alliance connect site.
21  Q.    Okay.  Very good.  Put that aside.
22      MR. CALABRO:  All right.  So we'll mark
23  as Exhibit 55 document with Bates Number NNA4090
24  through 93.
25      (WHEREUPON, the above-mentioned

## Page 338

1  document was marked as Exhibit Number 55.)
2  BY MR. CALABRO:
3  Q.    Let me know when you're had a chance to see
4  that, sir.
5  A.    (Witness reviews document.)
6      Okay.
7  Q.    So my question is only, any reason to doubt
8  that you participated in this e-mail chain in the
9  form represented here as Exhibit 55?
10  A.    No reason to doubt.
11      MR. CALABRO:  All right.  We'll mark as
12  Exhibit 56 documents with Bates Number NNA2519
13  through 24.
14      (WHEREUPON, the above-mentioned
15  document was marked as Exhibit Number 56.)
16  BY MR. CALABRO:
17  Q.    The question here is the same one whether
18  there's any reason to doubt that you received this
19  e-mail and attachments in the form presented here as
20  Exhibit 56?
21  A.    No reason to doubt.
22      MR. CALABRO:  All right.  We'll mark as
23  Exhibit 57 document with Bates Number NNA2533
24  through 66.
25      (WHEREUPON, the above-mentioned

## Page 339

1  document was marked as Exhibit Number 57.)
2  BY MR. CALABRO:
3  Q.    Looks like one of us lost a page.
4  A.    (Witness reviews document.)
5  Q.    Any reason to doubt you received this e-mail
6  and attachments as presented here as Exhibit 57?
7  A.    No reason to doubt.
8      MR. CALABRO:  Okay.  We'll mark as
9  Exhibit 58 a document with Bates number NNA2573
10  through 2574.
11      (WHEREUPON, the above-mentioned
12  document was marked as Exhibit Number 58.)
13  BY MR. CALABRO:
14  Q.    Any reason to doubt that you received the
15  e-mail and attachments as provided here in
16  Exhibit 58?
17  A.    No reason to doubt.
18      MR. CALABRO:  Mark as Exhibit 59 the
19  document with Bates number NNA2576 through 80.
20      (WHEREUPON, the above-mentioned
21  document was marked as Exhibit Number 59.)
22  BY MR. CALABRO:
23  Q.    Any reason to doubt you received the e-mail
24  and attachments as provided here in Exhibit 59?
25  A.    No reason to doubt.

## Page 340

1      MR. CALABRO:  All right.  We'll mark as
2  Exhibit 60 document with Bates Number NNA 2581
3  through 87.
4      (WHEREUPON, the above-mentioned
5  document was marked as Exhibit Number 60.)
6      THE WITNESS:  Okay.
7  BY MR. CALABRO:
8  Q.    Any reason to doubt you received the e-mail
9  and the attachments as provided here in Exhibit 60?
10  A.    No reason to doubt.
11      MR. CALABRO:  All right.  Well, mark as
12  Exhibit 61 document with Bates number NNA5048
13  through 52.
14      (WHEREUPON, the above-mentioned
15  document was marked as Exhibit Number 61.)
16      THE WITNESS:  Okay.
17  BY MR. CALABRO:
18  Q.    Any reason to doubt you received the e-mail
19  and attachments provided here --
20  A.    No.
21  Q.    -- as Exhibit 61?
22  A.    No reason to doubt.
23      MR. CALABRO:  Okay.  Mark as Exhibit 62
24  document with Bates Number NNA5053 through 54.
25      (WHEREUPON, the above-mentioned

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 341

1  document was marked as Exhibit Number 62.)
2      THE WITNESS:  Okay.
3  BY MR. CALABRO:
4    Q.    Any reason to doubt you received -- you
5  received the e-mails provided here in Exhibit 62?
6    A.    No reason to doubt.
7    Q.    Yeah.  I did want to ask one quick question
8  about this one, though.
9    A.    Okay.
10   Q.    If you look down at the originating e-mail
11 from you to Ari and Mr. Nangle, you're asking some
12 questions about the repair; is that right?
13   A.    I am, about the AFR repair.
14   Q.    All right.  And then it looks like
15 Mr. Nangle replies in that same message, in maybe in
16 a different color font, do you see that?
17   A.    Yes.
18   Q.    All right.  Your question number 1 is, could
19 you provide the service part number for the new
20 floor panel patch that will be used in the TSB
21 repair.  Do you see that?
22   A.    I do see that.
23   Q.    All right.  And then he provides,
24 G4312-ZB00A.  Do you see that?
25   A.    I do.

