Exhibit 3

Message

**From**: Boulton, Daniel [Daniel.Boulton@ihs.com]
**Sent**: 5/11/2015 10:01:27 PM
**To**: Hunter, James [James.Hunter@Nissan-Usa.com]
**CC**: Miller, Steven (Engineering) [steven.miller@Nissan-Usa.com]; Finney, Sandy [Sandy.Finney@ihs.com]; Cochran, Cathy [Cathy.Cochran@Nissan-Usa.com]
**Subject**: RE: Polk Insight Question
**Attachments**: Altima and Maxima UIO.xls

Jamey-

Attached is the data set that you requested. Please let me know if you have any questions.

Regards,
Daniel

IHS AUTOMOTIVE
driven by POLK

Daniel Boulton
Advisor
Phone: 615 725 0129 | Mobile: 248 595 9658
Daniel.Boulton@IHS.com

IHS Automotive Technology Solutions
Analysis and insights into ground-breaking vehicle technologies
Infotainment | Software, Apps & Service | ADAS | Hybrid-EV | HMI/Usability

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Hunter, James [mailto:James.Hunter@Nissan-Usa.com]
**Sent:** Monday, May 11, 2015 4:36 PM
**To:** Boulton, Daniel
**Cc:** Miller, Steven (Engineering); Finney, Sandy; Cochran, Cathy
**Subject:** Polk Insight Question

Hi Daniel,

I have a new request using criteria below:

- 2002-2006 Altima
- 2004-2008 Maxima
- Units in operation only

Please return UIO by state.

Thanks as always.

Regards,

Jamey Hunter
Nissan North America, Inc.
Manager, Campaigns and Port Modifications
Field Quality Assurance
james.hunter@nissan-usa.com
Phone: +1 615.223.3199



Confidentiality Warning: This e-mail contains information intended only for the use of the individual(s) or entity(s) named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

**Document Produced as Redacted Native**

CONFIDENTIAL

NNA005206

HS AUTOMOTIVE
driven by POLK
Country:USA
Registration Type Description:(01) TOTAL (INCLUDES 02 13 15 22)
VIO Registration Data as of JAN-2015

| | NISSAN - ALTIMA | | | | | | NISSAN - ALTIMA TOTALS | NISSAN - MAXIMA | | | | | NISSAN - MAXIMA TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | | | 2004 | 2005 | 2006 | 2007 | 2008 | |
| | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | | | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | |
| ALABAMA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ALASKA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ARIZONA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ARKANSAS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| CALIFORNIA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| COLORADO | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| CONNECTICUT | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| DELAWARE | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| DISTRICT OF COLUMBIA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| FLORIDA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| GEORGIA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| HAWAII | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| IDAHO | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ILLINOIS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| INDIANA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| IOWA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| KANSAS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| KENTUCKY | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| LOUISIANA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MAINE | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MARYLAND | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MASSACHUSETTS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MICHIGAN | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MINNESOTA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MISSISSIPPI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MISSOURI | Redacted - CBI | 1,534 | 2,177 | 888 | 4,086 | | 3,550 | 12,235 | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MONTANA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEBRASKA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEVADA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW HAMPSHIRE | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW JERSEY | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW MEXICO | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW YORK | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NORTH CAROLINA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NORTH DAKOTA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| OHIO | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| OKLAHOMA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| OREGON | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| PENNSYLVANIA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| RHODE ISLAND | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| SOUTH CAROLINA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| SOUTH DAKOTA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| TENNESSEE | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| TEXAS | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| UTAH | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| VERMONT | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| VIRGINIA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WASHINGTON | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WEST VIRGINIA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WISCONSIN | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WYOMING | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| US TOTALS | 142,309 | 180,572 | 74,696 | 322,712 | 265,636 | | | 985,925 | | | | | |

Regards,

Jamey Hunter
Nissan North America, Inc.
Manager, Campaigns and Port Modifications
Field Quality Assurance
james.hunter@nissan-usa.com
Phone: +1 615.223.3199



Confidentiality Warning: This e-mail contains information intended only for the use of the individual(s) or entity(s) named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

Regards,

Jamey Hunter
Nissan North America, Inc.
Manager, Campaigns and Port Modifications
Field Quality Assurance
james.hunter@nissan-usa.com
Phone: +1 615.223.3199



Confidentiality Warning: This e-mail contains information intended only for the use of the individual(s) or entity(s) named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

HS AUTOMOTIVE — driven by POLK
Country:USA
Registration Type Description:(01) TOTAL (INCLUDES 02 13 15 22)
VIO Registration Data as of JAN-2015

| | NISSAN - ALTIMA | | | | | | NISSAN - ALTIMA TOTALS | NISSAN - MAXIMA | | | | | NISSAN - MAXIMA TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | | | 2004 | 2005 | 2006 | 2007 | 2008 | |
| | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | | | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | Vehicle Count SUM | |
| ALABAMA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ALASKA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ARIZONA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ARKANSAS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| CALIFORNIA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| COLORADO | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| CONNECTICUT | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| DELAWARE | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| DISTRICT OF COLUMBIA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| FLORIDA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| GEORGIA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| HAWAII | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| IDAHO | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| ILLINOIS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| INDIANA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| IOWA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| KANSAS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| KENTUCKY | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| LOUISIANA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MAINE | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MARYLAND | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MASSACHUSETTS | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MICHIGAN | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MINNESOTA | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MISSISSIPPI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MISSOURI | Redacted - CBI | 1,534 | 2,177 | 888 | 4,086 | | 3,550 | 12,235 | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| MONTANA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEBRASKA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEVADA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW HAMPSHIRE | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW JERSEY | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW MEXICO | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NEW YORK | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NORTH CAROLINA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| NORTH DAKOTA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| OHIO | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| OKLAHOMA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| OREGON | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| PENNSYLVANIA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| RHODE ISLAND | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| SOUTH CAROLINA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| SOUTH DAKOTA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| TENNESSEE | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| TEXAS | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| UTAH | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| VERMONT | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| VIRGINIA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WASHINGTON | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WEST VIRGINIA | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WISCONSIN | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| WYOMING | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI | Redacted - CBI |
| US TOTALS | 142,309 | 180,572 | 74,696 | 322,712 | 265,636 | | | | | | | | 985,925 |

**Document Produced as Redacted Native**

CONFIDENTIAL

NNA005206