Exhibit 4

| | |
|---|---|
| **From:** | Miller, Steven (Engineering) [steven.miller@Nissan-Usa.com] |
| **Sent:** | 5/8/2015 3:32:06 AM |
| **To:** | Weiss, Dale [dale.weiss@Nissan-Usa.com]; Hammoud, Selim [Selim.Hammoud@Nissan-Usa.com] |
| **CC:** | Hunter, James [James.Hunter@Nissan-Usa.com] |
| **Subject:** | RE: Japan Trip Material Review |
| **Attachments:** | L31 A34 Floor Pan - FQA Presentation (DRAFT) Kato-san.ppt.zip |
| | |
| **Flag:** | Follow up |

L31 PPT attached as mentioned below.



L31 A34 Floor
Pan - FQA Prese...

---

**From:** Miller, Steven (Engineering)
**Sent:** Thursday, May 07, 2015 10:31 PM
**To:** Weiss, Dale; Hammoud, Selim
**Cc:** Hunter, James
**Subject:** RE: Japan Trip Material Review

Dale/Selim,

For my items below, see detail below:

**L31 Floor Pan**
- Latest TM Summary Sheet material is attached.    We plan to share with CQ0 (manager level) in IG meeting on Monday, 5/11.
- I will send material which was presented to VP level in September 2013 for previous campaign proposal for your reference in separate mail (file too large).
- Next steps/required updates:
- o    FQA (Jessica/Carrie) will work to update warranty information based on latest information; target completion is for Monday's IG level meeting if possible
- o    FQA (Carrie) will set internal discussion in NNA during 5/11 week to level next steps related to safety assessment with NTCNA responsible members
- o    FQA has requested VIN lists from both Smyrna and Canton plants; we are still awaiting Smyrna file as of Thursday night but will follow up Friday morning
- o    Jessica is working with QSA (Jonathan) to create new weibull projections based on 2012 survey; target for new projections and potential options is approx. 2 weeks

**L32 and other models Dash Material**

# Redacted - CBI

I will be on vacation tomorrow but please let me know if you need anything further prior to your Japan visit.    I will work to get what you need.

Thanks,
Steve

   << File: IG A34 L31 Floor Pan (DRAFT) 20150507.xls.zip >>    << File: [ Redacted - CBI ]DRAFT.pptx.zip >>
-----Original Appointment-----
**From:** Weiss, Dale
**Sent:** Thursday, May 07, 2015 12:59 PM
**To:** Weiss, Dale; Hammoud, Selim; Miller, Steven (Engineering); Hunter, James
**Subject:** Japan Trip Material Review
**When:** Friday, May 08, 2015 9:00 AM-10:00 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Teleconf


Call in code: 2322579694#


1.     [TM] L31 Floor panel corrosion
-     TM summary sheet preparation
-     Meeting request + Lync meeting from NNA( Timing to be decided 11th or 12th Evening your time, let you know schedule confirmed)

2.     [Potential issue] L32 Instrument panel [ Redacted - CBI ]
-   [Redacted - CBI] **Redacted - CBI**

3.     R50 [     Redacted - CBI      ]
-    [     **Redacted - CBI**      ]

4.     T32 [    **Redacted - CBI**     ]
5.     [   **Redacted - CBI**    ]

# NISSAN

L31 Altima (MY02-06) & A34 Maxima ( Redacted - CBI )

# Floor Pan Corrosion Issue
# Up-date and Draft direction of campaign

**2013/9/19**
**NNA FQA**

Nissan Strictly Confidential Restricted

# Index

1. Background and Purpose

2. Summary

3. Proposal

4. Cost Estimation

Appendix

2

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

NNA003586

# 1. Background and Purpose

**<Background>**
NNA FQA has been studying potential campaign of L31 and A34 floor pan corrosion issue. Due to,
1) High customer dissatisfaction issue in Canada and US salt area.
   High Cost Repair = $1,400, Potential High Incident Rate=90%
2) Big concern item for our dealership in Canada and US salt area.
   Large quantity of goodwill repair
   (Canada: [Redacted-CBI] vehicles, US: 93 vehicles)

