Exhibit 12

# Executive Summary

- There are two recent issues resulting in media coverage and increases in Consumer Affairs Cases.

  **1. L31 (2002-06) Altima Floor Pan Rust**

   

  **2.** Redacted - CBI **Dashboards**

  **Redacted - CBI**

- This report will provide the background, current status, & proposed actions

NISSAN GROUP
OF NORTH AMERICA

Nissan Strictly Confidential Restricted

CONFIDENTIAL

NNA004445

# Ongoing Social Media Topics
## Altima Floorboards




Nissan owners feel road rage, express safety concerns over rust problem hiding beneath their feet

Hundreds of Nissan owners have filed complaints with the government, expressing safety concerns about severe rust in their cars' floorboards

Good morning,

I wasn't sure who's the best contact, so I'm sending this to several folks listed on the Nissan media contact page.

I'm looking into a story about a consumer issue with Nissan Altimas (primary years 2002-2007).

I was contacted by a consumer here in the Kansas City area who discovered the floorboards under the driver's and passenger's seats of his Nissan Altima were rusted (from the inside out). The rest of the vehicle is in great condition.

It appears his problem is not isolated.

I searched the NHTSA database and found hundreds of identical complaints (approximately 430) submitted to the government agency.

Is Nissan aware of this issue? If so, is there any kind of investigation taking place? Is there a possibility of a recall? Or any kind of remedy for Nissan consumers?

Judging from the online complaints, it appears to be some kind of design defect. In many cases, the floorboards are completely rusted out, causing large holes. Consumers are obviously concerned about the potential safety issues: someone's foot going through the floor while driving, exhaust fumes entering the vehicle, the structural integrity of the vehicle during a crash.

**NISSAN GROUP OF NORTH AMERICA**

Nissan Strictly Confidential Restricted

CONFIDENTIAL
NNA004446

# Ongoing Social Media Topics
## Altima Floorboards



# L31 Altima Floor Pan Rust

## Background:

- Due to non-counter measured manufacturing variances, water may enter and collect inside the floor boards on these vehicle causing rust

- 100% of the 1.24M Altimas manufactured during this time period could potentially be affected
  - As much as 80% are likely to experience rusted floor pans
  - Rust can prevent some vehicles from passing an annual state safety inspection
  - Current repair options are to replace entire floor pan or have a body repair shop cut and weld in patch panels
    - These repairs are in the averaging $3K-$4.6K in customer pay expenses

- The incident was investigated by NNA Vital Issues team in 2013 for potential campaign action, prototype parts and repairs were developed, but a decision was made not to conduct a service campaign

- NHTSA does not view this incident as a safety defect

NISSAN GROUP
OF NORTH AMERICA

Nissan Strictly Confidential Restricted

CONFIDENTIAL

NNA004448

# L31 Altima Floor Pan Rust

## Current Status:

- NNA Aftersales currently studying a low-cost customer pay solution
- Cost estimates from 18 months ago total:
  - $37K in tooling expenses
  - $25 in parts cost (left and right) +$100 locally sourced sealant/adhesive (minimum purchase qty. is 30K sets)
  - Labor time is 2.1 hrs. for repair
  - Anticipating a low cost repair in the $600-$700 price range

## Next Steps:

- FQI (David Schaller) working with NTCNA to obtain a D-Note for prototype parts to be issued as a service part
- Purchasing will use service part specifications to obtain a current manufacturing and tooling costs to evaluate the business case for this repair

NISSAN GROUP
OF NORTH AMERICA

Nissan Strictly Confidential Restricted

CONFIDENTIAL

NNA004449

| Redacted - CBI | Dash | Redacted - CBI |

# Redacted - CBI

CONFIDENTIAL

NNA004450

# Ongoing Social Media Topics
Dashboards

Redacted - CBI

NISSAN GROUP OF NORTH AMERICA — Nissan Strictly Confidential Restricted

Redacted - CBI

# Ongoing Social Media Topics
## Dashboards

# Redacted - CBI

NISSAN GROUP OF NORTH AMERICA — Nissan Strictly Confidential Restricted

| Redacted - CBI | Dash | Redacted - CBI |

# Redacted - CBI

NISSAN GROUP
OF NORTH AMERICA

Nissan Strictly Confidential Restricted

| Redacted - CBI | Dash | Redacted - CBI |

# Redacted - CBI

NISSAN GROUP
OF NORTH AMERICA

Nissan Strictly Confidential Restricted

CONFIDENTIAL