Exhibit 17



# Technical Bulletin

NISSAN NORTH AMERICA, INC.
Copyright ©

# SERVICE BULLETIN

| Classification: | Reference: | Date: |
|---|---|---|
| BT15-013 | NTB15-059 | July 6, 2015 |

## 2002 – 2006 ALTIMA AND 2004 – 2008 MAXIMA FLOOR PAN REPAIR

**APPLIED VEHICLES:** 2002 – 2006 Altima (L31)
2004 – 2008 Maxima (A34)

### SERVICE INFORMATION

The Service Procedure provided in this bulletin is for the installation of Repair Plates on vehicles that have rust in the floor pan area as shown in Figure A.



Figure A

Figure A is an example of rust on the driver side floor pan area. Information in this bulletin can be used to install a Repair Plate on the driver and passenger floor pan.

Nissan Bulletins are intended for use by qualified technicians, not 'do-it-yourselfers'. Qualified technicians are properly trained individuals who have the equipment, tools, safety instruction, and know-how to do a job properly and safely. NOTE: If you believe that a described condition may apply to a particular vehicle, DO NOT assume that it does. See your Nissan dealer to determine if this applies to your vehicle.

NNA 001701

## REQUIRED SPECIAL TOOLS

### Rivet Tool (J-50835)

- Additional tools can be ordered from Tech-Mate at 1-800-662-2001.

  **CAUTION: DO NOT use power tools or impact tools with the Rivet Tool – use hand tools only**.



### 2:1 Dispensing Gun (J-50816)

- This tool is used to dispense LORD Fusor® 108B (structural adhesive).

- Additional tools can be ordered from Tech-Mate at 1-800-662-2001.



### 1:1 Dispensing Gun (Caulking Gun)

- This tool is used to dispense LORD Fusor® 800DTM (seam sealer).

- Caulking guns are commonly used for application of other automotive products. Each dealer should already have a caulking gun as a shop tool.



### 33/64 Drill Bit (J-50878)

- Additional tools can be ordered from Tech-Mate at 1-800-662-2001.

2/13

NNA 001702
NTB13-059

**SERVICE PROCEDURE**

**NOTE:** The driver side was used for the photos and steps in this procedure. Use these steps and photos for the passenger side also. Keep in mind they will work as mirror images for the passenger side.

**WARNING:** Perform this Service Procedure in a well ventilated area.

1. Raise the vehicle on a lift.

2. Make sure the floor pan area (repair area) is not obstructed.



Figure 1

NNA-001703

3. Place the Repair Plate against the floor pan and align the contour of the outer edge of the Repair Plate with the pinch weld drains (see Figure 2).

4. Use locking pliers on the pinch welds to hold the Repair Plate in place (see Figure 2).

5. Use a scribe tool to make "location marks" at the front and rear edges of the Repair Plate (see Figure 2).

6. Drill two holes in the floor pan (see Figure 2).
    a. Use the existing holes in the Repair Plate for hole locations.
    b. Use a 1/8 inch drill bit to make pilot holes in the floor pan.
    c. Drill final size using a 33/64 inch (13.1 mm) drill bit.



Figure 2

7. Remove locking pliers, and then remove the Repair Plate from the vehicle.

NNA 001704
NTB13-059

8. Clean all of the undercoating and loose rust off of the floor pan in the area shown in Figure 3.

   - Use a grinder with a "cup type" twisted wire brush attachment (or equivalent).

   - Use low pressure compressed air to blow off dust and debris.

   **WARNING:** Wear eye protection when performing the above steps to prevent debris from entering eyes.



Figure 3

**NOTE:** In some cases the floor pan may be bulged. If so, use a rubber mallet to tap the floor pan back to a level/flat position.

9. Use isopropyl alcohol to clean (wipe down) the floor pan in the area that you cleaned with the wire brush.

10. Install Rivet Nuts in the 13.1 mm (33/64 in) holes that you drilled in the floor pan.

    - Use Rivet Nuts included with the repair kit listed in the Parts Information.