## Page 342

1    Q.    Any reason to doubt that that's the part
2  number for the actual repair panel?
3    A.    No.  That matches the -- what's on the TSB.
4    Q.    Okay.  Then you say in question 2, Could you
5  provide any cost information for this part, if it
6  has already been established?
7        And then he writes back what appears to say,
8  Dealer net equal 62.5.  Do you see that?
9    A.    Uh-huh.
10   Q.    And MSRP $104.16, do you see that?
11   A.    I se- -- I do see that.
12   Q.    It says, Average in store cost is currently
13 64.71.  Do you see that?
14   A.    I do.
15   Q.    So what's the difference between dealer net
16 and in store cost?
17   A.    Dealer net and in store cost.  So deal- --
18 dealer net is what the part is sold to at the -- to
19 the dealer.  MSRP, we've already talked about.
20   Q.    Yeah.
21   A.    I want to confirm -- I need to confirm about
22 average in store cost.  I don't want to misspeak.
23   Q.    Okay.
24   A.    Okay.
25   Q.    Would you do that for me?

## Page 343

1    A.    Sure.
2    Q.    Okay.  Okay.  You can set that aside.
3        MR. CALABRO:  We'll mark as Exhibit 63
4  document with Bates number NNA4564 through 65.
5        (WHEREUPON, the above-mentioned
6  document was marked as Exhibit Number 63.)
7        THE WITNESS:  Okay.
8  BY MR. CALABRO:
9    Q.    Okay.  You'll see that this an e-mail from
10 Carrie Simpson to you dated May 19, 2015.
11   A.    Yes, I see that.
12   Q.    Okay.  Any reason to doubt that you received
13 this e-mail and attachment as provided here as
14 Exhibit 63?
15   A.    No reason to doubt.
16   Q.    Now, if you look at the actual attachment it
17 says -- it's a daft PowerPoint; is that right?
18   A.    Yes.  It appears to be a draft PowerPoint.
19   Q.    All right.  I'd like you to look at the slide
20 with the title Number 3 option?
21   A.    Okay.
22   Q.    Now, is this a fair representation -- strike
23 the question.
24       Is this an accurate representation of the
25 different options Nissan was considering as of

## Page 344

1  May 2015?
2    A.    This appears to be three options which were
3  up for consideration at the tim-- at 2015 timing.
4    Q.    Okay.  And do the pros and the cons and the
5  costs as provided in this chart accurately reflect
6  the considerations that went into evaluating these
7  options?
8        MR. LAW:  Object.  The question is
9  overbroad; vague.
10       THE WITNESS:  Generally, yes.  I do want
11 to make a comment, though.
12 BY MR. CALABRO:
13   Q.    Yes, please.
14   A.    On option 3.
15   Q.    Yep.
16   A.    I don't really know the context of increased
17 to class action risk in the customer field
18 dissatisfaction.
19   Q.    You don't know the context?
20   A.    Uh-huh.  I'm not sure why that was included
21 here.
22   Q.    Okay.  Do you have any facts to dispute that
23 was, in fact, a consideration?
24   A.    I don't have any facts to dispute, but I
25 don- -- but I do not understand why that's listed

## Page 345

1  here.
2  Q.  Okay.  Do you know who prepared this slide or
3  the information in the this slide.
4  A.  This would have been a -- looks like a
5  version that was going back and forth between FQA,
6  my team and CQ0.
7  Q.  Let's see if I can pull up the (inaudible) on
8  this particular document.
9  Is there anything incomplete or left out
10  that you know of as of May 2015 that was going into
11  the decision making process as reflected in this
12  chart?
13  MR. LAW:  Well, object.  The question is
14  vague and overbroad and lacks foundation.
15  THE WITNESS:  There's nothing that
16  sticks out as missing to me.
17  BY MR. CALABRO:
18  Q.  And aside from that one issue in class action
19  risk, is there anything that you think is inaccurate
20  in this chart?
21  MR. LAW:  Well, there's another
22  reference to class action below it.
23  THE WITNESS:  Yeah.  So other than those
24  two points, I don't see anything else that I would
25  consider inaccurate.