**<Purpose of report>**
Propose draft direction of potential campaign.

**L31 Altima**



**A34 Maxima**



**Floor Pan Corrosion
(Under Floor View)**

Perforation corrosion warranty: 5year/Unlimited

3

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# 2. Summary

| Market | No. of Vehicle | Production Date | Total Cost ($) | Supplier Chargeback (Expected) | Technical Committee Meeting Date |
|--------|----------------|-----------------|----------------|-------------------------------|----------------------------------|
| USA Canada | Approx. 1.5M | SOP ~ EOP (02MY ~ 08MY) | $41M (TBD) | 0% | TBD |

### Incident

Water and salt can enter between floor panels through a hole in the floor assembly. As the result, Corrosion on the floor pan both under driver and passenger cabin. (No safety and Regulation Issue)

- NHTSA VOQ: 131, CA: 547, Tech Line: 4
- Incident rate of Corrosion (survey: N=165)
  Salt area: 60%, Non-Salt: 3%

 

### Cause

Improper application of the butyl patch on the inner side of the floor assembly caused an insufficient seal condition.

### Countermeasure

No countermeasure was applied due to end of production.

### Field Action (if TC decides to campaign)

Inspect for corrosion severity and repair as necessary.
Bolt on patch using special campaign parts. Approx. cost is approx. $400 per vehicle if both side.
(Parts: $150, Labor: $250)

### Recurrence Prevention

RPA: Under study

Only L31 and A34 models have this floor pan structure.

---

4  L31: SOP - EOP (06/2001 ~ 04/2007)
   A34: SOP - EOP (⬜ Redacted - CBI ⬜)

Nissan Strictly Confidential Restricted

# 3. Proposal: Draft direction of campaign

NNA FQA recommend to conduct Option 1 (S1 service campaign with deductable and 2 years limit) to minimize customer dissatisfaction and dealer concern.

| | Item | Option 1 S1 Campaign with deductable* and 2 years limit | Option 2 S3 Warranty Extension with deductable* and 2 years limit | Option 3 TSB |
|---|---|---|---|---|
| 1 | Customer Satisfaction | ○ Less repair cost to the customer ($200) | ○ Less repair cost to the customer ($200) | × Customer need to pay 100% repair cost. (Ave. 500$~600$) |
| 2 | Cost | ○~△ Reduce heavy repair due to proactive campaign. | △~× Heavy repair may increase due to reactive campaign. | NA |

*When metal patch repair was required, the customer pays $200.

5

Nissan Strictly Confidential Restricted

NNA003589

# 4. Cost Estimation

| Item | US Non Salt No Rust | US Salt/CAN No Rust | US Salt/CAN Perforation (One Side) | US Salt/CAN Perforation (Both Sides) |
|---|---|---|---|---|
| Repair | Inspection only | Sealing around hole | Add plate & undercoat | Add plates & undercoat |
| Labor Cost | $20 (0.2H) | $30 (0.3H) | $150 (1.5H) | $250(2.5H) |
| Parts Cost | $0 | $5 | $75 | $150 |
| Total Cost | $20 | $35 | $225 ($200 deductible to customer) | $400 ($200 deductible to customer |
| Est. Population | 878,015 | 204,800 | 76,800 | 230,400 |
| Est. Cost (see notes) | **$5.6M (15% completion ratio)** | **$3.6M (40% IR with 50% completion ratio)** | **$1.0M (15% IR with 50% completion ratio)** | **$23.0M (45% IR with 50% completion ratio)** |
| TOTAL COST | **$33.2M** | | | |

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

NNA003590



**APPENDIX**

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

NNA003591

# Incident Summary



Nissan Strictly Confidential Restricted

NNA003592

# Market Status

## Warranty & Goodwill Claims:

| Model | Market | Total Claims | Warranty | Goodwill |
|-------|--------|--------------|----------|----------|
| L31 Altima | US | 103 | 33 | 70 |
| L31 Altima | CAN | | | |
| A34 Maxima | US | Redacted - CBI | | |
| A34 Maxima | CAN | | | |
| TOTALS | | | | |

## Dealer Part Sales (FR Floor Assy):

| Dmd Past 49 to 60 Mths Sep-2008 - Aug-2009 | Dmd Past 37 to 48 Mths Sep-2009 - Aug-2010 | Dmd Past 25 to 36 Mths Sep-2010 - Aug-2011 | Dmd Past 13 to 24 Mths Sep-2011 - Aug-2012 | Dmd Past 12 Mths Sep-2012 - Aug-2013 | Total Demand (Past 60 months) |
|------|------|------|------|------|------|
| 168 | 157 | 128 | 63 | 82 | 598 |

## Technical Reports:

4 Technical Reports from NA market were filed (2 US, 2 CAN)

## VOQ/CA/TL Summary:

131 VOQ (NHTSA has raise a concern to Nissan.)
547 CA Files
4 Tech Line Calls

9

Nissan Strictly Confidential Restricted

NNA003593

# Cause and Incident Mechanism

## Cause:

Butyl patch on the Front Floor was not pressed down sufficiently during the manufacturing process, allowing water to wick between the two floor panels.