    - Refer to the <u>Rivet Nut Installation Instructions</u> on the next page.



Figure 4

NNA-001705
NTB15-059

**Rivet Nut Installation Instructions**

**CAUTION: DO NOT use power tools or impact tools with the Rivet Tool – <u>use hand tools only</u>.**

**NOTE:** Rivet Tool J-50835 comes with extreme pressure lubricant. Apply to the threads and contact points of part #2 and part #3 for approximately every 60 rivet nuts installed.


Figure RN1

A. Thread no more than finger tight part #2 into part #3 until it bottoms out (see Figure RN2).
   - This is a left handed thread.

B. Insert part #1 through part #2 and part #3 (see Figure RN3).



Figure RN2          Figure RN3

C. Thread a Rivet Nut onto part #1 until it bottoms out no more than finger tight (see Figure RN4).


Figure RN4

D.  Insert the Rivet Nut into the 13.1 mm (33/64 in) hole in the floor pan until it bottoms out on its collar.

    **NOTE:** Make sure the collar's mating surface is cleaned off, allowing direct contact with the floor pan metal.



**Rivet Nut collar bottomed out in hole** — **Body panel / floor pan**

Figure RN5

E.  Install the Rivet Nut by performing the following:

    a.  Hold the Rivet Nut and tool against the floor pan with moderate pressure.
    b.  Hold stationary part #3 while turning part #2 clockwise.
    c.  Turn part #2 approximately 2 turns or until turning resistance increases.
        - At this point, the Rivet Nut is installed.

**Part #2: Turn with wrench** — **Part #3: Hold with wrench**

Figure RN6

    d.  Un-thread part #1 from the Rivet Nut.



**Part #1: Un-thread from installed Rivet Nut**

Figure RN7

F.  Perform steps A through E to install the remaining Rivet Nut.

NNA-001707

11. Completely and liberally coat the cleaned area with DuPont Etch Primer (P/N A-4119S™) or equivalent.

    - Follow all product instructions.

    - A second coat may be needed for heavy rust spots.

    - Let each coat dry for 5 minutes.

12. Prepare for application of LORD Fusor® 108B structural adhesive (see Figures 5 and 6).

    a. Load cartridge of Fusor® 108B into the 2:1 dispensing gun.

    b. Remove the cartridge cap and plugs (if this is the second use for this cartridge, remove the old nozzle).

    c. Dispense/expel some material from the cartridge to make sure any hardened material is expelled.

    d. Install a <u>new</u> mixing nozzle onto the cartridge.

    - Make sure the nozzle retainer is installed (see Figure 5).

    **NOTE:**

    - Mixing nozzles are one-time use only. <u>Do not reuse</u> mixing nozzles.

    - Two mixing nozzles are included with each cartridge of Fusor® 108B.

    - Refer to the Parts Information for additional product details.

    - For cleanliness, using rubber gloves is recommended.



Figure 5

8/13

NNA 001708

e. Dispense 2 beads of Fusor® 108B onto a paper that will be discarded.

- Each bead should be about ¼ inch diameter and about 6 inches long (length of the nozzle).

  **NOTE:** Performing this action will ensure the dispenser plungers have leveled, air bubbles have been expelled, and adhesive is mixed correctly.



Figure 6

13. <u>Liberally</u> apply Lord Fusor® 108B to the back side of the Repair Plate as shown in Figure 7.

- The adhesive bead should be about ¼ inch diameter in all the areas shown.



Figure 7

NNA-001709

14. Install the Repair Plate, securing it with two retaining bolts threaded into the Rivet Nuts (see Figure 8).

    - Use the bolts included with the repair kit listed in the Parts Information.

    - Do not use air tools to tighten the bolts.

    - Torque bolts to 50 N•m (**37 ft-lb**).

15. Use locking pliers, two C-clamps, and two blocks of wood to securely fasten the Repair Plate to the floor pan (see Figure 8).

    - Gently tap on the blocks of wood with a dead blow mallet to ensure Repair Plate is tight against the floor pan.