## Page 346

1  BY MR. CALABRO:
2  Q.  Okay.  Now, with respect to the class action
3  references, you're not saying they're wrong, you're
4  just saying you don't know either way, why it's in
5  there?
6  A.  Correct.  I'm not -- I'm not saying that
7  they're wrong, I just don't -- I don't recollect my
8  team placing that in there.
9  Q.  All right.  Looks like the metadata for this
10  particular PowerPoint presentation, I can represent
11  to you that the author is identified as Micki Tahara
12  (phonetic) with an e-mail address at
13  Tedsudayoshimuda@mail.nissan.co.JP (phonetic.)?
14  A.  Okay.  That's an NML employee.  I don't know
15  if he was a member of CQ0 or not.  The name doesn't
16  ring a bell.
17  Q.  Okay.  And last modified by Carrie Simpson.
18  A.  Yeah.  So this document, if I remember, was
19  going back and forth between the two teams.
20  Q.  Okay.  So is there anybody else on your team,
21  other than you and Carrie Simpson, who may have been
22  contributing information to this PowerPoint?
23  A.  From the FQA side, I would say no.
24  Q.  Okay.  So this class action risk was probably
25  printed by somebody other than your team?

## Page 347

1  A.  What I can say is I don't specifically
2  remember my team putting this in.
3  Q.  Okay.  But the only teams that were
4  contributing to this particular PowerPoint was your
5  team and somebody in Japan at MML?
6  A.  NML, correct.
7  Q.  And that was CQ10?
8  A.  CQ0.
9  Q.  CQ0, sorry?
10  A.  Yeah.
11  MR. CALABRO:  Okay.  We'll mark as
12  Exhibit 64 document with Bates Number 105.
13  (WHEREUPON, the above-mentioned
14  document was marked as Exhibit Number 64.)
15  BY MR. CALABRO:
16  Q.  Do you recognize this document?
17  A.  Yes.  This appears to be summary information
18  from a TR, technical report in the market.
19  Q.  I might have said that Bates number wrong?
20  A.  Okay.
21  Q.  We're marking as Exhibit 64, the document
22  with Bates number 3011 through 3019.  Sorry about
23  that.
24  A.  That's okay.
25  Q.  And I'm sorry, what was your answer?  What

## Page 348

1  was this document?  What is this document?
2  A.  This appears to be a summary from a technical
3  report reproduced by a -- a technical service
4  manager in the field.
5  Q.  We might have marked this already.
6  A.  I feel like I've seen this already.
7  Q.  Sorry, I'm losing my mind.
8  MR. CALABRO:  We'll mark as Exhibit 65,
9  document with Bates number -- well, we don't have
10  the Bates number.
11  (WHEREUPON, the above-mentioned
12  document was marked as Exhibit Number 65.)
13  BY MR. CALABRO:
14  Q.  I think I'll represent to you that this is
15  Bates Number 4 -- NNA4059 which actually, now that I
16  think about it -- look back at -- two exhibit ago
17  that we marked.
18  A.  This one?
19  Q.  Yeah.  What's the Bates number on this one.
20  Okay.  Now, with respect to this document, sir, I
21  will represent that it was -- metadata shows that it
22  was authored my Niki Tahara, the same person.  Last
23  modified by Steve Miller --
24  A.  Okay.
25  Q.  -- and it came out of your documents.