## Incident Mechanism:

Water and salt can enter between the floor panels through a hole in the floor assembly. And then, the corrosion was created between panels.



ASSY LOC. FOR FLOOR-FR CTR     WATER & SALT ENTERED HERE

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

NNA003594

# Drawing information



**DESCRIPTION IN COLUMNS D AND E**
**CONFIRM THAT THE MATING SURF IS CLEAN AND DRY BEFORE TAPING.**
TAKE CARE NOT TO CAUSE WRINKLES AND SEPARATION WHEN TAPING.

→ **There is no clear instruction of double layer panel.**

11

Nissan Strictly Confidential Restricted

# History of this concern



Nissan Strictly Confidential Restricted

NNA003596

# History of this concern

➤ NCI issued Technical Report on 2006/9/8. But, no CAR was issued due to low incident number.
➤ NHTSA asked NNA due to approximately 70 VOC and risk of seat mounting rigidity on 2011/6.
➤ Investigation start from 2011/6/28.
➤ Start in-use vehicle check from 2011/7/19.
➤ Start AFR study from 2011/10/6.
➤ Finish study of safety impact on 2011/11/18. (No safety impact)
➤ Dealer Advisory Board raise concern to NNNA.
➤ Information to NHTSA on 2012/2. NHTSA agreed this is no-safety concern.
➤ NNA Top management meeting on 2012/3/27. Brad agree to do something.
➤ 2nd in-use vehicle investigation start from 2012/4/2.
➤ 2nd NNA Top management meeting on 2012/11 with Brad.
➤ AFR draft idea was evaluated and go final modification 2013/4.

Nissan Strictly Confidential Restricted

# Appropriate Field Repair Study

FQA and NTCNA collaborated in October 2012 to develop more cost effective repair method for vehicles with rust condition in the affected area. Procedure is located in link below:

eRoom Link - Floor Pan Repair Method (DRAFT)

### NTCNA Method (Previous)

Cut metal patches from service floor pan and weld to floor (both sides)



**Labor Cost: ~$900**
**Parts Cost: ~$500**
## Total Cost: ~$1400

### FQA/NTCNA Method (New)

Apply service plates with adhesive and riv-nuts to floor (both sides)



**Labor Cost: ~$250**
**Parts Cost: ~$150**
## Total Cost: ~$400

14

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# In-Use Vehicle Inspection Summary

- 98 total vehicles were reviewed from four separate regions
- Vehicles were selected via random selection by TSM group at dealers
- Corrosion Incident rate

Salt area: Approx 90% corrosion rate (USA & CAN combined)

Non-Salt: Approx 3% corrosion rate

| Region Type | Areas Surveyed | Total Vehicles Reviewed | Vehicle Condition | | | Comments |
| | | | No Rust Present | Rust | Perforation | |
|---|---|---|---|---|---|---|
| Canada | | | | | | |
| Canada | | | | | | |
| US Salt | Michigan, Ohio, Illinois | 29 | 2 (7%) | 27 (93%) | 24 (83%) | |
| US Non-Salt | Florida, Arizona | 29 | 28 (97%) | 1 (3%) | 0 (0%) | Phoenix vehicle had faint rust on LH side |

**Redacted - CBI**

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Field Survey Results (Focus on US Salt & Canada)

- NNA and NCI completed survey of 165 in-use vehicles in the US Salt and Canadian regions
- Each vehicle was reviewed and judged for rust condition at the affected area

| Condition | % Affected* | Estimated** Population |
|---|---|---|
| No or Slight Rust | 47% | 289,640 |
| Perforation | 53% | 326,615 |

Notes:
Perforation breakdown: 47% one side, 53% both sides
*Represents % of affected population within US Salt and Canada only
**Population excludes scrapped vehicles