    - **IMPORTANT:** Clean excess adhesive from around the edges of the Repair Plate **before the adhesive cures**.

    - Allow the adhesive to cure for at least 1 hour.

       **NOTE:** If the locking pliers and C-clamps are angled as shown in Figure 8, the vehicle can be lowered and moved off the lift while adhesive is curing.



Figure 8

NNA 001710

16. After the adhesive has cured, remove the locking pliers, C-clamps, and wood blocks.

17. Prepare for application of LORD Fusor® 800DTM seam sealer.

    a. Load the cartridge into a 1:1 dispensing gun (see Figure 9).

    b. Cut the tip at about ¼ inch diameter opening.

       **NOTE:** Refer to the Parts Information for additional product detail.



Figure 9

18. Apply LORD Fusor® 800DTM (seam sealer) as shown in Figure 10 and 11.

- Apply around the outer edges of the repair floor pan. Make sure all gaps are filled.

- Use a brush or other suitable tool to smooth the sealer for good seam coverage.

- Allow seam sealer to dry for 10-15 minutes.



Figure 10



Figure 11

19. Completely and liberally coat the Repair Plate and surrounding area with Rubberized undercoating.

- Use 3M™ Rubberized Undercoating (P/N 051135 – 08883) or equivalent.

- Follow all product instructions.

- Coat all of the exposed metal areas on the Repair Plate and vehicle floor pan surrounding the repaired area.



Figure 12

NNA 001712

## PARTS INFORMATION

| DESCRIPTION | PART NUMBER | QUANTITY |
|---|---|---|
| Kit-Floor Repair (Repair Kit) | G4312 – ZB00A | 1 |
| Kit contents: | | |
|    Repair Plate (LH) | | 1 |
|    Repair Plate (RH) | | 1 |
|    Rivet Nuts | | 4 |
|    Bolts | | 4 |

## Other Products

| DESCRIPTION | PRODUCT # | SOURCE | QUANTITY |
|---|---|---|---|
| Self Etching Primer (DuPont Etch Primer) | A-4119S™ (or equivalent) | Local DuPont supplier | 1 per vehicle (12 oz can) |
| 3M Rubberized Undercoating | 051135 – 08883 (or equivalent) | Local 3M™ supplier | 1 per vehicle (24 oz can) |
| LORD Fusor® 108B (structural adhesive – includes 2 mixing nozzles) | 999MP-108BP | Nissan Chemicals | 1 cartridge will service 2 Repair Plate installations (1 cartridge per kit/vehicle) |
| LORD Fusor® 800DTM (seam sealer) | 999MP-9G000P | Nissan Chemicals | 1 cartridge for each Repair Plate installation (2 cartridges per kit/vehicle) |
| Isopropyl Alcohol | N/A | Local source | As needed / shop supply |

**Local DuPont Supplier:** For help finding a local source for the DuPont product listed above or obtaining an MSDS, contact DuPont at 1-800-438-3876.

**Local 3M™ Supplier:** For help finding a local source for the 3M™ products listed above or obtaining an MSDS, contact 3M™ Automotive Aftermarket Division at 1-877-MMM-CARS.

**Nissan Chemicals:** Order this item through the Nissan Maintenance Advantage program: Phone: 877-NIS-NMA1 (877-647-6621), or website order via link on the dealer portal (www.NNAnet.com) and click on "Maintenance Advantage-Tire/Wiper/Battery/Chemical" link. The MSDS for these chemicals will also be found on this site.

## CLAIMS INFORMATION*

* The Nissan New Vehicle CORROSION COVERAGE (PERFORATION FROM CORROSION) is for 5 years and unlimited miles.

| | | | | | |
|---|---|---|---|---|---|
| REPAIR FLOOR PAN ONE SIDE | (1) | BX4YAA | ZQ | 53 | 1.4 |
| REPAIR FLOOR PAN BOTH SIDES | (1) | BX4ZAA | | | 2.5 |

(1) Refer to the electronic parts catalog (FAST) and use the front floor assembly part number (74312-*****) as the Primary Failed Part (PFP).