## Page 349

1   A.   Okay.
2   Q.   All right.  So do you recognize the document.
3   A.   Yes.
4   Q.   What to you recognize it to be?
5   A.   This appears to be a different version of the
6   document from Exhibit 63.
7   Q.   Okay.  Also in the May 2015 timeframe?
8   A.   Yes.
9   Q.   Can you tell by looking at this, whether it
10  was before or after what we marked as, I guess, 63?
11  A.   I believe this was after.
12  Q.   Okay.  And the metadata suggest that this
13  was -- I kno- -- it doesn't have a created dated.
14  It has a last modified date of May 29th, 2015?
15  A.   Okay.
16  Q.   Does that sound about accurate?
17  A.   That sounds about accurate, yes.
18  Q.   If you look back at the option slide again --
19  A.   Uh-huh.
20  Q.   -- Number 3 option, I'm going to ask you the
21  same questions.
22       Does this look accurate as to the criteria
23  or factors that Nissan was considering with respect
24  to these option as in the May 2015 timeframe?
25  A.   It does seem -- comment about -- the only

## Page 350

1   bullet point that I would -- or two-points about the
2   class action.
3   Q.   Okay.
4   A.   I'm unsure why those are there.  All of the
5   other point appears to be accurate as of that time.
6   Q.   Now, in that bottom right-hand corner, it
7   says, potential GW.  Does that mean goodwill?
8   A.   It does.
9   Q.   Okay.  So that's what we were discussing
10  earlier that you would -- and by you -- well, the
11  strike question.
12       That Nissan would consider paying for some
13  repair out of goodwill budget based on a
14  case-by-case basis?
15  A.   That's correct.
16  Q.   Was there any criteria specifically for this
17  incident?
18  A.   For --
19  Q.   L31, A43 -- yeah L31, A34 floor pan issue,
20  were there any criteria specific to this incident in
21  which goodwill money could be used for repairs of
22  this particular problem?
23  A.   Not to my knowledge.
24  Q.   Okay.  Were there any other options being
25  considered by Nissan at this time, May of 2015?

## Page 351

1   A.   At this time, I would say, no.
2   Q.   Okay.  So this is a comprehensive display of
3   options and the considerations for each of the
4   options Nissan was considering in May of 2015?
5   A.   Correct.
6   Q.   At the very right-hand corner it says,
7   confirm cost per option and NNA one voice.  Do you
8   see that?
9   A.   Yeah, I do.
10  Q.   Okay.  NNA one voice, is that same thing that
11  we referenced earlier, the global one voice?
12  A.   No, no, no.  Global one voice is actually a
13  communication document that goes out to global TCS
14  functions.
15  Q.   NNA one voice?
16  A.   NNA one voice here would have been basically
17  NN- -- NNA's proposal at our CSO level.
18  Q.   CSO means what?
19  A.   Chief safety officer.
20  Q.   Okay.
21  A.   Sorry.  And, of course -- and let me confirm
22  that.  In this case, not only him, but we also were
23  presenting to the vice presidents at that MBCNA
24  discussion in June.
25  Q.   Does vital issues consider itself only with

## Page 352

1   safety and regulatory issues?
2   A.   The vital issues process is inclusive of both
3   safety, regulatory, and customer satisfaction
4   issues.
5   Q.   Okay.  So in this particular case, when we
6   were talking about, that as of 2011 Nissan had
7   determined there wasn't a safety issue, but they
8   were still consideringss service campaigns, in, for
9   example, in 2012 and 2013, that still would have
10  been part of -- of vital issues group?
11  A.   That's -- that's right.  The FQA vital issues
12  team would have coord- -- you know, coordinated
13  those studies with the other groups.
14  Q.   Even though safety issue had already been
15  ruled out for Nissan's purposes?
16  A.   That's correct.
17       MR. CALABRO:  Okay.  Let's just take a
18  quick break and see if I'm done.
19       MR. LAW:  Okay.
20       THE VIDEOGRAPHER:  We're off the record
21  at 6:20 p.m.
22       (Short break.)
23       THE VIDEOGRAPHER:  We are back on the
24  record at 6:21 p.m.
25  ///

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

## Page 353

BY MR. CALABRO:

Q.    So we talked a little bit before about Nissan's investigation of the actual rust relevant to this issue, and that it was all coming from the holes that we saw in the floor pan, right?

A.    Yeah, for this specific issue, correct.

Q.    And is it true that the corrosion pattern that Nissan saw in vehicles it reviewed and analyzed and investigated was the same similar pattern of rust emanating from those holes?