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Affected Vehicles

- US Salt & Canada: 703,321
- US Non-Salt: 599,436
- Other: Redacted - CBI

| Model | US Salt | US Non-Salt | CAN | Other | TOTALS |
|---|---|---|---|---|---|
| L31 Altima | 447,348 | 722,946 | Redacted - CBI | | |
| A34 Maxima | Redacted - CBI | | | | |
| TOTALS | | | | | |

## Notes:
- All production (SOP ~ EOP) for L31 Altima and A34 Maxima is included as no production countermeasure was taken for this concern
- Per NTCNA, L31 and A34 have a unique floor assembly structure (two piece design) so other models would not be affected

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# VOQ Frequency by US State



Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

NNA003602

# NHTSA Salt States & US State Inspection Locations



**Legend:**
- BLUE highlighted states indicate NHTSA Salt States
- **RED STAR** indicates state with standard corrosion inspection (frequency: every year)
- GREEN STAR indicates state with standard vehicle safety inspection (frequency: 1-2 years)

*Note: Maryland inspection occurs only prior to sale or transfer of ownership.*

19

Nissan Strictly Confidential Restricted

# In-Use Vehicle Inspection Summary (Area)



20

Nissan Strictly Confidential Restricted

NNA003604

# **FQA Homework Items (from March discussion)**

❖ Complete expanded field survey on L31 and A34 vehicles in US Salt and Canadian markets

❖ Develop cost effective repair method for usage on affected population

❖ Determine estimated cost for potential campaign on affected population

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Potential Options

## (1) TSB
- Offer low cost repair pricing to customer (reduce out of pocket expense)
- Launch early (Jan/Feb) 2013

## (2) Service Campaign
- Offer inspection and repair, as necessary, to all affected vehicles within population
- Launch after April 2013

## (3) Warranty Extension
- Offer warranty extension to all affected vehicles within population
- Launch after April 2013

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Recommendation

## (1) TSB

- Immediate implementation due to FY12 constraints
- Customer pay - low cost repair
- Immediate customer satisfaction and mitigate future increase in corrosion claims
- Reduction in customer reimbursements in event of future service campaign
- Increases risk

## (2) Service Campaign ($94M ~ $144M)

- Consider implementation after start of FY13
- Customer satisfaction
- Mitigate future increasing repair costs due to time in service
- Mitigates risk
- Reduce future customer reimbursements
- Opportunity to offset cost with customer deductible
- Limit campaign to 3 years (sunset)

23

Nissan Strictly Confidential Restricted

NNA003607

# Recommendation

## (3) Warranty Extension ($95M) – Not Recommended

- Consider implementation after start of FY13
- Customer satisfaction
- Early models would be difficult to cover under extension
- Increases repair costs due to time in service
- Mitigates risk?
- Reduce future customer reimbursements
- Opportunity to offset cost with customer deductible

Nissan Strictly Confidential Restricted

24

HIGHLY CONFIDENTIAL

NNA003608



**APPENDIX**

Nissan Strictly Confidential Restricted

# Further plan if agree some action

To utilize CFT#2 (RS Appropriate Field Repair)
knowledge to optimize repair method.

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# RS Process Improvement by *MONOZUKURI* support

■ Trial: In house utilization

1) Issue

R50

3) Result



Redacted - CBI

Redacted - CBI

Redacted - CBI

2) AFR study

Redacted - CBI

27

Nissan Strictly Confidential Redacted

HIGHLY CONFIDENTIAL

# Redacted - CBI

HIGHLY CONFIDENTIAL

NNA003612

# Repair Method



**1) Cut part of floor pan**

**2) Place metal patch**

**3) Weld metal patch**

29

Nissan Strictly Confidential Restricted

NNA003613

# Cost Estimation (Per Vehicle)

## $1393 per repair
### *Labor: 67%($938) , Parts: 33%($454)

**Proposed Design Repair :**

| FRT | RATE | FRT | PARTS | COMMENTS |
|---|---|---|---|---|
| 9.5 | $ 98.82 | $ 938.79 | | Total Labor Cost |
| | | $ 7.09 | 74366-8J031 | Floor Reinforncement |
| | | $ 7.09 | 74367-8J031 | Floor Reinforncement |
| | | $ 259.12 | 74312-8J030 | FR Floor Assy |
| | | $ 100.76 | 999MP-9G000P | lord 800ez SEAM SEALER ( 4 - 300ml TUBES PER VEHICLE ) |
| | | $ 15.69 | 051135-08883 | 3M RUBBERIZED UNDERCOATING ( 1 - 24oz CAN PER VEHICLE) |
| | | $ 64.38 | A-4119S | DuPONT SELF ETCHING PRIMER ( 2 - 12oz CANS PER VEHICLE) |
| | Total Est. Cost: | $ 1,392.92 | | |