MR. LAW: Object to same or similar. It's vague even ambiguous.

THE WITNESS:  They were various patterns, but they all emanated from that area where the -- the butyl patch was not properly applied.

BY MR. CALABRO:

Q.    When you say there were various patterns, what do you mean by that?

A.    Well, various levels of corrosion as we've talked today.

Q.    So some of them went further out --

A.    Sure.

Q.    -- than others; but it was the same general shape coming from the holes in the pan?

A.    I'll say it was in the same general area,

## Page 354

general shape is a little bit -- a little bit vague to say.

Q.    Okay.

A.    But same area, different levels of corrosion.

Q.    Does Nissan think customers did anything that contributed to the -- either the fact that there was rust or the degree of rust?

MR. LAW:  I'll object that question is vague, ambiguous, and overbroad.

THE WITNESS:  There was nothing from our investigation that showed there was a customer-related concern here as far as a customer helping to create the issue.

BY MR. CALABRO:

Q.    Or contributing to the issue?

A.    No.

MR. CALABRO:  Okay.  No further questions.

MR. LAW:  A couple quick ones.

EXAMINATION

QUESTIONS BY MR. LAW:

Q.    We'll start with the last answer.  With respect to creating a rust condition on the floor pan of these vehicles, did you consider that wet

## Page 355

soaking, salty snowboots could saturate carpet and also cause corrosion from the inside down?

MR. LAW:  Objection.

THE WITNESS:  That was reviewed, but for this specific concern, there was no -- there was no indication that was the case.

BY MR. LAW:

Q.    Okay.  And then with respect to the communication with NHTSA, the prior question I'd asked whether NHTSA did its own independent investigation do you recall that?

A.    I do recall that, yes.

Q.    Okay.  Did they have any interactions with Nissan in terms of evaluating the information that was presented by Nissan to them in the course of the -- the back and forth on the issue?

A.    There was validation of our assessment by -- by NHTSA even though they didn't do their own study.  They did validate our results and reviewed the assessment.

Q.    And -- and what's your general understanding of how that happens?

A.    Well, in this case I know it was reviewed in a face-to-face meeting in February of 2012 and was validated by NHTSA.

## Page 356

MR. LAW:  Okay.  Thank you.  That's all I have.

EXAMINATION

QUESTIONS BY MR. CALABRO:

Q.    I just want to follow up on that question.  When you say it was validated by NHTSA, what does that mean?

A.    Well, they -- they evaluated with us, the results and confirmed that they agreed.

Q.    Okay.  With what your results was?

A.    That's correct.

Q.    All right.  Did NIT- -- NHTSA propose any investigation other than what you had done?

A.    They did not.

MR. CALABRO:  Okay.  No further questions.

MR. LAW:  All right, thank you.

THE VIDEOGRAPHER:  Hearing no objection, this concludes the deposition.  We are off the record at 6:25 p.m.

(WHEREUPON, the foregoing Videotaped deposition was concluded at 6:25 p.m.)

Page 357

1           REPORTER'S CERTIFICATE
2
      STATE OF TENNESSEE
3
      COUNTY OF RUTHERFORD
4
5           I, April C. Howard, Licensed Court
6     Reporter, with offices in Franklin, Tennessee,
7     hereby certify that I reported the foregoing
8     Confidential videotaped deposition of STEPHEN
9     MILLER by machine shorthand to the best of my
10    skills and abilities, and thereafter the same was
11    reduced to typewritten form by me.  I am not
12    related to any of the parties named herein, nor
13    their counsel, and have no interest, financial or
14    otherwise, in the outcome of the proceedings.
15          I further certify that in order for this
      document to be considered a true and correct copy,
16    it must bear my original signature, and that any
      unauthorized reproduction in whole or in part
17    and/or transfer of this document is not authorized,
      will not be considered authentic, and will be in
18    violation of Tennessee Code Annotated 39-14-104,
      Theft of Services.
19
20
21    _____
22    April C. Howard, LCR
      Elite Reporting Services
23    Associate Reporter
      Notary Public State of Tennessee
24
      My Notary Public Commission Expires: 04.20.20
25    LCR # 098 - Expires: 06.30.20

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334