## Alternative cost effective repair methods are under study.

**For example:**
- **Clean & Seal for low level corrosion**
- **Attaching patch with structural adhesive**



Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Cost Estimation for Field Action

| Action Area | US Salt & CAN |
|---|---|
| Population of Area | 703,321 |
| Estimated Rust % for Action Area | 90% |
| Estimated Campaign Completion Rate | 85% |
| Estimated Repair Cost Per Vehicle | $1,392.92 |
| **Estimated Action Cost** | **$749M** |

**Notes:**

1) Repair cost estimates based on NTCNA's approved repair method
2) Estimated rust % based on survey results from US/CAN in use vehicle study
3) Completion rate based on normal historical completion %
4) Estimated costs do not include admin expenses
5) Estimates do not include cost effective repair alternatives



Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Basic Overview

## Concern:
Rust and/or corrosion on the floor pan of the vehicle (LH and/or RH sides affected)

## Root Cause:
Water and salt can enter between floor panels through a hole in the floor assembly. This is due to an insufficient seal condition for the butyl patch on the inner side of the floor assembly.

## Countermeasure:
No production countermeasure was taken for this issue.

## Market Status:
719 total claims from market (warranty & goodwill combined)
76 VOQs reported to date
Majority of claims are from US Salt and CAN regions

## Affected Population:
1.74M vehicles affected (L31 Altima: 2002 ~ 2006 MY; A34 Maxima: [Redacted - CBI] MY)
Approx. 600K US Salt and [Redacted-CBI] CAN vehicles included in total population

## Potential Effects:
Customer may notice rust or perforation on the under side of the vehicle. NTCNA has concluded in its safety assessment this concern does not pose any unreasonable risk to safety.

Nissan Strictly Confidential Restr

HIGHLY CONFIDENTIAL

# Incident Summary

**<u>Incident Description:</u>**

Rust and/or corrosion on the floor pan of the vehicle. Incident vehicles show rusted areas on both LH and RH sides of floor pan.

 



Nissan Strictly Confidential Restricted

# Incident Mechanism and Cause (2)

### &lt;Parts Condition Comparison&gt;







Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Cost Estimation (Service Campaign)

| Item | No Rust (US Non Salt) | No Rust (US Salt/CAN) | Perforation (One Side) | Perforation (Both Sides) |
|---|---|---|---|---|
| Repair | Inspection only | Sealing around hole | Add plate & undercoat | Add plates & undercoat |
| Labor Cost | $20 | $30 | $110 | $220 |
| Parts Cost | $0 | $20 | $185 | $370 |
| Total Cost | $20 | $50 | $295 | $590 |
| Est. Population | 878,015 | 246,502 | 177,481 | 192,272 |
| Est. Cost (see notes) | $5.2M / $10.5M | $6.1M / $9.2M | $26.2M / $39.3M | $56.7M / $85.1M |
| TOTAL COST (Range) | $94M ~ $144M | | | |
| Previous Estimate | $749M | | | |

- Population estimate for 60% perforation, 40% no/slight rust condition in US Salt and Canada markets at time of action
- High Cost Case: Estimate 60% completion rate for US Non Salt, 75% for US Salt/Canada
- Low Cost Case: Estimate 30% completion rate for US Non Salt, 50% for US Salt/Canada (similar rate to R50 [Redacted - CBI]

35

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

# Appropriate Field Repair Study

FQA and NTCNA collaborated in October 2012 to develop more cost effective repair method for vehicles with rust condition in the affected area. Procedure is located in link below:

eRoom Link - Floor Pan Repair Method (DRAFT)

### NTCNA Method (Previous)

Cut metal patches from service floor pan and weld to floor (both sides)



**Labor Cost: ~$900**
**Parts Cost: ~$500**
## Total Cost: ~$1400

### FQA/NTCNA Method (New)

Apply service plates with adhesive and riv-nuts to floor (both sides)



**Labor Cost: ~$220**
**Parts Cost: ~$370**
## Total Cost: ~$590

Nissan Strictly Confidential Restricted

HIGHLY CONFIDENTIAL

NNA003620

# Non Responsive Embedded File